USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/26/2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN RAPILLO et al.,

                    Plaintiffs,

- against –

BARRY FINGERHUT et al.,

                    Defendants.

**ORDER**

No. 09 Civ. 10429 (VSB)

VERNON S. BRODERICK, United States District Judge:

      The Court is in receipt of the letter filed by plaintiffs dated February 24, 2014. It is hereby:

      ORDERED that the deadline for all discovery to be completed is March 21, 2014. No further extensions will be granted.

      IT IS FURTHER ORDERED that the parties are directed to appear for a status conference on March 28, 2014 at 10:30 a.m., in Courtroom 518, Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

      IT IS FURTHER ORDERED that any letter requesting a pre-motion conference regarding a dispositive motion shall be filed no later than March 21, 2014, with responses due March 26, 2014. The parties are directed to the Court's Individual Rules of Practice, available at http://nysd.uscourts.gov/judge/Broderick, and in particular Rule 4.A, for further instructions regarding pre-motion letters.

      Counsel for Plaintiff is responsible for ensuring that counsel for all parties are served with this Order.

      SO ORDERED.

Dated:    February 26, 2014
            New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge