UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAPILLO, et al.,

                      Plaintiff,

- against –

FINGERHUT, et al.,

                      Defendants.

**ORDER**

No. 09 Civ. 10429 (VSB)

VERNON S. BRODERICK, United States District Judge:

    The parties are directed to file on ECF no later than July 18, 2014 a joint letter regarding the status of the District Attorney's investigation and providing the last known address or contact information for Defendant David Holzer.

SO ORDERED.

Dated:    July 1, 2014
             New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge