[Page 83]

1    record's clear, I think the question intended,

2    and I believe the answer intended to refer to be

3    just referring to the payments of funds as

4    reflected on BF 000030.

5        A.    Yes.  I think that's what you're

6    talking about.

7        Q.    Yes.

8              MR. FOLKENFLIK:  And there are

9    other transfers of funds on 000031 which are

10   indicated not to be involving those properties.

11   The payment of money to Mr. Holzer of $1,062,000

12   that are identified as "Holzer personal."

13             MR. CONWAY:  On 00031?

14             MR. FOLKENFLIK:  31.  Which appears

15   to be --

16             MR. CONWAY:  The 2405 and the 3850?

17             MR. FOLKENFLIK:  Yes.

18        Q.    Now, the initial transfer of funds

19   by you commenced on March 27th, 2002 with the

20   transfer of $62,500.  And that was transferred

21   to Mr. Holzer, correct?

22        A.    Correct.

23        Q.    Now, you two had not set up

24   Fingerhut-Holzer Partners at that time, had you?

25        A.    No.

[Page 84]

1      Q.    And Mr. Fingerhut was engaged --

2            MR. FOLKENFLIK:  Mr. Holzer.

3      Q.    I apologize.

4      A.    It's all right.

5      Q.    Profusely.  Mr. Holzer was still

6   engaged at another firm at the time.

7      A.    Yes.

8      Q.    So the original discussions

9   concerning the purchase of Haverstraw predate

10  Fingerhut-Holzer Partners.

11     A.    That's correct.

12     Q.    And when you were discussing this,

13  did it occur to you to ask who the investor was

14  who would buy this after the properties were

15  accumulated?

16     A.    No.

17     Q.    Did it occur to you to create an

18  arrangement between --

19     A.    By the way, I should just say that

20  I've never heard of anybody investing that way.

21  People can say that they do, but that is not a

22  condition on purchasing this.  I mean, if

23  somebody comes along, great.  That isn't the

24  reason the investment's made.

25            MR. FOLKENFLIK:  Just to clarify

[Page 85]

1   the record, "that" meaning that there's a

2   purchaser identified in advance.

3               THE WITNESS:  Right.

4        Q.    Yes.  You purchase property hoping

5   to transfer it to someone later or use it

6   yourself.

7        A.    Could be.

8        Q.    Now, what was it that you were

9   purchasing with each of these?

10              MR. FOLKENFLIK:  Objection.  Asked

11   and answered.

12        Q.    Do you know what you were -- were

13   you purchasing bare land, were you purchasing

14   farmland?  Were you purchasing dilapidated

15   structures, old houses?

16        A.    It's on this sheet.  I've already

17   told you about five times what I've been

18   purchasing on each piece of property.  This is

19   the other sheet, whatever it is.  No, no, this

20   one here.  Exhibit number 5.

21        Q.    Yes, but this document doesn't --

22              MR. FOLKENFLIK:  This doesn't refer

23   to these.

24        Q.    This document doesn't indicate what

25   it was you were buying.  It just indicates that

[Page 86]

1    you bought something.

2              MR. FOLKENFLIK:  With all respect,

3    sir, what earthly difference does it make if

4    they had a sack of straw with the Taj Mahal on

5    the piece of land he purchased in Haverstraw to

6    your client's case, which has zero to do with

7    Haverstraw?

8              MR. CONWAY:  My client's case has

9    to do with the relationship between

10   Mr. Fingerhut and Mr. Holzer.

11             MR. FOLKENFLIK:  No it doesn't.  It

12   doesn't have to do with the fact of whether they

13   went out to eat and what they ordered.  It has

14   to do with some aspect of the relationship that

15   you may think gives you some right.  So inquire

16   about that aspect of the relationship.

17        Q.    Now, sir, at any time in the

18   transfer of $12 million, did you create a

19   document between yourself and Mr. Holzer

20   concerning the nature of that transfer?

21        A.    No.

22        Q.    At any time --

23        A.    Ask me why I did it.

24        Q.    We'll get there.  We'll get there.

25        A.    Okay.  All right.

[Page 87]

1       Q.      At any time did you view any of

2   these properties?

3       A.      Yes.

4       Q.      And when you viewed them, what did

5   you see?

6       A.      I saw land.

7       Q.      What type of land?

8       A.      Land that was going to be

9   purchased.

10      Q.      And what was on that land?

11      A.      Grass.

12      Q.      Just grass.

13      A.      Yes.  Well, there was a pier in

14  one.

15      Q.      And was there intended to be a

16  total fund necessary for the purchase of these

17  properties?

18      A.      I don't understand.

19              MR. FOLKENFLIK:  Was there a dollar

20  amount that was established that had to be

21  obtained?

22      Q.      Yes.  Mr. Holzer was a one-third

23  participator, correct?

24      A.      Well, that's not correct but that's

25  what I thought.  No, it clearly wasn't because

[Page 88]

1   there were subsequent pieces.

2          Q.      Was there a reason that you did not

3   create documentary intent for the use of the

4   funds that you transferred to Mr. Holzer?

5                  MR. FOLKENFLIK:  You mean

6   documentary intent meaning that he wrote

7   something on a piece of paper?

8          Q.      Wrote something to say this is what

9   we're going to do with the money.

10         A.      Would you repeat that, please?

11         Q.      You asked me to say why didn't you

12  create a documentary history.  What did you mean

13  by that?

14         A.      In the relationships that I've had

15  in Geo Capital, my other partners, we have

16  invested like this in each other's deals for I

17  guess now 30 plus years.  No documentation.  A

18  very heavy reliance on trust with each other.

19                 Now, in the case of my partners in

20  Geo Capital and in Weekly, it's never been an

21  issue.  And it's been on both sides.  I've done

22  the same with them saying I'm investing in X,

23  would you like to come in, and they say yes or

24  no.  That was it.  And them asking me.

25         Q.      During the period that you were

[Page 89]

1    investing with Mr. Holzer, with Mr. Holzer

2    essentially contributing nothing --

3         A.     Wait, wait, I didn't know that.  I

4    didn't know that he was contributing nothing.

5         Q.     When did you learn for the first

6    time --

7         A.     2007.

8         Q.     Not before?

9         A.     No.  You can't tell from that.  All

10   that is, is monies invested, a piece of him.  I

11   didn't know that he wasn't putting his own money

12   in.

13              MR. FOLKENFLIK:  The record should

14   reflect that the word "that" was referring to

15   the document on BF 30 and -- BF 30.

16        Q.     BF 23.

17              MR. FOLKENFLIK:  BF 23, no.  It's

18   page BF 30 in Exhibit 7.

19        Q.     During the time that you were

20   working with Mr. Holzer, did Mr. Holzer bring

21   any funds in excess of $111,000 into the

22   Fingerhut-Holzer organization?

23              MR. FOLKENFLIK:  LLC.

24        Q.     LLC.

25        A.     What does that chart show?

```
1               MR. FOLKENFLIK:  By the chart he's
2    referring to a work product I created from the
3    affidavit submitted by the district attorney to
4    the court in connection with the Holzer criminal
5    conviction and restitution order.  And that
6    affidavit --
7               MR. CONWAY:  Is that the one that
8    was identified here?
9               MR. FOLKENFLIK:  No.  That
10   affidavit which you obtained from the district
11   attorney's office and was produced by you to me
12   shows a series of funds being contributed to
13   Fingerhut-Holzer Partners LLC in small amounts
14   apparently for operating expense of
15   approximately $200,000.
16               THE WITNESS:  Was that 2005 and '6?
17               MR. FOLKENFLIK:  It was 2005 and
18   '6.
19        Q.     And during that time, during --
20               MR. FOLKENFLIK:  By the way, and
21   that's not reflected on these documents,
22   including in particular Exhibit number 3 because
23   that was operating expenses as opposed to
24   investments."
25               THE WITNESS:  Correct.
```

1          Q.     Now, you're not indicating that

2     these documents were prepared by you, were you?

3                 MR. FOLKENFLIK:  No, no.

4                 THE WITNESS:  That's not it.

5                 MR. FOLKENFLIK:  I'm just talking

6     about there was an affidavit supplied to me.

7     The affidavit said there were -- the following

8     payments by Mr. Fingerhut to Mr. Holzer and it

9     reflected approximately the $12 million that

10    appears on the Exhibit 7.  And there were monies

11    paid by Mr. Holzer to Mr. Fingerhut and to

12    Fingerhut-Holzer Partners.  If you want to ask

13    about those --

14                MR. CONWAY:  They're here.  I got

15    'em.

16         Q.     During the time that you were

17    together -- that you were functioning as

18    Fingerhut-Holzer Partners, did you have to

19    support Mr. Fingerhut?

20         A.     I am Mr. Fingerhut.

21         Q.     Jesus.  During the time that you

22    were working with Mr. Holzer in Fingerhut-Holzer

23    Partners, did you have to support Mr. Holzer for

24    his personal needs?

25         A.     That's a tough question.  I don't

[Page 92]

1   know what his personal needs were.  Did I pay

2   monies --

3          Q.     Did you lend him monies?

4          A.     Did I pay monies to support the

5   rent and the overhead, yes.  But there were

6   parts in whatever those two years were that he

7   did.

8          Q.     Did you give any personal funds to

9   Mr. Holzer directly for his own personal

10  expenses?

11         A.     It may have ended up that way.  But

12  that was not the idea.

13             MR. FOLKENFLIK:  Maybe you want to

14  bring the witness' attention and clarify what

15  page 31 on Exhibit 7 refers to.

16             THE WITNESS:  Is that the Breen

17  Murray thing?

18             MR. FOLKENFLIK:  Yes.

19         A.     I'm not really sure that is.  That

20  might be something that he had --

21         Q.     Excuse me --

22             MR. FOLKENFLIK:  Let the witness

23  finish.

24         Q.     There wasn't a question.  We were

25  going there.  You indicated at BF 000031 that

[Page 93]

1    there were two additional transfers to

2    Mr. Holzer which were identified as personal.

3    February 4th, 2005, $202,000; March 8, 2005,

4    $860,000.  For what reason did you extend a

5    million dollars for personal expenses of

6    Mr. Holzer?

7         A.     That was to cover him on an

8    investment that we made that he couldn't cover.

9         Q.     Now, if Mr. --

10        A.     At least I thought so.

11               MR. FOLKENFLIK:  I think there's a

12    reference in the diary pages to this as well.

13        Q.     Did you ever see any funds --

14               MR. FOLKENFLIK:  Excuse me -- go

15    ahead.

16        Q.     Did you ever see any funds in

17    excess of $111,000 brought by Mr. Holzer into

18    Fingerhut-Holzer Partners?

19        A.     There was a series -- do you have

20    those sheets?  The sheet we just talked about.

21    The thing that Max got from you.

22               MR. FOLKENFLIK:  The affidavit from

23    the district attorney's office.  It specifies

24    payments that were made in both directions.

25        Q.     Forgive me, I don't recall that.

[Page 94]

1      A.    A series of investments -- well,

2  he'll show you.

3      Q.    Are you familiar with the affidavit

4  of the district attorney of New York?  Have you

5  read it yourself?

6      A.    I'm not sure.

7            MR. FOLKENFLIK:  That's what I sent

8  you.

9      A.    Yes.

10           MR. FOLKENFLIK:  The one that you

11  produced in this case?

12           MR. CONWAY:  Yes.

13     Q.    Now, sir, I'm going to ask this two

14  ways.  The district attorney at page -- in the

15  affidavit of investigator Shannon Rowe at page

16  0000178 indicates that on December 15th, 2005,

17  shortly after -- on the day of the second

18  investment of the Rapillos, a wire of $600,000

19  to Holzer was sent and Holzer transferred

20  $200,000 to your personal account on that same

21  day.

22           Are you familiar with that event?

23     A.    I mean, I could probably look it

24  up, but I'm not familiar with the other part.

25     Q.    Did Mr. Fingerhut transfer

[Page 95]

1      $200,000 --

2                  MR. FOLKENFLIK:   He is

3      Mr. Fingerhut.

4          Q.     Did Mr. Holzer transfer $200,000 to

5      your personal account on or about December 15th

6      of 2005?

7          A.     If it's in this statement by the

8      DA, then I would say yes.  I mean, I can't tell

9      you offhand.

10         Q.     Now, sir, do you have the account

11     numbers for the various accounts that were

12     issued by -- that were held by Fingerhut-Holzer

13     Partners LLC?

14         A.     Bank account numbers?

15         Q.     Bank account numbers, yes.

16         A.     I do.

17         Q.     And how many different bank

18     accounts did Fingerhut Partners have?

19     Fingerhut-Holzer Partners.

20         A.     I'd have to look it up.  Probably

21     four.

22         Q.     And you still have access to those

23     account numbers.

24         A.     They're all gone.  I've shut them

25     all down.

[Page 96]

1          Q.     The accounts may be gone.  Do you

2     have access to the numbers?

3          A.     I think so.

4          Q.     I'd ask you, we'll leave a blank in

5     the record, when you execute the deposition,

6     would you fill those in?

7          A.     If I have them, I'll give them to

8     you, sure.

9     INFORMATION REQUESTED TO BE SUPPLIED:

10    Fingerhut-Holzer Bank Account Number

11         Q.     And in light of the statements by

12    the district attorney, I would ask you to -- do

13    you have access to the accounts that you

14    yourself operated for your own personal benefit

15    on or about December 15th of 2005?

16         A.     Personal accounts?

17         Q.     Yes.

18         A.     You mean my own --

19                MR. FOLKENFLIK:  Your own bank

20    accounts.

21         Q.     You indicated --

22         A.     Yes.  Yes, yes.

23         Q.     -- that you are not rejecting as

24    untrue the statement by the district attorney

25    that on December 15th you received $200,000 from

[Page 97]

1   Mr. Holzer.

2       A.      I don't accept it or reject it.  I

3   don't know.  I'd have to check.

4       Q.      Sir, could I ask you to include in

5   the transcript when it's executed the banks and

6   account numbers for your personal bank accounts

7   on or about December 15th of 2005.

8               MR. FOLKENFLIK:  I'll take that

9   under advisement.  I think an easier way to deal

10  with this would be that we will discuss and

11  consider stipulating to the correctness of the

12  district attorney's assertion if we investigate

13  it and find it to you true.

14      A.      That's fine.  I can do that.  But

15  giving you the bank account is crazy.

16      Q.      Sir, with whom did you do your

17  personal banking in 2005?

18      A.      JPMorgan.

19      Q.      And you would have had investment

20  accounts as well as operating accounts and

21  personal accounts there?

22      A.      Yes.

23      Q.      And do they continue to be your

24  personal bank?

25      A.      Yes.

[Page 98]

1          Q.     And are the same personal and

2    operating accounts still active?

3          A.     I'd have to check.  I don't know.

4          Q.     Now, also in the district

5    attorney's report, he indicated at page 000179

6    that on the occasion of the transfer of $800,000

7    from the Rapillos on the date of March 23rd,

8    2006, Mr. Holzer made purchase of $500,000 of a

9    stock called V Campus, and that that $500,000

10   investment was later transferred to you.  Do you

11   know that to be correct, sir?

12         A.     That's not correct --

13                MR. FOLKENFLIK:  Let's take a step

14   at a time.  Why don't you ask about the initial

15   purchase and then ask about what happened to

16   Mr. Holzer's interest in V Campus.

17                MR. CONWAY:  Well, we're going to

18   go into V Campus, but at the moment I'll just

19   ask that.

20         Q.     Do you dispute in any way that the

21   statement of the district attorney that of the

22   $800,000 transferred by the Rapillos to

23   Mr. Holzer on March 23rd, 2006, that $500,000 of

24   V Campus was purchased by Mr. Holzer and then

25   subsequently transferred to you?

```
 1              MR. FOLKENFLIK:  Objection.  Let me

 2   take --

 3              MR. CONWAY:  Any way you want to

 4   phrase it.

 5              MR. FOLKENFLIK:  Look.  First of

 6   all, we don't know whether it was or was not the

 7   Rapillos' money that Mr. Holzer used.  It may

 8   have been, it may not have been.  It was

 9   $500,000 out of his account to V Campus.

10              MR. CONWAY:  Out of Mr. Holzer's

11   account to V Campus.

12              MR. FOLKENFLIK:  And $800,000 went

13   into his account from the Rapillos.  We don't

14   know whether there were millions of dollars in

15   that account --

16              MR. CONWAY:  From Mr. Holzer, we

17   know there was nothing there.

18              MR. FOLKENFLIK:  We don't know.  We

19   have assumptions and that may be correct.

20              MR. CONWAY:  However, on the day he

21   received $800,000.

22              MR. FOLKENFLIK:  Let's take it a

23   step at a time.  There was a public filing.  V

24   Campus was a public company.  They publicly

25   stated in their public filing that Mr. Holzer,
```

[Page 100]

1    with his own funds, according to them --

2                    MR. CONWAY:  I have seen those

3    files.

4                    MR. FOLKENFLIK:  Mr. Holzer with

5    his own funds bought 500,000 shares of

6    securities on that day.  We can stipulate that

7    that's what they said publicly.  That's fine

8    with us.

9                    MR. CONWAY:  Right.

10                   MR. FOLKENFLIK:  Now, what happened

11   to Mr. Holzer's interest in V Campus, such as it

12   was, you can ask Mr. Fingerhut to explain.  We

13   gave you documents reflecting that transaction

14   between Mr. Holzer and Mr. Fingerhut.

15                   MR. CONWAY:  What you gave me last

16   Friday?  We'll get to that.  That's still down

17   the road.

18                   MR. FOLKENFLIK:  Let's get to some

19   of those things that may be relevant to your

20   theories as opposed to Haverstraw.

21       Q.      Sir, did there come a time when

22   Mr. Holzer transferred to you $500,000 worth of

23   V Campus stock?

24                   MR. FOLKENFLIK:  Objection as to

25   form.  Did there come a time when there was a

1    transfer concerning -- when there was a

2    transaction concerning V Campus?

3         Q.     You want to try it that way.  Sir,

4    did there come a time subsequent to the date of

5    March 23rd, 2006 where there was a transaction

6    between yourself and Mr. Holzer --

7         A.     No.

8         Q.     -- of V Campus stock?

9         A.     No.

10        Q.     Did you at any time -- did

11   Mr. Holzer at any time transfer $500,000 worth

12   of V Campus stock to you?

13        A.     That was -- I don't know.  That was

14   the -- no, this was the later -- you know what?

15   I'm sorry, I'll take that back.  He did.  He did

16   that.  That stock is worthless.  But I would

17   just tell you that's what happened.

18        Q.     Okay, he gave you --

19        A.     He didn't give me a thing, believe

20   me.

21        Q.     He gave you stock that he had

22   purchased for $500,000.

23             MR. FOLKENFLIK:  Counsel, there was

24   a transaction, a contingent assignment.  The

25   contingencies occurred and certain securities

[Page 102]

1    would have been transferred in accordance with

2    the contingency assignment when those

3    contingencies occurred.

4                    THE WITNESS:  Correct.

5                    MR. FOLKENFLIK:  We gave you the

6    contingent assignment.  Why don't you ask about

7    it, because it doesn't refer to the 500,000

8    shares specifically.  It refers to stock

9    ownership.

10                   MR. CONWAY:  I agree.

11                   MR. FOLKENFLIK:  So you're creating

12   a confusing record by --

13                   MR. CONWAY:  No, not intentionally.

14                   MR. FOLKENFLIK:  I didn't say the

15   word "intentionally."

16                   MR. CONWAY:  I'm following the same

17   timeline that the district attorney did.

18                   MR. FOLKENFLIK:  But the district

19   attorney didn't refer to the contingent

20   assignment or to the timeline.

21                   MR. CONWAY:  So let us clarify

22   that.

23                   MR. FOLKENFLIK:  So clarify it.

24   And since you have the document, why don't you

25   use it.

[Page 103]

1           MR. CONWAY:  We'll get there, Max.

2    We'll get there.  We'll get there.

3           MR. FOLKENFLIK:  I doubt it.

4       Q.    At the time that Mr. Holzer

5    transferred the $200,000 to you that you've

6    already referred to --

7       A.    You mean paid me 200,000.

8       Q.    Okay, now, was this as part of a

9    transaction that had additional elements?

10      A.    I have no idea except that he owed

11   me a huge amount of money and there was a time

12   when he paid me something.

13      Q.    You would not dispute the date of

14   the transfer as being December 15th, 2005.

15          MR. FOLKENFLIK:  Counsel, I told

16   you we'll see if we can dig up the record and we

17   will stipulate to it.  My supposition is that

18   date is correct because the affidavit was

19   supposedly prepared after review of the banking

20   records.  But we will verify that and stipulate

21   to it.

22      Q.    Now, sir, while you were extending

23   the portions of the $12 million over this

24   three-year period, did you ask Mr. Holzer at any

25   time for any proofs of purchase?

1    A.    Of what?

2    Q.    Proofs of purchase of the

3  properties that were in question.

4    A.    No.

5    Q.    At any time during the multiyear

6  period when Mr. Holzer was supposedly making

7  these purchases and you were extending large

8  sums to him, did you ever discuss with him the

9  parties that were involved in the transactions?

10  Lawyers, closing companies, anything like that?

11    A.    Yes.  I mean, what was discussed

12  were these two guys, the other buyers.

13    Q.    Did you ask where the documentation

14  was?

15    A.    I've already told you I haven't.

16  We can go over this a hundred times.  I will

17  tell you I have not done it, I'm not happy that

18  I didn't do it.  It was a big error.  Okay?  But

19  you keep asking me the same question.  I haven't

20  done it.

21    Q.    Now, you consider this a

22  $12 million error?

23    A.    At least.  Does that make you feel

24  better?

25    Q.    Yes.

[Page 105]

1        A.      Good.  I'm glad.

2        Q.      Let's take a look at the Thatcher

3   document.

4                MR. FOLKENFLIK:  Can we go off the

5   record for a moment?

6                MR. CONWAY:  You certainly may.

7                (Discussion off the record.)

8        Q.      During the time that you and

9   Mr. Holzer also were partners --

10               MR. FOLKENFLIK:  Objection as to

11   form.

12       Q.      When you and Mr. Holzer were

13   participating in Fingerhut-Holzer Partners --

14               MR. FOLKENFLIK:  LLC.

15       Q.      -- LLC, did Mr. Holzer show an

16   inability to pay his personal expenses?

17               MR. FOLKENFLIK:  His personal

18   expenses.

19       Q.      Personal expenses, yes.

20               MR. FOLKENFLIK:  Other than the

21   expenses that may have been covered by the

22   $1,062,000.

23               MR. CONWAY:  Right.

24       A.      Do me a favor, repeat that, please.

25       Q.      During the period that you were

[Page 106]

1    functioning as Fingerhut-Holzer Partners, did

2    Mr. Holzer show you an inability to cover his

3    personal obligations?

4            MR. FOLKENFLIK:   Other than the

5    $1,062,000.

6        A.    I don't believe so.

7            MR. CONWAY:   That would be part of

8    it.

9        A.    Just that.

10       Q.    And what were the circumstances

11   around your extending a million dollars of your

12   personal funds to Mr. Holzer for his personal

13   needs?

14       A.    Didn't I just tell you this about

15   five minutes ago?

16            MR. FOLKENFLIK:   Yes.

17       Q.    Okay.

18            Now, there were parties identified

19   in this document, a gentleman by the name of

20   Adam Gurney, an Arab investor.

21       A.    A what?   What was the last name?

22            MR. FOLKENFLIK:   An Arab investor.

23   A sheik.

24       A.    Sheikh Mohammed.

25       Q.    What was your hoped for involvement

[Page 107]

```
1    of Sheikh Mohammed with Fingerhut-Holzer

2    Partners?

3         A.      That was the Synconium limited

4    partnership.

5         Q.      And what was that about?

6         A.      That was the partnership investing

7    in the area of disabilities.  It was to be a

8    limited partnership, a venture partnership

9    essentially.  Adam Gurney -- I don't know what

10   kind of a friend he was with David but I met him

11   through David.  I met him in Ireland and he had

12   recommended -- well, at least I thought he had

13   recommended a visit to the sheik in Dubai.

14        Q.      Did you ever meet this sheik?

15        A.      No.

16        Q.      What was the sheik going to invest

17   in?

18        A.      Synconium partnership.

19        Q.      Now, did there come a time in 2006

20   when you had to borrow $4.5 million from

21   JPMorgan Chase for a series of investments in

22   Fingerhut-Holzer Partners?

23        A.      Did I have to borrow it?  No.  But

24   I did.

25         Q.     Did you choose to borrow it?  And
```

[Page 108]

1    the $4.5 million was intended for what purpose?

2         A.      Investments in the series of

3    investments we have been talking about.

4         Q.      Were any of those investments in

5    the Haverstraw real estate properties?

6         A.      I'm not sure.  It's all a function

7    of timing.  Whenever it was done.  There's a

8    whole series of investments made here.

9         Q.      Well, it's identified in the report

10   as being a 2006 investment.

11        A.      Okay, so if there are investments

12   made in 2006 in Haverstraw, it could be likely

13   that it's there.  No, in fact, it's Beacon and

14   Monticello.

15        Q.      Now, are you familiar with the term

16   "Dellwood"?

17        A.      Dellwood.  Dellwood is the

18   investment thing or the real estate thing that

19   David talked about?

20        Q.      Yes.  That was the putative

21   investor scheduled to purchase these properties.

22              MR. FOLKENFLIK:  No.  It was the

23   putative -- he was the investee.  It was the

24   partnership in which the money was being

25   invested.  And Dellwood was acquiring the

[Page 109]

1    property in Haverstraw and Beacon and others.

2          Q.      Did you ever see any participation

3    by Mr. Holzer in Dellwood?

4          A.      I don't understand.

5          Q.      Did he ever show you any

6    documentation that would indicate that he had

7    purchased an interest in Dellwood and was

8    participating in the purchase of these

9    properties?

10         A.      No.

11         Q.      Did you ever ask to see any such

12   proof?

13         A.      No.

14         Q.      Do you know what the intended

15   purchase price of all of the investments upstate

16   were?

17         A.      The intended purchase price?

18         Q.      The intended purchase price.

19              MR. FOLKENFLIK:   The witness

20   testified that over time new properties were

21   identified and additional purchases were made.

22   There wasn't a solitary intended purchase.

23   There wasn't a solitary intended purchase price.

24         Q.      Well, the term "$96 million"

25   appears in the documentation in the timeline of

[Page 110]

1    events, number 1.  That sum of $96 million came

2    from where?

3        A.    Beats the hell out of me.  I don't

4    know that number.  What does that say?

5        Q.    It says --

6        MR. FOLKENFLIK:  What paragraph are

7    you on?

8        Q.    Paragraph 1.  "I purchased half of

9    David's interest unbeknownst to others.  The

10    major reason for the establishment of

11    Fingerhut-Holzer was to take advantage of the

12    new monies from the sale of the property, at the

13    time approximately $96 million versus the $30

14    million cost."  That's written in the first

15    person.

16        A.    Right.

17        Q.    Now, during the course of the

18    investment --

19        MR. FOLKENFLIK:  This says it was

20    approximated that the sale of properties that

21    were purchased for 30 million could take

22    place --

23        A.    He had a third and I had a half of

24    that.  So it works out.

25        Q.    Well, you were a hidden investor in

[Page 111]

1    David's one-third, weren't you?

2        A.    A hidden investor?

3              MR. FOLKENFLIK:   Objection as to

4    form.  Hidden from whom?

5        Q.    Your interest in David's

6    contribution was not disclosed to anyone, as

7    best you know.

8        A.    I have no idea.

9        Q.    Did there come a time when you

10   bought half of David's one-third?

11       A.    That I bought half of David's

12   one-third.

13       Q.    Yes.

14       A.    I don't know.

15       Q.    You indicate in BF 0032, the sixth

16   line down, "I purchased one-half of David's

17   interest unbeknownst to others."

18       A.    Okay, then I did.  What am I gonna

19   say?

20       Q.    Why would you wish to be an unknown

21   investor in David's one-half -- in David's

22   one-third?

23       A.    Jeez, I don't know.  We've gone

24   over this.  This was a mistake.  I didn't wish

25   to do anything like that.  Okay?

[Page 112]

1      Q.    Well, why would you need to not be

2  revealed to the other investors?

3            MR. FOLKENFLIK:  Objection as to

4  form.

5      A.    It wasn't an issue for me.

6      Q.    Well, you're writing there, "I

7  purchased one-half of David's interest

8  unbeknownst to others."  Why would you have to

9  hide the --

10           MR. FOLKENFLIK:  Objection.

11     A.    It was not up to me.

12     Q.    What was not up to you?

13     A.    I wasn't saying you have to hide

14  it.  It was his issue.  It wasn't mine.

15     Q.    Did you create a document that

16  established that you had half of this

17  investment?

18     A.    No.  N-O.

19           MR. FOLKENFLIK:  That's about the

20  seventh time you asked that question.

21     A.    Why do you keep going over this?

22  Listen, these were not good investments.  This

23  is -- I was going to say the F word, but this is

24  fraud.

25           MR. FOLKENFLIK:  That's the F word.

[Page 113]

1        A.      What can I say?  But if you'd like,

2    I'll tell you again, this was a mistake.  All

3    right?

4        Q.      Did David give you any reason why

5    the transaction for the sale of these properties

6    was not completed?

7        A.      Why don't you look in the diary.

8    It's all in there.  There were a whole series of

9    explanations why, and they were not truthful.  I

10   don't know if you really need to go over all

11   those.  They're right in there.

12            MR. FOLKENFLIK:  And then there was

13   a point at which David claimed the transaction

14   had been completed.

15            MR. CONWAY:  I saw.  I saw it.

16            MR. FOLKENFLIK:  Okay.  And what

17   difference does this make to your clients'

18   claim?

19       Q.      Did there come a time when you

20   began investing in a stock called V Campus?

21       A.      Yup.

22       Q.      How big a position did you take in

23   V Campus?

24       A.      Well, to make it very clear, V

25   Campus we had originally financed as a private

1    company out of Weekly.  Okay?  And we sold it

2    when it went public.  Then I repurchased it back

3    in, I don't know, 2001 or something like that

4    for my own account.

5         Q.    V Campus had gone public before

6    2001?

7         A.    1999 I believe.

8         Q.    To your best recollection --

9              MR. FOLKENFLIK:  Let him finish the

10   story.  It might be helpful.

11        A.    That's it.  The initial investment

12   that we made in Weekly we sold out when it went

13   public.  I was a board member.  I left the board

14   after we sold the shares.  It was a huge hit,

15   too.  But it was the time that anything worked.

16   1999.  Then I bought it back as a public

17   company.

18        Q.    So you divested yourself of an

19   owner's interest --

20        A.    But that was not me.  That was

21   Weekly.

22        Q.    And did you extract some benefit

23   from that as a participator in Weekly?

24        A.    Yes.

25        Q.    And when --

[Page 115]

1      A.      I had a carried interest.  We had

2   carried interests.

3      Q.      When did you begin purchasing it on

4   the market?

5      A.      I don't remember exactly.  It was

6   either 2000 or 2001.

7      Q.      And in Fingerhut-Holzer Partners

8   you intended to continue purchasing it?

9              MR. FOLKENFLIK:  Objection.

10  Assumes facts not in evidence.

11     A.      The investment made by

12  Fingerhut-Holzer in V Campus was not in the --

13  it was not common equity.  I believe it was a

14  private placement.  It was a preferred stock I

15  believe.

16             MR. CONWAY:  I'm going to need five

17  minutes.

18             (Recess taken.)

19  BY MR. CONWAY:

20     Q.      In reading the Thatcher document,

21  it's indicated that in 2004 Mr. Holzer informed

22  you that the Haverstraw property was going to be

23  sold for $99 million, and that their share of

24  the proceeds would be approximately $33 million.

25             So in 2004 did Mr. Holzer indicate

1   to you who the purchaser would be who would

2   offer $99 million for the property?

3        A.     No.  I don't remember that date

4   either, 2004.  But that's not my diary I don't

5   believe.

6        Q.     No, this is the Thatcher Associates

7   document.  Do you disagree that the number of

8   99 million came up in the year 2004?

9        A.     I don't remember it.

10        Q.     Approximately what time did you

11   come to believe that you were dealing with

12   Mr. Holzer as a fraud?

13        A.      Fall of 2007.  Look in the diary

14   notes.

15        Q.     I see, I see.  What caused you to

16   reach that conclusion in 2007?

17        A.      A number of things, but again, if

18   you read that --

19        Q.      Reading it doesn't put it on the

20   record.

21             MR. FOLKENFLIK:  Just list your

22   best recollection as you're sitting here.

23        A.      The best recollection was when he

24   told me that there was a sale and that in fact,

25   he produced a deposit for $33 million in an

[Page 117]

1    account and showed me -- and actually, the

2    person who was running, still is, York Tango

3    because she was waiting for funds.  And then

4    deposited in the FH LLC account, and of course

5    it bounced.

6        Q.    FH LLC.  The Fingerhut-Holzer

7    account.

8        A.    Whatever.

9        Q.    He put that in the Fingerhut-Holzer

10   account.

11       A.    Yeah.  And it bounced.  JPMorgan

12   shut down all the accounts the next day.

13       Q.    Now, did that functionally stop

14   business from going forward at Fingerhut-Holzer

15   Partners?

16       A.    Well, I would say yes.  Although

17   the funds inside Fingerhut-Holzer were basically

18   paying wages and rent.

19       Q.    What do you mean --

20       A.    When you say did it shut down

21   Fingerhut-Holzer, the bank stopped the ability

22   to pay salaries.  That would have shut it down.

23       Q.    When JPMorgan closed the accounts,

24   did it close down all of the accounts attached

25   to Fingerhut-Holzer?

[Page 118]

1        A.      Yes.

2        Q.      Did that mean that you were not

3    able to accept funds or issue funds out of the

4    Fingerhut-Holzer accounts?

5        A.      Yes.  There weren't a lot of funds

6    in any case, but that didn't matter.  He bounced

7    the check.  There were $10,000 in the account

8    and he wrote a check for 30 million.  It doesn't

9    work.

10       Q.      Now, on what account did he write

11   the $33 million check?

12       A.      What does that mean, "on what

13   account"?

14       Q.      What account was issuing the

15   $33 million?

16       A.      It was I think his own personal

17   account.

18       Q.      His personal account.

19       A.      I think so, yes.  I don't remember

20   exact -- I don't remember what account it was

21   supposedly written on.

22       Q.      Did you ever see the check?

23       A.      No.  Just the deposit.  No, wait a

24   minute -- no, no, no, I only saw the deposit.  I

25   have copies of other checks that he wrote that

[Page 119]

1    bounced, too.

2         Q.    Previously?

3         A.    No.  After.

4         Q.    And is there a reason that

5    Mr. Holzer -- is there a reason that you're

6    aware of that Mr. Holzer would have created a

7    fraudulent document like this at that time?

8         A.    It's hard to understand how he

9    could have done it and think he could have

10   gotten away with it, but it happened that he

11   knew that the person from Tango was coming over

12   and she was looking for the funds that he was

13   supposed to be contributing.  And I suspect that

14   what he did was, he wrote this -- he phonied up

15   this deposit as a way of putting her off saying

16   it would take a day or so to clear.  Whatever

17   the hell that meant on a wire I have no idea.

18        Q.    Now, why would the money be going

19   to Tango?

20        A.    We committed to invest in Tango.

21        Q.    When you indicated a woman was

22   coming over from Tango --

23        A.    She's the CEO.

24        Q.    The CEO wanted a check for further

25   investment in Tango.

[Page 120]

1       A.      Well, we had committed to it.

2       Q.      When you indicate --

3       A.      And I had done my half and

4   obviously David had not done his.

5       Q.      Well --

6       A.      You have to know her.  She's tough.

7   She's very tough.  She's terrific.  I wish I had

8   20 more like her.  She came over and she wanted

9   the other half of the funds.

10      Q.      Just for the record, who is she?

11      A.      Her name is Andrea Miller.  She's

12  still running the company.

13      Q.      Now, you had already extended your

14  half of the investment?

15      A.      Yes.

16      Q.      Did you extend it through

17  Fingerhut-Holzer Partners?

18      A.      No.  It was me.  I ended up having

19  to basically cover what he didn't do.  Again,

20  for myself.

21      Q.      Was David going to issue the funds

22  from Fingerhut-Holzer?

23      A.      Well, I suspect that that was the

24  idea if in fact anybody accepted a check that

25  was written for 33 million on a $10,000 balance.

[Page 121]

1    So if it would have gone into Fingerhut-Holzer,

2    then it wouldn't have, so what's the difference.

3         Q.    You would have found out that the

4    check was fraudulent within 24 hours, correct?

5         A.    I did.

6         Q.    What did you then do?

7         A.    That's when I hired Thatcher.

8         Q.    The next day?

9         A.    Mm-hmm.  Well, actually, that's

10   probably not true.  I went to -- what's his

11   name?

12              MR. FOLKENFLIK:  Howard Wilson.

13        A.    Howard Wilson.

14              MR. FOLKENFLIK:  Proskauer.

15        Q.    I saw that.  Is Proskauer a law

16   firm with which you had dealt previously?

17        A.    Proskauer is the law firm that

18   dealt with FEGS.

19        Q.    What's that?

20        A.    The Federation of Employment

21   Guidance Service.  It's the largest social

22   service agency in New York City if you exclude

23   the hospitals.  I was chairman of it.

24        Q.    FEGS?

25        A.    Yes.  I spent a lot of time with

[Page 122]

1  Proskauer.

2        Q.    And the gentleman --

3        A.    Not Howard but a couple other guys.

4  But they recommended Howard.

5        Q.    Right.  Mr. Wilson was one of their

6  criminal lawyers?

7        A.    Yes.

8        Q.    And when you --

9              MR. FOLKENFLIK:  Among other

10 things.

11       A.    Yes.

12       Q.    So you had initial concern that

13 there was some criminal liability that could

14 extend to the firm and to yourself personally?

15       A.    Wouldn't you think so?

16       Q.    I agree.

17       A.    Okay.

18       Q.    Now, of course not asking what

19 Mr. Wilson's advice to you was, what did you

20 then do?

21       A.    I retained Thatcher.  I needed to

22 see if there -- I wanted to see evidence of what

23 was happening and if there was something to be

24 defended against.

25       Q.    How did Thatcher come to you?

[Page 123]

1        A.      Through Wilson.

2        Q.      Wilson recommended Thatcher?

3        A.      Yes.

4        Q.      Now, had you had conversations with

5    Mr. Holzer before you went to Proskauer relative

6    to the entire extent of your relationship?

7        A.      You mean to Wilson?

8        Q.      No.  Did you have conversations

9    with Holzer.  When the check bounced --

10       A.      No.  Because it bounced the next

11   day, he wasn't in.

12       Q.      Did you see him before you went to

13   Thatcher?

14       A.      Did I see him before I went to

15   Thatcher?  I don't know.  I don't think so.

16       Q.      Now, Thatcher is not an attorney.

17       A.      He might be, but they're not a law

18   firm.

19       Q.      They don't practice as a law firm.

20       A.      He does private investigations.

21       Q.      Who did you deal with there?

22       A.      Thatcher.

23       Q.      Mr. Thatcher himself?

24       A.      Mm-hmm.  And his right hand guy,

25   I'll think of it in a minute.  But mainly

[Page 124]

1   Thatcher.

2        Q.    Do you recall Mr. Thatcher's first

3   name?

4               MR. FOLKENFLIK:   Toby.

5        Q.    And how long did you deal with

6   Mr. Thatcher before the document that we've

7   identified here as --

8        A.    The assignment?

9        Q.    Yes.

10              MR. FOLKENFLIK:   The assignment or

11   the Thatcher draft?

12       Q.    The Thatcher draft.

13       A.    You mean this one here?

14              MR. FOLKENFLIK:   Exhibit 7.   Which

15   is dated 11/1.

16       A.    How long did I deal with him?

17              MR. FOLKENFLIK:   The witness

18   testified he went to Thatcher the day after the

19   check bounced.

20       Q.    Do we know the date the check

21   bounced?

22       A.    No, but I could find that out.   It

23   was October -- I'm not sure.   It was '07.   It

24   should be in the notes that I have.

25       Q.    I'm sure it's there.   Let's find

[Page 125]

1   the date.

2               MR. FOLKENFLIK:   It appears to be

3   that the check bounced on the 6th of June.   On

4   the 5th or 6th of June.   See it on BF 33.   And

5   the report is dated 11/1.

6       Q.    On whose advice was it to begin the

7   daily diaries?

8       A.    I don't think it was anyone's

9   advice.   It was me writing it.   But I think once

10  I started, and I think I showed it to Toby, I

11  think they said continue.

12      Q.    They indicated write the diary?

13      A.    I think they told me that it wasn't

14  a bad idea.   Now, they also did their own

15  independently of mine.

16      Q.    So there is other documentation

17  that may exist --

18      A.    You're looking at it.

19      Q.    By that I mean is there other

20  documentation beyond what we've identified here,

21  is there a final report, is there a further

22  investigation?   Is there a side investigation,

23  anything of that nature?

24      A.    No.   I mean, this basically

25  encapsulates everything.   Was there a final

[Page 126]

1      document that he gave me?

2           Q.     Yes.

3           A.     I'm sure there was.

4                  MR. CONWAY:  By counsel, the

5      document that you extended is called a TA draft.

6                  MR. FOLKENFLIK:  That's correct.

7                  MR. CONWAY:  Do we know if there's

8      a final issuance?

9                  MR. FOLKENFLIK:  I don't have one.

10          Q.     Now, this particular document which

11     we've identified, when did you see it for the

12     first time?

13          A.     This document?

14          Q.     This document.

15                 MR. FOLKENFLIK:  By the document he

16     just means the first pages -- did you see it at

17     or about the date it is dated, 11/15/07?

18          A.     Yes.  But I saw it many times

19     before that.

20          Q.     They showed you before?

21          A.     Yes, but I also had a lot of

22     conversations.  They also came to the office,

23     they took apart his hard drive.  They did a lot

24     of work.

25          Q.     Now, all of this predates your

[Page 127]

1    going to the district attorney.

2             MR. FOLKENFLIK:   What does "all of

3    this" mean?

4        Q.    The efforts by Thatcher Associates

5    predate your going to the district attorney.

6        A.    I'm not sure that I waited until a

7    final report before I went.  But clearly

8    Thatcher predated the district attorney, no

9    doubt.  I mean, I had a feeling that they were

10   right.

11       Q.    Now, when they came in -- when

12   Thatcher came in they took apart from Holzer's

13   computer?

14       A.    Yes.

15       Q.    Did they --

16       A.    Well, the hard drive.

17       Q.    Did they take possession of it?

18       A.    They did and then they brought it

19   back.

20       Q.    Did they take possession of his

21   phone?

22       A.    I don't know.  I don't want to add

23   any titillation here.

24             (Fingerhut Exhibit 8 for

25   identification, Bates No. BF 54 through 57)

[Page 128]

1      Q.     There were a series of documents

2  that were marked on our break.  Can you identify

3  Exhibit number 8.

4      A.     I don't know who this person is.

5             MR. FOLKENFLIK:  Can you identify

6  this waiver of notice or organization meeting,

7  Fingerhut-Holzer, Waverly LLC?

8      A.     I don't remember this.  But is

9  there a date on here?

10     Q.     December 27th, '05.

11     A.     What is this?  I don't know.  This

12  is part of the creation of the document?  I

13  don't know what this is.

14     Q.     No, it would not have been.

15     A.     I mean of the organization.

16            MR. FOLKENFLIK:  Counsel, this

17  appears to be a document that comes from the

18  office of the Secretary of State of Delaware.

19  No, it's -- let me see.  New York.  It appears

20  to be an official document establishing the

21  organization Fingerhut-Holzer, the Waverly I

22  LLC.

23            MR. CONWAY:  Rather than go through

24  the witness, do you want to stipulate to that?

25            MR. FOLKENFLIK:  We'll look online

[Page 129]

1   and if it's an official document, we'll

2   stipulate to it.

3              MR. CONWAY:  I'm sure it's correct.

4       Q.     Did Fingerhut-Holzer have an

5   investment that was known as Fingerhut-Holzer,

6   the Waverly 1 LLC?

7       A.     I don't remember.

8       Q.     You don't recall that?

9              MR. FOLKENFLIK:  Counsel, I believe

10  that's the entity to which your client wired

11  their $300,000.

12             MR. CONWAY:  Agreed.

13      Q.     And you don't have any recollection

14  of it?

15             MR. FOLKENFLIK:  The witness

16  already testified about the Waverly.

17      A.     A couple times.

18             MR. FOLKENFLIK:  The question is

19  the precise name and identity of the

20  organization, since there were so many with

21  confusingly similar names.

22      Q.     Did you have multiple Waverly

23  investments?

24      A.     Did I?  Did I make them myself?

25      Q.     Did Fingerhut-Holzer have multiple

[Page 130]

1    Waverly investments?

2         A.    I believe so.  I'm not sure on

3    Waverly.  A couple of them we did.

4              MR. FOLKENFLIK:  If you look at

5    Exhibit number 3, the witness just to save time

6    can identify --

7         A.    No, that was Waters Edge.

8              MR. FOLKENFLIK:  You can identify

9    the investments that may have had some

10   connection to the same developer as the Waverly.

11   Why don't you do that.

12        A.    Well, Waverly, Waters Edge, Village

13   Walk and Augustine Island are all the same

14   developer.  All in Jacksonville.

15             (Fingerhut Exhibit 9 for

16   identification, Bates No. BF 58 through 89)

17        Q.    Now, take a look at Exhibit 9.

18   What is Exhibit number 9?

19        A.    You just gave it to me.

20        Q.    Yes, what is it?

21             MR. FOLKENFLIK:  It's the operating

22   agreement of Fingerhut-Holzer Partners LLC.

23        Q.    And is this the operating document

24   of Fingerhut-Holzer Partners, as best you know?

25        A.    I assume so.

[Page 131]

1        Q.      Sir, would you take a look at the

2    date on that.

3        A.      October 25th, 2007.

4        Q.      Now, this document was created

5    after you determined that Mr. Holzer was acting

6    dishonestly within the company.  Correct?  For

7    what purpose would you create an operating

8    agreement after there is a fracture of the firm

9    such as you have described?

10       A.      This is really not anything to do

11   with him.  This is me selling a membership

12   interest to my son.  If you look under

13   "recitals."  This was not the first formation of

14   this thing.  This operating agreement goes back.

15       Q.      How far --

16       A.      Effective June 21, 2004.

17       Q.      Do you have a copy of an operating

18   agreement dated June 21, 2004?

19       A.      Not on me.

20       Q.      Do you still have one?

21       A.      I'm assuming I do.

22               MR. CONWAY:  I'd ask that that be

23   produced.

24               MR. FOLKENFLIK:  We produced what

25   we were able to locate.  And if that isn't

[Page 132]

1   amongst those agreements, we've produced it.

2        A.      This was only --

3                MR. FOLKENFLIK:  And I believe we

4   did.  I think this was one of several documents

5   we produced to you, and there's another one

6   that's the operating agreement for

7   Fingerhut-Holzer Partners LLC that bears an

8   earlier date I believe.

9                MR. CONWAY:  I don't believe that

10  we have that.  What we have is the

11  Fingerhut-Holzer Fund limited partnership

12  agreement at 10/1/04.

13       A.      Well, all I could say is this is

14  the second document I've seen that refers to

15  Fingerhut-Holzer Partners LLC being formed in

16  2004.  Because there's another document already

17  that we looked at.

18       Q.      Yes, we've seen it.

19               MR. FOLKENFLIK:  I'll double-check.

20       A.      Look at the first paragraph, you'll

21  see.

22               MR. FOLKENFLIK:  I'll double-check.

23  And if we have an earlier version of the

24  operating agreement; however, I believe the

25  operating agreement -- other than -- let me see

1   this.  Other than whatever adjustments were

2   required to be made because of the sale of -- a

3   capital contribution by Andrew Fingerhut, that

4   the nature of the terms of the agreement are

5   probably quite similar.

6          Q.      There came a time after June 2007

7   when you met and sat with Mr. Holzer.  On that

8   occasion did you make inquiry of him concerning

9   the nature of his actions in Fingerhut-Holzer

10  and the check for $33 million?  Did you ask him

11  what was going on?

12         A.      A check for what?

13         Q.      $33 million.  The deposit slip for

14  $33 million.

15         A.      Oh, okay.

16         Q.      Did you meet with him and did you

17  discuss it?

18         A.      Yes.  A few times.

19         Q.      What did Mr. Holzer indicate to

20  you?

21         A.      What did he indicate to me?

22         Q.      Yes.

23         A.      He said it was real.

24         Q.      He said what was real?

25         A.      The 33 million.

[Page 134]

1        Q.      And did he attempt to explain away

2    its absence?

3        A.      Its absence or it bounced?

4        Q.      Its nonexistence.

5        A.      He attempted to.

6        Q.      And what did he say about it?

7        A.      I don't remember offhand, but I

8    have it in my notes.  That's why you have them.

9        Q.      I have the notes.  However, I need

10   it on the transcript.

11       A.      Well, you're going to have to get

12   it off of there because I don't remember.

13       Q.      You want us to read it again?

14       A.      Do what you want.

15               MR. FOLKENFLIK:  If "by the notes"

16   you mean the TA draft or the diary?

17               MR. CONWAY:  I presume he means the

18   diary notes.

19               MR. FOLKENFLIK:  Well, there are no

20   notes late enough.  The latest diary note is

21   8/16/07.

22       A.      Then it's in the TA.  Tell me what

23   you want to get.

24       Q.      What I want to know is what did

25   Mr. Holzer explain to you about his actions?

[Page 135]

1          MR. FOLKENFLIK:  Did he say

2    anything about why he wrote a $33 million check

3    that bounced?

4          A.     Of course.  The deal broke or this

5    or that.  He was embarrassed about not admitting

6    to me that the deal didn't happen so he wanted

7    to do it.  It was absurd.

8          Q.     The deal didn't happen; however,

9    were there properties that he had purchased with

10   the monies that had been extended?

11         A.     Were there properties that he had

12   purchased.

13         Q.     Yes.

14         A.     With the monies that had been

15   extended.

16         Q.     He had 20 properties there that

17   he's supposed to have purchased.  Did he

18   purchase them?

19         A.     Obviously not.

20         Q.     Did you ask him what happened to

21   the money?

22         A.     Yes.

23         Q.     What did he say?

24         A.     He told me the deal broke, he told

25   me, you know, the check got lost in the mail.

1    Every kind of bullshit excuse you could think

2    of.  Were any of them credible?  They weren't.

3              MR. FOLKENFLIK:  Counsel, if you

4    look at the Thatcher report, it says that the

5    deal keeps getting delayed in the summer.

6              MR. CONWAY:  I understand, I saw

7    it.

8              MR. FOLKENFLIK:  And to October of

9    2007, paragraph number 7, where Holzer finally

10   admits that the Dellwood investment does not

11   exist and that he has only approximately $40,000

12   left.

13        A.     That was I believe a function of

14   Toby cornering him.

15             MR. FOLKENFLIK:  Yes.

16        Q.     And how did that come to be?

17        A.     He came into the office, he and

18   another guy went in and talked to him.  They

19   were wired, David admitted it.  He confessed to

20   everything.

21        Q.     From June until October he was

22   still continuing to perpetrate the fraud?

23        A.     Yes.  And he would continue if he

24   were here today.

25        Q.     Do you know the identities of the

[Page 137]

1   parties that came and confronted him in October?

2           MR. FOLKENFLIK:  It's in the notes.

3       A.    Lincoln Ornston.  Good guy.

4   Lincoln's not there anymore.  He started his own

5   firm.  But Toby and Lincoln.  By the way, I

6   never realized you could do that, you could have

7   a wire.

8       Q.    Yes, in the State of New York

9   you're allowed.

10      A.    I never realized that.  It was

11  amazing.

12          MR. FOLKENFLIK:  Counsel, for the

13  record, you'll see that as late as

14  September 15th -- excuse me, I'm wrong about

15  that.  Never mind.

16          Fingerhut Exhibit 11 for

17  identification, Bates No. BF 8 through 13)

18      Q.    Sir, would you take a look at

19  Exhibit 11.

20      A.    Okay.

21      Q.    What is Exhibit 11?

22      A.    It's an assignment of his interests

23  if he doesn't pay.

24      Q.    How did you come to negotiate that?

25      A.    I called my attorney.  I told him

[Page 138]

1    put it together.

2        Q.    And your attorney is named who?

3        A.    Kevin Prakke.  I think he did a

4    really good job on this.

5              MR. FOLKENFLIK:  It's a good job.

6        A.    It is a good document.  He's only

7    $330 an hour.

8        Q.    $330 an hour?

9        A.    At the time.  Anyway, he wrote

10   this.  He forced -- he didn't force, he gave it

11   to Holzer, he signed it.  Clearly none of this

12   happened, putting up the cash, so therefore I

13   took back what essentially I had already

14   invested in, in a sense for him.

15       Q.    Was is signed by both parties.  Do

16   you recognize your signature?

17       A.    Yup.

18       Q.    Do you recognize David Holzer's

19   signature?

20       A.    Yup, I sure do.

21       Q.    Now, the purpose of this document

22   was to establish what?  What did you want to

23   accomplish with this?

24       A.    I wanted to have a contingency in

25   case the monies were not -- that I had put up

[Page 139]

1    monies for him.  He had ownership in certain

2    positions as a function of monies that he owed

3    and was supposedly paying.  And I basically had

4    that to take those properties that I already

5    bought for myself.

6         Q.    Now, did Mr. -- this happened

7    before the confrontation with Mr. Thatcher?

8         A.    I don't remember the date on that.

9         Q.    3rd day of October.

10             MR. FOLKENFLIK:  And the meeting,

11   according to the --

12        A.    It's about the same.

13             MR. FOLKENFLIK:  It's about the

14   same date.  It just says October.  Thatcher

15   doesn't have the date in October when he

16   confronted Holzer.

17        A.    And in fact -- no.  It's related

18   but I don't think Toby was directly involved in

19   giving that document to Holzer.

20             Fingerhut Exhibit 12 for

21   identification, Bates No. BF 14 through 18)

22        Q.    Now, there was also --

23             MR. FOLKENFLIK:  Counsel, just to

24   make your life easier, the assignment, as

25   Mr. Fingerhut said, of the V Campus equities

[Page 140]

1   that he bought with $500,000 that you suggested

2   was your clients' money, which is incorrect,

3   leaving aside the issue of whether Mr. Fingerhut

4   pursuant to the collateral assignment agreement

5   would be a bona fide purchaser for value without

6   notice of the --

7               MR. CONWAY:  An issue to be

8   resolved at another time.

9               MR. FOLKENFLIK:  Leaving that

10  aside, that stock is worthless.

11      A.     Also I bought stock myself.

12              MR. FOLKENFLIK:  Yes, he bought

13  stock himself.  That stock is -- the company is

14  not in business.  The debtors of the company --

15              MR. CONWAY:  Well, it was in

16  business in 2007.

17              MR. FOLKENFLIK:  Yes.  But not

18  since.

19              MR. CONWAY:  And it had a value on

20  October of 2007 --

21              MR. FOLKENFLIK:  Not much.

22      A.     I have a $2.3 million investment

23  here that's worthless.

24      Q.     How many shares of stock did you

25  own at the time?

[Page 141]

1       A.      I don't know.  I have no idea.  I

2  owned a lot because I bought a big piece of this

3  preferred offering.

4               MR. FOLKENFLIK:  It's not clear

5  that the stock, although it was trading, had

6  actual value in October 2007 but it would be

7  irrelevant in any event.

8       A.      That's true.  This was not a

9  public --

10              MR. FOLKENFLIK:  V Campus was

11  public.

12      A.      This was a preferred -- this was a

13  private offering, if you will.  This was not

14  public shares.

15              MR. FOLKENFLIK:  Your shares.

16      A.      The ones purchased.  I also owned a

17  lot of common, too.

18      Q.      So the value of V Campus at the

19  time would have been greater than the $2 million

20  investment that had been made already?

21              MR. FOLKENFLIK:  Maybe less.

22              MR. CONWAY:  Possibly, but we don't

23  know.

24      A.      I'm not sure.  I don't think a lot

25  more, if that.

[Page 142]

1      Q.     Well, if it was worth a stated

2   value or more, then certainly the $500,000 that

3   was transferred would have been its value as of

4   the day of the transfer to you.

5              MR. FOLKENFLIK:  No.

6      A.     What does -- what does transfer to

7   me mean?  There was no transfer to me.

8              MR. FOLKENFLIK:  What happened is

9   that --

10             MR. CONWAY:  Do you want to go off

11  the record?

12             MR. FOLKENFLIK:  Let's do it on the

13  record.

14     A.     Let me explain the whole thing to

15  you.

16     Q.     It has to be in response to a

17  question.

18             MR. FOLKENFLIK:  Let him explain.

19  Would you explain what happened.  Go ahead.

20     Q.     First, this document that you've

21  examined, the --

22     A.     Contingency?

23     Q.     The collateral contingent.  That

24  was intended by you to take control and

25  possession of the interests of Mr. Holzer up to

[Page 143]

```
 1    the value that you had extended to him.

 2              MR. FOLKENFLIK:  No.

 3         Q.    Which was like 7 million --

 4         A.    It was to take control of those

 5    interests in the event that the value had not

 6    been paid.  Not up to the value, not contingent

 7    on a particular value.  Contingent on

 8    non-repayment of what he owed.

 9         Q.    There was also a promissory note

10    dated October 9th, 2007 for the sum of

11    $7,603,800.

12              (Fingerhut Exhibit 13 for

13    identification, Bates No. BF 15 through 18)

14         Q.    Can you identify that as the

15    promissory note that was created by you as a

16    companion document --

17         A.    What a joke.

18         Q.    -- to the prior?

19              MR. FOLKENFLIK:  This is 7/6.

20         A.    What about it?

21         Q.    That's intended to be a supporting

22    document to the contingent assignment of equity

23    interests.

24         A.    I believe so.

25         Q.    That would essentially make him owe
```

[Page 144]

1    you in two ways; a promissory note and the

2    contingent surrender.

3         A.     Good luck.

4         Q.     And at the same time did you demand

5    and receive a resignation by Mr. Holzer from

6    Fingerhut --

7         A.     It was a little bit after I think.

8    But it was about the same time.

9              MR. FOLKENFLIK:  It says

10   October 15th.  The promissory note is dated

11   the 9th.  The contingent assignment agreement is

12   dated the 3rd.

13        Q.     Was all of this executed at the

14   Fingerhut-Holzer offices?

15        A.     It must have been because there's

16   no other place I could grab him.

17        Q.     Do you have a present active

18   recollection of being present for this

19   execution?

20        A.     Oh, absolutely.  I'm wondering if

21   it was the same -- no, it wasn't the same day as

22   Toby.

23              MR. FOLKENFLIK:  Mr. Holzer did

24   deliver, just to shortcut this, two checks

25   aggregating the amount of $7 million on or about

[Page 145]

1   November 29th, 2007, both of which bounced.

2            MR. CONWAY:   November 29th?

3            MR. FOLKENFLIK:   Yes.

4        A.     When this was all brought to him,

5   he said, well, you know, I've just been hired

6   for -- to be a trader.  I guess he had left

7   Breen Murray.  I don't remember how that

8   happened.  But he had just been hired by some

9   big shot trader and he was getting a 7 or

10  $8 million up-front bonus.  And he was going to

11  pay me the $7 million to ameliorate this issue.

12       Q.     That's what he told you.

13       A.     No, he sent me two checks, $7

14  million, and guess what, they bounced, too.

15  Next thing, going to Sing Sing.

16       Q.     Did there come a time when -- now,

17  completing these transactions, had you decided

18  to approach the district attorney concerning

19  this?

20       A.     Yes.  I had to be sure that Toby

21  could find what one needed to present to the

22  district attorney.

23       Q.     And did you approach the district

24  attorney yourself or did Mr. Thatcher do it for

25  you?

[Page 146]

1        A.    I'm sure Thatcher did it.  I mean,

2   I may have been with him, but I don't remember.

3        Q.    Well, do you have a present active

4   recollection of walking into the district

5   attorney's office and sitting with somebody?

6        A.    No, I never dealt with a district

7   attorney.  I dealt with an ADA.

8        Q.    Well, as an assistant district

9   attorney, do you remember sitting with someone

10  at some point --

11       A.    Yes, a couple times.

12       Q.    Who did you sit with?

13       A.    I knew you were going to ask me and

14  I forgot her name.

15       Q.    Is that Ms. Pane?

16       A.    Yes.  What's her first name?

17       Q.    Christine Payne.

18       A.    Yeah, that's it.  She left for --

19       Q.    She was pregnant.

20       A.    Yeah, yeah.  She was great.  She

21  did a great job.

22       Q.    Did you then deal with the

23  successor assistant district attorney?

24       A.    Yeah, but the majority of the work

25  was done by Chris.

[Page 147]

1         Q.      Do you recall meeting any

2     successor?

3         A.      I'm not sure I met her.   I talked

4     to her.

5         Q.      All right, did there come a time

6     when you were asked to testify to the grand

7     jury?

8         A.      Yes.

9         Q.      And did you do so?

10        A.      Yes.   Chris was I think still the

11    ADA on that.

12        Q.      She handled the questioning of

13    you --

14        A.      Yes.

15        Q.      -- as a grand jury witness?

16        A.      Yes.

17        Q.      When was the last time you saw

18    Mr. Holzer?

19        A.      I'm not sure if it was the day that

20    Toby and Lincoln came in to have him confess.

21    There may have been one more day he was in that

22    he gave me those checks.   No, you know what,

23    that's not right.   This was independent I

24    believe of Toby and Lincoln.   This might have

25    been a week later he was in.   I had it all

[Page 148]

1    prepared and I wasn't going to let him get out

2    without doing this.

3          Q.    Mr. Prakke?

4                MR. FOLKENFLIK:  When the witness

5    said "this" he was pointing to Exhibit 13.

6          A.    I'm sorry, the contingent and the

7    promissory note.

8          Q.    That was created by your attorney?

9          A.    Yes.

10         Q.    Mr. Prakke?

11         A.    Yes.

12         Q.    When they were executed, they were

13   executed solely in the presence of Mr. Holzer

14   and not with anyone else?

15         A.    I don't know.

16         Q.    I didn't see a witness there.

17               MR. FOLKENFLIK:  I didn't see a

18   notary certificate.

19         A.    The contingent thing, there's just

20   two signatures I know, Holzer and myself.

21         Q.    All right, now you were making

22   reference to this in some regard?

23               MR. FOLKENFLIK:  No, he said there

24   were only two signatures.

25         A.    That was the next time I saw

[Page 149]

1   Holzer.  He signed that, the note, and I believe

2   also maybe he was in one later time because when

3   he did his resignation, I don't remember if it

4   was the same date or not.  I don't think so, it

5   was later.  But not much later.  So maybe I saw

6   him once or twice after he confessed.

7          Q.     Now, as regards the V Campus

8   stock --

9                 MR. FOLKENFLIK:  Could we go off

10  the record for a minute?

11                MR. CONWAY:  Sure.

12                (Discussion off the record.)

13         Q.     Do you know who the founder of V

14  Campus was?

15         A.     I'm not sure.  I know the guy who

16  was running it for many years.

17         Q.     Who was that?

18         A.     Of course I can't remember his name

19  either.  Nat Kannan.

20         Q.     Nat Kannan?

21         A.     Nat Kannan, K-A-N-N-A-N.

22         Q.     And you indicated you were on the

23  board of V Campus?

24         A.     That was about four or five years

25  before that.

[Page 150]

1          MR. FOLKENFLIK:  He testified he

2     was on the board when it went public.

3          A.     Right, from about 1995 to '98 or

4     '9.

5          Q.     Was V Campus affiliated with any

6     particular university?

7          A.     Any particular university?

8          Q.     University, yes.

9          A.     I don't think so.

10          MR. FOLKENFLIK:  I think the V

11     stands for virtual.

12          A.     Its first name was University

13     Online.  If that's what you're thinking.

14          Q.     That was its formal name.

15          A.     Yeah, it's a little complicated

16     because they bought a number of companies, and

17     one of the companies they bought became bigger

18     than them.  But they were initially called

19     University Online when we invested in it as

20     to -- as a Weekly investment.  When it went

21     public it was still called University Online.

22          Q.     Did it have any call letters that

23     you would know on the stock --

24          A.     UOLC I think.  I mean, it was

25     over-the-counter.  They then bought a series of

1   companies, one was called Pro Soft, and there

2   was a second.  And I think at the time they

3   bought the second -- the first or the second

4   company, they renamed the company to V Campus

5   because it was more than just a University

6   Online.

7        Q.    And do you know what it was

8   capitalized at when it went public?

9             MR. FOLKENFLIK:  By "capitalized"

10  you mean the market cap?

11       Q.    Market cap.

12       A.    Oh, lord, I don't.  I would say it

13  was probably, given where we were as an investor

14  where we had probably no more than 10 million

15  pre on the investment, I would say it was

16  probably somewhere in the 25, $30 million range

17  when it went public.

18       Q.    When you say 10 million preferred,

19  you had 10 million shares?

20       A.    No, 10 million pre money in the

21  value.

22       Q.    How many shares --

23       A.    This is all long prior to the

24  events at issue.  I would have to go back and

25  look at it.  But given what we would do back in

[Page 152]

1    those days, probably a 3, 4 million investment,

2    so it was probably 25 to 30 percent post Weekly

3    owned of University Online.

4         Q.     How many shares did

5    Fingerhut-Holzer own at its peak?

6         A.     They never owned University Online.

7         Q.     When your records indicate V

8    Campus, what is it referring to?

9         A.     V Campus.  That's after they

10   changed the name.  It wasn't the same company.

11   They bought a number of other companies.

12        Q.     The company that went public is not

13   the same company as V Campus?

14        A.     The company that went public was

15   University Online.  They bought at least two

16   other companies and then changed their name to V

17   Campus.

18        Q.     All right, when they became V

19   Campus, what was their stock value?

20        A.     I don't know offhand.  Probably not

21   a great deal different than when we sold it.

22        Q.     And what did you sell it for?

23        A.     As I said, I think it was like 25,

24   30 million.  Actually, it was probably more.  I

25   don't know.  I don't remember.  It was a mistake

1  to buy it then because clearly it went down a

2  lot.  What ended up happening with the company

3  had nothing to do with the equity value.  What

4  happened was that the company was really,

5  really, really poorly run.  However, the Pro

6  Soft product was a terrific product.  It's a

7  CIW --

8              MR. FOLKENFLIK:  Just talk about

9  what happened to the equity in the company.

10        A.    Okay, well, what happened was it

11 was mismanaged.  Never generated enough cash and

12 was always in a position of trying to get cash,

13 get new equities, et cetera, et cetera.  That

14 was the preferred piece that we show in there.

15        Q.    And then --

16        A.    Wait a minute, I'm not finished.

17 That didn't work either.  The company was in

18 really sorry shape.  I then lent the company

19 money.

20        Q.    How much?

21        A.    I don't know.  A million dollars,

22 maybe more.  I wasn't the only one.  There was

23 another group called Gott Bettor.

24        Q.    Gott Bettor?

25        A.    Yes.  G-O-T-T, B-E-T-T-O-R.  They

[Page 154]

1    loaned the company money, I loaned the company

2    money.  The company couldn't pay it off.  As you

3    can see, Nat had pretty good ideas about what

4    the company should be, but it was terribly

5    managed.  But it wasn't just that, there were

6    other issues, too.

7                   Anyway, so what ended up happening

8    was that there was what is known I guess as a

9    friendly foreclosure.  I'm taking a couple

10   years -- it sounds like it happened right away

11   but this is years later.  And the friendly

12   foreclosure was all the equity was wiped out.

13   This wasn't a bankruptcy, although the way the

14   directors handled it, it was terrible.

15        Q.    Well, who was foreclosing?

16        A.    The debtors were foreclosing.

17   There was not enough equity to go around.  So

18   every share I ever owned is gone.

19        Q.    When exactly did this occur?

20        A.    2008.

21        Q.    This would be after the date of --

22   pursuant to your agreement with Holzer --

23        A.    I got all the shares back and they

24   were worthless.  That's good.

25        Q.    Where was the stock held at the

[Page 155]

1    time of the transfer back?

2         A.     Where was the stock held --

3         Q.     What was Fingerhut-Holzer holding?

4    Were they holding warrants, stock sheets?  What

5    were they holding?

6         A.     The only thing they were holding

7    was this preferred issue.

8         Q.     And in what form did it manifest

9    itself?

10              MR. FOLKENFLIK:  You mean were

11   there actual shares issued?

12              MR. CONWAY:  Yes.

13              MR. FOLKENFLIK:  Physical shares?

14              MR. CONWAY:  Yes.

15        A.     I don't know.  I'm not sure.  May

16   have been but they were not publicly traded

17   shares.  They were preferred shares.

18              MR. FOLKENFLIK:  They might have

19   been held as a book entry.

20        Q.     They would be in an account

21   somewhere?

22              MR. FOLKENFLIK:  It might have been

23   held as a book entry on the books of the --

24        A.     V Campus reported it all so there's

25   gotta be -- they're all in their documents.

[Page 156]

1                    MR. CONWAY:  Give me a few minutes

2        with my clients.

3                        (Recess taken.)

4        BY MR. CONWAY:

5            Q.    No more questions.

6                    MR. FOLKENFLIK:  I have nothing.

7                    (TIME NOTED:   2:50 p.m.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

[Page 157]

1                    INSTRUCTIONS TO WITNESS

2

3              Please read your deposition over

4     carefully and make any necessary corrections.

5     You should state the reason in the appropriate

6     space on the errata sheet for any corrections

7     that are made.

8              After doing so, please sign the

9     errata sheet and date it.

10             You are signing same subject to the

11    changes you have noted on the errata sheet,

12    which will be attached to your deposition.

13             It is imperative that you return the

14    original errata sheet to the deposing attorney

15    with thirty (30) days of receipt of the

16    deposition transcript by you.  If you fail to

17    do so, the deposition transcript may be deemed

18    to be accurate and may be used in court.

19

20

21

22

23

24

25

[Page 158]

```
 1        I have read the foregoing transcript of

 2    my deposition given on February 7, 2013, and it

 3    is true, correct and complete, to the best

 4    of my knowledge, recollection and belief,

 5    except for the corrections noted hereon

 6    and/or list of corrections, if any, attached

 7    on a separate sheet herewith.

 8

 9

10

11

12            _____

13                 BARRY FINGERHUT

14

15

16

17        Subscribed and sworn to

18        before me this _____ day

19        of _____, 20_____.

20

21

22            _____

23        Notary Public

24

25
```

[Page 159]

1

2                    E R R A T A   S H E E T

3            I, BARRY FINGERHUT, do hereby certify that I

4    have read the foregoing transcript of my testimony, and

5    further certify that it is a true and accurate record

6    of my testimony (with the exception of the corrections

7    listed below).

8    PAGE  LINE              CORRECTION

9    ____  ____    _____

10   ____  ____    _____

11   ____  ____    _____

12   ____  ____    _____

13   ____  ____    _____

14   ____  ____    _____

15   ____  ____    _____

16   ____  ____    _____

17   ____  ____    _____

18   ____  ____    _____

19   ____  ____    _____

20   ____  ____    _____

21   Signed under the pains and penalties this _____

22   day of _____, 2013.

23

24                      _____

25                             BARRY FINGERHUT

[Page 160]

1                    C E R T I F I C A T E

2

3      STATE OF NEW YORK   )

4                         : SS.

5      COUNTY OF NEW YORK )

6

7             I, SUZANNE PASTOR, a Shorthand

8      Reporter and Notary Public within and for the

9      State of New York, do hereby certify:

10            That BARRY FINGERHUT, the witness

11     whose deposition is hereinbefore set forth, was

12     duly sworn by me and that such deposition is a

13     true record of the testimony given by the

14     witness.

15            I further certify that I am not

16     related to any of the parties to this action by

17     blood or marriage, and that I am in no way

18     interested in the outcome of this matter.

19            IN WITNESS WHEREOF, I have hereunto

20     set my hand this_____, 2013.

21

22                         _____

23                         SUZANNE PASTOR

24

25

[Page 161]

1                           INDEX
2
      WITNESS              EXAMINATION BY              PAGE
3
      Mr. Fingerhut    Mr. Conway                        3
4
5
                             EXHIBITS
6
      FINGERHUT        DESCRIPTION                    PAGE
7
      Exhibit 1   BF 90 through 112                     11
8
      Exhibit 2   Bates No. BF 07                       35
9
      Exhibit 3   Legible Copy of Bates No.             37
10               BF 7
11    Exhibit 4   Bates No. K-1                         60
12    Exhibit 5   Bates No. BF 23                       66
13    Exhibit 6   Bates No. BF 25 through               72
                  46
14
      Exhibit 7   Bates No. BF 25 through               73
15                46
16    Exhibit 8   Bates No. BF 54 through              127
                  57
17
      Exhibit 9   Bates No. BF 58 through              130
18                89
19    (Exhibit 10 marked but not presented)
20    Exhibit 11  Bates No. BF 8 through 13            137
21    Exhibit 12  Bates No. BF 14 through              139
                  18
22
      Exhibit 13  Bates No. BF 15 through              143
23                18
24          (Exhibits retained by counsel.)
25

[Page 162]

1        INDEX (Continued)

2        INFORMATION REQUESTED TO BE SUPPLIED        PAGE

3        1.   Law Firm Hired to Draft Corporate        14
              Documents

4

         2.   Law Firm Representing                  23
5             Fingerhut-Holzer Partners

6        3.   Fingerhut-Holzer Bank Account Number    96

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**A**

$1,062,000 83:11 105:22
  106:5
$1,700,000 47:25
$10,000 118:7 120:25
$100,000 40:12
$111,000 45:16 46:3 89:21
  93:17
$12 86:18 91:9 103:23 104:22
$125 30:14
$19,302,501 44:22 45:3
$2 141:19
$2.3 140:22
$200,000 90:15 94:20 95:1,4
  96:25 103:5
$202,000 93:3
$30 110:13 151:16
$300,000 53:18 129:11
$33 115:24 116:25 118:11,15
  133:10,13,14 135:2
$330 138:7,8
$4.5 107:20 108:1
$40,000 136:11
$50,000 57:25
$500,000 98:8,9,23 99:9
  100:22 101:11,22 140:1
  142:2
$600,000 94:18
$62,500 83:20
$650,000 43:6,11
$7 144:25 145:11,13
$7,385,500 45:6 46:2
$7,603,800 143:11
$8 145:10
$800,000 98:6,22 99:12,21
$860,000 93:4
$96 109:24 110:1,13
$99 115:23 116:2
a.m 1:14
ability 117:21
able 13:7 23:21 118:3 131:25
absence 37:18 134:2,3
absolutely 144:20
absurd 135:7
accept 97:2 118:3
accepted 120:24
access 95:22 96:2,13
accomplish 138:23

account 70:3,4 94:20 95:5,10
  95:14,15,23 96:10 97:6,15
  99:9,11,13,15 114:4 117:1,4
  117:7,10 118:7,10,13,14,17
  118:18,20 155:20 162:6
accounts 95:11,18 96:1,13,16
  96:20 97:6,20,20,21 98:2
  117:12,23,24 118:4
accumulate 59:14
accumulated 84:15
accurate 157:18 159:5
acquiring 108:25
acting 131:5
action 1:5 160:16
actions 133:9 134:25
active 41:17 98:2 144:17
  146:3
actual 141:6 155:11
ADA 146:7 147:11
Adam 106:20 107:9
add 127:22
adding 75:9
addition 16:4 47:20
additional 64:16 65:4 66:18
  93:1 103:9 109:21
address 3:12,16 22:21 61:1,6
  61:8
adjustments 133:1
admissibility 39:4 81:19,20
  81:25 82:5
admissible 39:1
admits 136:10
admitted 136:19
admitting 135:5
advance 69:5 85:2
advanced 43:2,6 44:22 47:3
advancing 42:22
advantage 110:11
advice 122:19 125:6,9
advisees 52:14,17
advisement 97:9
advisor 15:13 17:11
advisors 6:12
advisory 6:22,23 7:10,18
  8:19 18:9,10 20:15
aegis 54:3
Aetna 5:22 6:4
affidavit 90:3,6,10 91:6,7
  93:22 94:3,15 103:18

affiliated 7:24 150:5
affiliation 8:21
afraid 48:7
agency 121:22
aggregating 144:25
ago 66:12 106:15
agree 5:19 21:6 102:10
  122:16
agreed 21:15 129:12
agreement 10:14 11:1,17
  12:5,24 21:4 24:17 25:5
  26:5,10 32:1 54:13 130:22
  131:8,14,18 132:6,12,24,25
  133:4 140:4 144:11 154:22
agreements 132:1
ahead 26:19 80:18 93:15
  142:19
allegedly 78:2
allow 63:14
allowed 137:9
amazing 73:11
ameliorate 145:11
AMG 7:24 8:7
amidst 66:12
amount 18:24 27:2 87:20
  103:11 144:25
amounts 90:13
analyst 5:25
and/or 158:6
Andrea 120:11
Andrew 133:3
announced 24:10,13,14
answer 4:19 9:17 13:1 19:15
  19:17 28:5 47:9 52:18
  65:23 83:2
answered 10:1 19:11 85:11
anticipate 73:7
anybody 63:10 84:20 120:24
anymore 77:2 137:4
anyone's 125:8
Anyway 138:9 154:7
apart 126:23 127:12
apologize 56:21 84:3
apparent 48:12 56:12
apparently 42:16 72:15
  90:14
appears 54:15 83:14 91:10
  109:25 125:2 128:17,19
appreciate 66:18

[Page 2]

approach 145:18,23
approached 74:21
appropriate 157:5
approximated 110:20
approximately 48:1 90:15
  91:9 110:13 115:24 116:10
  136:11
Arab 106:20,22
architect 71:12
area 33:11 107:7
areas 71:4
Arizona 3:3,13 32:16
arranged 54:7,10,11
arrangement 12:8 13:18
  21:19 24:20 26:2,4,16 77:22
  84:18
arrangements 73:19
arranging 24:7
aside 53:15 140:3,10
asked 85:10 88:11 112:20
  147:6
asking 54:17 74:22 88:24
  104:19 122:18
asks 7:22 67:13
aspect 86:14,16
assertion 97:12
asset 8:16,16
assets 56:13 57:6,6,12 58:6,7
  58:8
assignment 101:24 102:2,6
  102:20 124:8,10 137:22
  139:24 140:4 143:22 144:11
assistant 146:8,23
Associates 49:12 72:4 74:16
  74:17 75:20 81:22 116:6
  127:4
assume 47:10 130:25
Assumes 115:10
assuming 42:5 131:21
assumption 24:22
assumptions 99:19
attached 117:24 157:12
  158:6
attempt 48:20,23 134:1
attempted 48:25 134:5
attention 92:14
attorney 90:3 94:4,14 96:12
  96:24 98:21 102:17,19
  123:16 127:1,5,8 137:25

138:2 145:18,22,24 146:7,9
  146:23 148:8 157:14
attorney's 90:11 93:23 97:12
  98:5 146:5
Attorneys 2:3,8
Augustine 130:13
authority 15:18
Avenue 14:1 23:15 24:2 25:2
  25:21 28:23,25 29:15,20
  30:12,17,20 31:10,19 32:8
avenues 52:6
aware 15:16 52:11 55:6,12
  61:24 63:25 81:17 82:9
  119:6

---

**B**

B 60:15
B-E-T-T-O-R 153:25
back 6:5 16:25 17:2 101:15
  114:2,16 127:19 131:14
  138:13 151:24,25 154:23
  155:1
bad 125:14
balance 120:25
bank 6:20 95:14,15,17 96:10
  96:19 97:6,15,24 117:21
  162:6
banker 39:24
banking 97:17 103:19
bankruptcy 154:13
banks 97:5
bare 85:13
Barry 1:7,16 3:1 9:21 37:4,15
  42:25 43:9 44:8,21 47:3
  158:13 159:3,25 160:10
Barry/David 36:21,25 37:3
base 17:6
based 18:11 40:19 79:2 80:13
basically 27:13 28:9 33:10
  39:18 42:10 48:25 70:20
  117:17 120:19 125:24 139:3
basis 27:12
Bates 11:23 35:3 37:24 60:14
  66:20 67:7 72:11 73:24
  127:25 130:16 137:17
  139:21 143:13 161:8,9,11
  161:12,13,14,16,17,20,21
  161:22
Beacon 67:18 108:13 109:1

bear 46:15
bearing 59:24
bears 37:22 132:7
Beats 35:5 110:3
Beautiful 29:9
began 113:20
beginning 48:25
behalf 63:24
belief 158:4
believe 11:14 12:20 24:8 25:9
  25:13,21 30:3 34:21 40:7
  64:22 65:7 71:1 74:15
  75:12 78:18 79:7,25 83:2
  101:19 106:6 114:7 115:13
  115:15 116:5,11 129:9
  130:2 132:3,8,9,24 136:13
  143:24 147:24 149:1
benefit 27:5 48:2 96:14
  114:22
best 18:12 49:24 73:14 76:13
  76:14 111:7 114:8 116:22
  116:23 130:24 158:3
better 13:3 36:6 60:6 104:24
Bettor 153:23,24
beyond 125:20
BF 11:23 35:3 37:22,24 43:7
  45:18 47:21 59:24 60:8
  66:20 67:8 72:11 73:24
  74:2,5 75:4,5 83:4 89:15,15
  89:16,17,18 92:25 111:15
  125:4 127:25 130:16 137:17
  139:21 143:13 161:7,8,10
  161:12,13,14,16,17,20,21
  161:22
big 82:18 104:18 113:22
  141:2 145:9
bigger 150:17
Bill 30:11 32:4
billion 18:6,18,19,23
birth 3:25
bit 144:7
blank 23:20 96:4
blood 160:17
blow 36:12
Blum 34:17 39:12
board 114:13,13 149:23
  150:2
bona 140:5
bonds 8:23

[Page 3]

bonus 145:10
book 155:19,23
books 155:23
born 5:4
borrow 107:20,23,25
bother 48:18
bottom 45:2 47:4,12,24
bought 86:1 100:5 111:10,11
    114:16 139:5 140:1,11,12
    141:2 150:16,17,25 151:3
    152:11,15
bounced 117:5,11 118:6
    119:1 123:9,10 124:19,21
    125:3 134:3 135:3 145:1,14
BRADLEY 2:2
Brandon 34:17 39:12 64:13
break 70:20 73:10,16 128:2
Breen 15:1,2 37:12 39:13
    92:16 145:7
bring 89:20 92:14
Broadway 1:18 2:3,8
broke 135:4,24
broker 6:23,24 7:12,13 15:11
    15:22
brokerage 7:3
brought 93:17 127:18 145:4
BS 5:14
building 28:16,19 29:9,19
    30:17 42:11
bullshit 136:1
business 3:14 6:10 9:13,14
    10:16,18,20 12:9 14:12,15
    14:16 15:2,9 16:7,9,19,22
    21:6,16 22:11 24:12,21
    26:15 28:11,11 38:4,8 50:24
    52:6 61:12,17,20 64:18
    76:16,20 77:20 117:14
    140:14,16
businesses 13:6 50:3,5 62:18
buy 84:14 153:1
buyer 79:14,16,16,18,22,24
buyers 104:12
buying 15:12 17:13,16 68:6
    85:25

---

### C

C 2:1 42:7 160:1,1
call 58:23,24,25 59:1 64:15
    64:19 65:7,7 150:22

called 6:6,18 7:17 9:8 41:8
    46:11 53:20 55:18 64:21
    75:10 98:9 113:20 126:5
    137:25 150:18,21 151:1
    153:23
calling 64:23
Campus 42:7 43:5 98:9,16,18
    98:24 99:9,11,24 100:11,23
    101:2,8,12 113:20,23,25
    114:5 115:12 139:25 141:10
    141:18 149:7,14,23 150:5
    151:4 152:8,9,13,17,19
    155:24
cancellation 49:18
cap 8:15 18:24 151:10,11
capacity 5:24
capital 1:9 7:5,17 8:1,10,17
    8:20 9:3 10:1 15:3,13 17:22
    17:24 19:1 21:14 65:7
    78:20 88:15,20 133:3
capitalists 6:13
capitalized 151:8,9
care 79:1
carefully 157:4
Carolina 22:9,19 23:4,14
carried 54:5 115:1,2
case 20:22 32:20 33:6 86:6,8
    88:19 94:11 118:6 138:25
cases 70:18 82:9,10
cash 57:7 138:12 153:11,12
Cass 68:16
Casualty 5:23
caused 74:20 116:15
CE 36:20 37:7,8,9
cease 8:1
Center 28:15 29:21 31:24
CEO 119:23,24
certain 8:8 20:19 39:15 42:22
    47:9 63:23 101:25 139:1
certainly 21:13 54:10 67:5
    73:8 81:25 105:6 142:2
certificate 49:18 148:18
certify 159:3,5 160:9,15
cetera 17:16 153:13,13
chairman 41:14,15 121:23
changed 152:10,16
changes 157:11
charge 63:1
charged 53:6 63:3

chart 69:11 70:17 89:25 90:1
Chase 107:21
check 54:15 55:9,9 69:22,25
    97:3 98:3 118:7,8,11,22
    119:24 120:24 121:4 123:9
    124:19,20 125:3 133:10,12
    135:2,25
checking 23:18
checks 118:25 144:24 145:13
    147:22
choose 107:25
Chris 146:25 147:10
Christine 146:17
circumstances 106:10
Citicorp 28:14,16,19 29:13
    29:19,21 30:14,17 31:24
city 32:5 121:22
Civil 1:5
CIW 153:7
claim 113:18
claimed 60:5 113:13
claims 32:20
clarify 84:25 92:14 102:21,23
clean 73:1,2,5,6
cleaner 37:21
clear 47:14 63:20 78:25 83:1
    113:24 119:16 141:4
clearly 87:25 127:7 138:11
    153:1
client 53:6 63:13 64:7,9 65:1
    129:10
client's 54:16 86:6,8
clients 8:18,20 17:24 18:10
    18:13,14 19:6 52:25 54:13
    63:20 113:17 140:2 156:2
Clinton 3:2,18
clip 46:13
close 117:24
closed 117:23
closing 104:10
Coalition 46:12
Cohen 33:16 34:4
collateral 140:4 142:23
column 35:16 36:1 42:14,25
    43:6 44:7,9,13,16 45:5,16
    45:19 46:5 47:2,4,11,13,24
    47:25
columns 41:24
come 21:3 32:5,18 33:7 40:13

45:21 48:11 64:14 71:19
80:21,25 88:23 100:21,25
101:4 107:19 111:9 113:19
116:11 122:25 136:16
137:24 145:16 147:5
comes 84:23 128:17
coming 55:4 119:11,22
commenced 83:19
commencement 48:10 56:14
committed 119:20 120:1
common 115:13 141:17
companies 17:5,9,12,21
104:10 150:16,17 151:1
152:11,16
companion 143:16
company 6:19 18:8 25:6 37:9
39:17,23 41:7 42:10 46:11
46:12 49:19 50:20 99:24
114:1,17 120:12 131:6
140:13,14 151:4,4 152:10
152:12,13,14 153:2,4,9,17
153:18 154:1,1,2,4
compilation 38:6 74:15
compiled 39:10
complete 158:3
completed 113:6,14
completing 145:17
complicated 150:15
comport 44:1
composite 74:6
comprise 51:8
computer 127:13
concern 122:12
concerning 62:16 64:16 84:9
86:20 101:1,2 133:8 145:18
conclusion 116:16
condition 84:22
conference 32:9
confess 147:20
confessed 136:19 149:6
confidential 4:9
confrontation 139:7
confronted 137:1 139:16
confusing 102:12
confusingly 129:21
connection 13:5 90:4 130:10
consciously 52:10
consider 47:7 67:2 97:11
104:21

constitute 48:4,17
contacted 13:3 14:7
contain 4:18
contains 43:7
contemporaneously 38:12,15
81:13 82:7
contents 76:12 80:6,8,13,15
contiguous 66:6
contingencies 101:25 102:3
contingency 102:2 138:24
142:22
contingent 101:24 102:6,19
142:23 143:6,7,22 144:2,11
148:6,19
continue 10:7 69:9 74:7
75:24 97:23 115:8 125:11
136:23
continued 18:12 162:1
continues 17:19 75:25
continuing 39:13 136:22
contract 10:21,23 11:5
contribute 42:17
contributed 42:19 45:6 57:23
58:1 90:12
contributing 89:2,4 119:13
contribution 43:11 45:20
48:14 65:10 111:6 133:3
contributions 41:25 42:1,1
44:8,10 47:22,22 57:3,11
78:19,21
control 142:24 143:4
controlled 8:6
conversation 65:2
conversations 81:11 123:4,8
126:22
conviction 90:5
Conway 2:2,5 3:7 4:6,14
12:13 13:10 14:4 22:21
25:15 26:7 32:11,15,21,24
33:3 36:7,12 37:17 38:19,25
49:13 52:15 55:25 57:8
60:11,15 62:2,6 63:18 64:9
66:11,23 72:7,18 73:3,8,11
73:13,25 78:8 80:10 81:18
81:24 83:13,16 86:8 90:7
.91:14 94:12 98:17 99:3,10
99:16,20 100:2,9,15 102:10
102:13,16,21 103:1 105:6
105:23 106:7 113:15 115:16

115:19 126:4,7 128:23
129:3,12 131:22 132:9
134:17 136:6 140:7,15,19
141:22 142:10 145:2 149:11
155:12,14 156:1,4 161:3
copies 71:13 118:25
copy 36:6,10,15 37:15,21,24
38:1 55:9 66:14,18 72:6,14
72:14,18,20 73:1,2,5,7
131:17 161:9
cornering 136:14
Corp 7:18
corporate 13:4 14:10 162:3
corporation 25:22 26:1,3,18
41:6,18 42:7
correct 11:7 12:12 18:14 21:2
43:14 44:11,21 45:3,6,17,24
46:3,25 56:8 58:4 76:4,6,8
77:8,19 78:10 80:7,23 83:21
83:22 84:11 87:23,24 90:25
98:11,12 99:19 102:4
103:18 121:4 126:6 129:3
131:6 158:3
CORRECTION 159:8
corrections 157:4,6 158:5,6
159:6
correctness 97:11
cost 110:14
counsel 13:11 22:22 49:17
55:8 57:4 59:22 61:24 64:6
67:7 78:6 80:10 101:23
103:15 126:4 128:16 129:9
136:3 137:12 139:23 161:24
Counselor 14:4
country 4:21,23
county 66:2 160:5
couple 16:14 33:12 122:3
129:17 130:3 146:11 154:9
coupons 46:13
course 37:17 38:3 52:23
110:17 117:4 122:18 135:4
149:18
court 1:1 4:12 32:14 90:4
157:18
courts 63:14
cover 60:20 61:7 62:12 93:7,8
106:2 120:19
covered 105:21
crazy 97:15

[Page 5]

create 76:15 84:17 86:18
  88:3,12 112:15 131:7
created 24:14 46:17 76:9
  81:21,21 90:2 119:6 131:4
  143:15 148:8
creating 102:11
creation 15:15 128:12
credible 136:2
credit 40:10,16
criminal 15:17 90:4 122:6,13

------------------- D -------------------

D.C 4:25
DA 95:8
daily 125:7
Daniel 68:12 78:22
date 3:25 43:24,25 46:16
  81:13 82:7 98:7 101:4
  103:13,18 116:3 124:20
  125:1 126:17 128:9 131:2
  132:8 139:8,14,15 149:4
  154:21 157:9
dated 11:17 26:7 71:25 75:6
  124:15 125:5 126:17 131:18
  143:10 144:10,12
daughter 34:6
David 1:7 11:12 12:8 14:12
  16:19 29:6 30:10 37:4 43:1
  43:6,8,9 44:9,17 45:5,10,16
  47:3 71:7,16 77:17 81:6
  107:10,11 108:19 113:4,13
  120:4,21 136:19 138:18
David's 34:6 75:18 110:9
  111:1,5,10,11,16,21,21
  112:7
day 16:21,22 34:24 94:17,21
  99:20 100:6 117:12 119:16
  121:8 123:11 124:18 139:9
  142:4 144:21 147:19,21
  158:18 159:22
days 152:1 157:15
deal 8:8 10:10,22 57:9 97:9
  123:21 124:5,16 135:4,6,8
  135:24 136:5 146:22 152:21
dealing 55:13 116:11
deals 88:16
dealt 121:16,18 146:6,7
debtors 140:14 154:16
December 94:16 95:5 96:15

96:25 97:7 103:14 128:10
decided 28:4 145:17
decision 5:17
decline 4:19
deemed 157:17
deep 17:15
Defendants 1:13 2:8
defended 122:24
define 53:5,7
degree 5:14
Delaware 24:25 25:4,6,23
  49:21 50:1 128:18
delayed 136:5
deliver 144:24
Dellwood 108:16,17,17,25
  109:3,7 136:10
demand 144:4
depended 66:5 79:9
depending 70:18,21
deposing 157:14
deposit 116:25 118:23,24
  119:15 133:13
deposited 117:4
deposition 1:16 25:10,11
  32:13 33:8 96:5 157:3,12,16
  157:17 158:2 160:11,12
describe 32:7
described 131:9
DESCRIPTION 161:6
desks 33:12
determine 14:11 63:15,17
determined 131:5
develop 16:3
developed 59:21 66:3 71:2,3
developer 130:10,14
development 41:22 43:20
  44:3,5 59:12,13 65:25 79:11
DH 37:12 39:13 41:25 45:18
  47:22
diaries 80:15 81:1,12 125:7
diary 56:25 57:2 68:9,11 72:9
  74:13 75:10 76:1,3,12,23
  80:1,2 81:14 82:1,5,6,8
  93:12 113:7 116:4,13
  125:12 134:16,18,20
Dictated 76:5
difference 20:14,15 86:3
  113:17 121:2
different 9:24 17:8 20:10

22:14 39:25 44:3,4 59:8
  66:1 77:11 95:17 152:21
differential 47:23
difficulties 29:11 76:10
dig 103:16
digits 4:16,18
dilapidated 85:14
dinner 16:12,14
direct 53:25 54:2
directed 66:16
directions 93:24
directly 8:22 81:2 92:9
  139:18
directors 154:14
disabilities 51:15 107:7
disagree 49:22 116:7
disappointment 48:5
disclosed 11:6
discuss 24:6 97:10 104:8
  133:17
discussed 65:6 104:11
discussing 84:12
Discussion 49:15 105:7
  149:12
discussions 49:16 79:6 84:8
dishonestly 131:6
dispute 98:20 103:13
district 1:1,2 90:3,10 93:23
  94:4,14 96:12,24 97:12 98:4
  98:21 102:17,18 127:1,5,8
  145:18,22,23 146:4,6,8,23
divested 114:18
division 27:23 29:18
document 4:11 11:15,24 12:2
  12:17 13:12,14,16,21 21:18
  24:10,18 34:25 35:8,9,11
  37:21 38:2,9,11,16,23 39:4
  39:5 40:1,20 42:17 44:21
  46:15,16 59:23 67:6 71:23
  72:2,6,8 73:2,20 74:6,10,20
  75:10 78:4,7 80:7,9,13
  81:19,21 85:21,24 86:19
  89:15 102:24 105:3 106:19
  112:15 115:20 116:7 119:7
  124:6 126:1,5,10,13,14,15
  128:12,17,20 129:1 130:23
  131:4 132:14,16 138:6,21
  139:19 142:20 143:16,22
documentary 88:3,6,12

[Page 6]

documentation 88:17 104:13
  109:6,25 125:16,20
documents 13:7 14:10 61:21
  63:16,24 70:23 71:5,25 74:7
  90:21 91:2 100:13 128:1
  132:4 155:25 162:3
doing 15:1 22:11 28:9 53:13
  69:10 70:7 79:8 82:22
  148:2 157:8
dollar 87:19
dollars 93:5 99:14 106:11
  153:21
double-check 132:19,22
doubt 103:3 127:9
DOUGLAS 1:11
draft 14:10 71:25 74:2 81:9,9
  81:21 124:11,12 126:5
  134:16 162:3
drafted 13:15,18 82:3
drafting 13:12,14 21:18
drive 3:2,18 126:23 127:16
Dubai 107:13
duly 3:3 160:12

E
E 2:1,1 159:2,2,2 160:1,1
earlier 64:25 79:4 132:8,23
early 11:3 15:4 56:2,10
earthly 86:3
easier 97:9 139:24
East 3:2,18 29:2,7,9 30:12
eat 86:13
Edge 43:16,21,24,25 44:2
  46:21 130:7,12
Edu 39:16,17
educated 5:5,6
educating 39:18
education 39:18 42:10
Effective 131:16
effectively 58:2
efforts 127:4
either 13:13 25:3 82:8 115:6
  116:4 149:19 153:17
elements 103:9
else's 7:6
em 91:15
embarrassed 135:5
employee 34:16
employees 33:13

employment 5:20 121:20
encapsulates 125:25
ended 92:11 120:18 153:2
  154:7
engaged 84:1,6
entire 10:19 72:7 123:6
entities 13:9
entity 8:3 9:6 11:20 24:3
  51:23 129:10
entries 82:5,6
entry 155:19,23
equal 44:11 48:14 78:21
equally 27:5
equities 1:8 8:23 28:23 30:12
  31:10,19 50:16,22 67:5
  139:25 153:13
equity 115:13 143:22 153:3,9
  154:12,17
errata 157:6,9,11,14
error 104:18,22
ESQ 2:5,10
essentially 18:7 20:20 26:24
  39:23,24 50:13 89:2 107:9
  138:13 143:25
establish 79:1 138:22
established 24:15 87:20
  112:16
establishing 128:20
establishment 110:10
estate 36:19 40:23 41:22
  43:19 44:2 58:15,18,20,22
  59:12 69:7 108:5,18
et 17:15 153:13,13
event 4:10 75:23 79:5 94:22
  141:7 143:5
events 75:11 79:1 81:7 82:2
  110:1 151:24
eventually 24:9
evidence 53:22 115:10
  122:22
evidentiary 80:11
exact 118:20
exactly 26:23 35:4 39:2 56:17
  63:18 79:20 115:5 154:19
examination 3:6 74:8 161:2
examined 3:4 142:21
example 59:18
exams 7:2
exception 159:6

excess 89:21 93:17
exclude 121:22
excuse 12:11 14:21 43:5 56:8
  56:20 69:14 74:17 78:1
  92:21 93:14 136:1 137:14
execute 96:5
executed 97:5 144:13 148:12
  148:13
execution 144:19
exhibit 11:22 35:2 37:20,23
  37:25 38:1,1 60:13,17,21
  66:19,22 67:1 72:10,13
  73:21,23 85:20 89:18 90:22
  91:10 92:15 124:14 127:24
  128:3 130:5,15,17,18
  137:16,19,21 139:20 143:12
  148:5 161:7,8,9,11,12,13,14
  161:16,17,19,20,21,22
Exhibits 161:5,24
exist 8:1 12:19 59:16 125:17
  136:11
existed 61:14
existence 24:10 77:3
exists 31:20
expense 90:14
expenses 90:23 92:10 93:5
  105:16,18,19,21
expired 11:6
explain 100:12 134:1,25
  142:14,18,19
explanations 113:9
extend 93:4 120:16 122:14
extended 10:23 82:11 120:13
  126:5 135:10,15 143:1
extending 82:12 103:22
  104:7 106:11
extent 14:16 20:19 123:6
extract 114:22

F
F 112:23,25 160:1
face 60:20 61:8
fact 32:4 55:21 82:8 86:12
  108:13 116:24 120:24
  139:17
facts 33:6 53:22 115:10
fail 157:16
fairly 26:20
Fall 116:13

**familiar** 35:9 50:16 51:2,4 52:20 53:17 62:3,6 68:12,15 68:18 94:3,22,24 108:15
**familiarity** 35:20,23,25
**family** 11:10 14:15,16 16:7 20:24 26:24 34:13 60:22 61:13,22 62:17
**far** 79:3 80:9 131:15
**farmland** 85:14
**fashion** 51:10
**favor** 105:24
**February** 1:14 93:3 158:2
**federal** 32:11
**Federation** 121:20
**fee** 18:14 53:6 54:4 62:22
**feel** 3:10 104:23
**feeling** 127:9
**feet** 31:3
**FEGS** 121:18,24
**fellow** 68:23
**FH** 35:13,14 117:4,6
**fide** 140:5
**fields** 51:14
**fifth** 44:16
**figure** 47:12
**file** 32:9,23
**filed** 15:21 17:10
**files** 100:3
**filing** 99:23,25
**fill** 96:6
**filled** 54:14
**final** 125:21,25 126:8 127:7
**finally** 136:9
**financed** 113:25
**financing** 39:19
**find** 5:20 13:7 23:21 66:10 97:13 124:22,25 145:21
**fine** 31:13 66:9 97:14 100:7
**Fingerhut** 1:7,8,10,16 3:1,8 11:22 13:5 25:20 35:2 37:23 38:8 43:1,7,9 44:8,22 47:3 50:15 56:18 60:13 66:19 72:10 73:23 80:14,22 81:11 84:1 86:10 91:8,11,19 91:20 94:25 95:3,18 100:12 100:14 127:24 130:15 133:3 137:16 139:20,25 140:3 143:12 144:6 158:13 159:3 159:25 160:10 161:3,6
**Fingerhut's** 81:1,12,12 82:1 82:6
**Fingerhut-Holzer** 1:7,8,8,9 11:16 12:10,12,14,16 13:8 15:15 16:1 19:14,21 20:11 20:23,25 21:10 23:9,24 24:7 24:24 26:1,12 27:6,25 28:21 30:21 31:21 33:14 35:14,18 38:4 40:3,6,13 41:10 48:11 48:15 49:20,25 50:8,11,16 50:21,25 51:3,5,24 52:3,7 52:12,24 53:2,4,8,19,24 54:1,4 55:2,5,10 56:6,11,14 57:11 58:3 60:21 61:8,13,21 61:25 62:1,12,16,17 64:2 74:19 76:20,24 77:1,4 82:13 82:14,21,23 83:24 84:10 89:22 90:13 91:12,18,22 93:18 95:12,19 96:10 105:13 106:1 107:1,22 110:11 115:7,12 117:6,9,14 117:17,21,25 118:4 120:17 120:22 121:1 128:7,21 129:4,5,25 130:22,24 132:7 132:11,15 133:9 144:14 152:5 155:3 162:5,6
**finish** 15:5 92:23 114:9
**finished** 153:16
**firm** 6:6,18,22 7:7,10,17,19 7:19,23 8:19,22 13:18 14:7 14:10 17:15 18:9 20:15 21:5 22:4,14,19,25 23:8,24 24:1 25:8,10,17,20 53:1 58:19 76:10 84:6 121:16,17 122:14 123:18,19 131:8 137:5 162:3,4
**first** 3:3 6:18 7:15 14:24 17:3 24:18 43:17 55:17 56:18 59:15 62:11 72:13 74:15,25 75:17 81:3 82:20 89:5 99:5 110:14 124:2 126:12,16 131:13 132:20 142:20 146:16 150:12 151:3
**five** 10:25 85:17 106:15 115:16 149:24
**flip** 60:25
**Foley** 54:14
**Folkenflik** 1:18 2:7,10 4:4,7 4:17 7:21 9:16,25 10:5,15 10:19 12:11,14 13:2,13,24 14:6 15:23 19:11,15 20:3 22:1,5,20 23:3 24:13,16 25:13,19 26:4,19 27:7,10 28:5 30:2,6,23 31:11,14 32:10,17,22 33:1,5 36:5,9 36:14,18,22 37:14,20 38:14 38:22 39:3,7 40:4 45:7,12 45:18 49:11 50:6 51:25 52:13,18 53:2,10,21 54:11 55:8,22 56:1,7,19 57:4 58:6 58:20 59:22 60:5,8 61:16,23 62:4,8 63:6,16,19 64:6,24 66:10,13,21,25 67:13,22 69:21 72:5,12,19,22,25 73:6 73:9,12,15,18 74:4 75:3,15 75:23 77:11 78:6,24 80:17 80:19,24 82:4,25 83:8,14,17 84:2,25 85:10,22 86:2,11 87:19 88:5 89:13,17,23 90:1 90:9,17,20 91:3,5 92:13,18 92:22 93:11,14,22 94:7,10 95:2 96:19 97:8 98:13 99:1 99:5,12,18,22 100:4,10,18 100:24 101:23 102:5,11,14 102:18,23 103:3,15 105:4 105:10,14,17,20 106:4,16 106:22 108:22 109:19 110:6 110:19 111:3 112:3,10,19 112:25 113:12,16 114:9 115:9 116:21 121:12,14 122:9 124:4,10,14,17 125:2 126:6,9,15 127:2 128:5,16 128:25 129:9,15,18 130:4,8 130:21 131:24 132:3,19,22 134:15,19 135:1 136:3,8,15 137:2,12 138:5 139:10,13 139:23 140:9,12,17,21 141:4,10,15,21 142:5,8,12 142:18 143:2,19 144:9,23 145:3 148:4,17,23 149:9 150:1,10 151:9 153:8 155:10,13,18,22 156:6
**followed** 23:5 78:20
**following** 91:7 102:16
**follows** 3:5
**food** 46:13
**foot** 30:14
**force** 138:10

forced 138:10
foreclosing 154:15,16
foreclosure 154:9,12
foregoing 158:1 159:4
foreign 8:12 39:19
Forgive 23:18 65:24 93:25
forgot 49:10 146:14
form 61:17,24 63:7 78:25
    100:25 105:11 111:4 112:4
    155:8
formal 150:14
formation 13:5 131:13
formed 9:7 11:9 132:15
forth 160:11
forward 117:14
found 121:3
founded 9:19 11:19
founder 149:13
founding 16:1
four 4:15,17 95:21 149:24
fourth 44:13
FP 41:25
fracture 131:8
fraud 112:24 116:12 136:22
fraudulent 71:17 119:7 121:4
free 3:10
Friday 100:16
friend 107:10
friendly 154:9,11
front 66:22
fronted 47:16
fully 62:2,6
Fulton 22:2,5,18 23:6
function 27:18 28:7 39:10
    59:17 108:6 136:13 139:2
functionally 117:13
functioning 91:17 106:1
fund 1:9 9:9 11:16 12:12,15
    22:13 39:16,17 50:11 51:3,5
    51:6,7 87:16 132:11
funded 45:24
funding 46:1,2 79:4
funds 9:15 42:25 47:2 48:13
    55:4 65:4 69:5,18,22 77:16
    78:1 79:8 83:3,9,18 88:4
    89:21 90:12 92:8 93:13,16
    100:1,5 106:12 117:3,17
    118:3,3,5 119:12 120:9,21
further 65:10,13 119:24

125:21 159:5 160:15
furtherance 28:10
future 77:23

## G

G-O-T-T 153:25
GBD 1:6
general 7:9 20:19 37:1
generated 153:11
gentleman 23:5 106:19 122:2
Geo 1:9 7:17 8:1,10,17 9:2,20
    9:23 10:1,3,3,8 15:3,12
    17:22,24 18:7,16 19:1,24
    20:5,23 88:15,20
getting 136:5 145:9
give 92:8 96:7 101:19 113:4
    156:1
given 34:25 80:14 151:13,25
    158:2 160:13
gives 86:15
giving 4:8 97:15 139:19
glad 105:1
glasses 36:3,4,17
go 15:5 16:19 21:15 26:19
    36:1,22 49:13 55:10 70:15
    80:18 82:21 93:14 98:18
    104:16 105:4 113:10 128:23
    142:10,19 149:9 151:24
    154:17
goes 69:11 74:5 131:14
going 3:8 30:8 49:1 58:14
    71:3 73:9 82:17 87:8 88:9
    92:25 94:13 98:17 107:16
    112:21,23 115:16,22 117:14
    119:18 120:21 127:1,5
    133:11 134:11 145:10,15
    146:13 148:1
gonna 111:18
good 16:24 25:7 27:5 28:20
    31:2,7 40:15 105:1 112:22
    137:3 138:4,5,6 144:3 154:3
    154:24
Gott 153:23,24
gotta 16:24 155:25
gotten 119:10
GP 40:7
grab 144:16
graduate 5:9
grand 147:6,15

grass 87:11,12
great 84:23 146:20,21 152:21
greater 17:10 57:16 141:19
Greer 6:7,11
gross 42:25
group 7:24 21:24 22:14 31:17
    68:6,8 153:23
GS65 7:4
guess 6:17 25:7 28:22 34:11
    73:14,14 88:17 145:6,14
    154:8
Guidance 121:21
guide 19:22
Gurney 106:20 107:9
guy 22:8,15 30:9 32:15 34:17
    49:10 123:24 136:18 137:3
    149:15
guys 22:7,13 23:11 104:12
    122:3

## H

H 159:2
half 42:5,5 75:17 110:8,23
    111:10,11 112:16 120:3,9
    120:14
hand 12:22 67:1 123:24
    160:20
handled 147:12 154:14
hands 32:3
handshake 31:25
happen 135:6,8
happened 71:15 82:19 98:15
    100:10 101:17 119:10
    135:20 138:12 139:6 142:8
    142:19 145:8 153:4,9,10
    154:10
happening 122:23 153:2
    154:7
happy 104:17
hard 119:8 126:23 127:16
Haverstraw 41:3 59:18 64:2
    64:3,8 67:18 68:24 70:19,25
    77:8 84:9 86:5,7 100:20
    108:5,12 109:1 115:22
he'll 9:16 94:2
head 19:16
heard 15:20 84:20
hearsay 81:4,7,16
heavy 88:18

[Page 9]

Heidi 1:4 2:15 55:24 64:16
64:22
height 18:16
held 77:4 95:12 154:25 155:2
155:19,23
hell 25:3 110:3 119:17
help 57:5 59:23
helpful 114:10
hereinbefore 160:11
hereon 158:5
hereunto 160:19
herewith 158:7
hidden 110:25 111:2,4
hide 112:9,13
hire 49:6
hired 14:10 121:7 145:5,8
162:3
history 88:12
hit 114:14
holding 155:3,4,5,6
Holzer 1:7,9,10,11,11,11,11
1:12 11:12 12:8 13:19
14:12,19,24 15:8,11,17
16:19 20:10 21:4,9 24:6,11
24:20 25:9 26:16 28:7
33:20 34:19 37:4 42:6,16,23
43:1,8,9,13 44:9,18 45:5,10
45:16 47:3,8,18 48:13 49:2
50:4,20 54:8,12,17,24 55:13
56:12,19,20 57:3,12 58:2
68:5,7,23 69:6,20 70:5,9
74:22 77:17,22 79:7 81:6
82:12 83:11,12,21 84:2,5
86:10,19 87:22 88:4 89:1,1
89:20,20 90:4 91:8,11,22,23
92:9 93:2,6,17 94:19,19
95:4 97:1 98:8,23,24 99:7
99:16,25 100:4,14,22 101:6
101:11 103:4,24 104:6
105:9,12,15 106:2,12 109:3
115:21,25 116:12 119:5,6
123:5,9 131:5 133:7,19
134:25 136:9 138:11 139:16
139:19 142:25 144:5,23
147:18 148:13,20 149:1
154:22
Holzer's 29:11 46:2 47:25
63:4 70:4 79:5 98:16 99:10
100:11 127:12 138:18

honest 53:12
hoped 106:25
hoping 85:4
hospitals 121:23
hotel 66:4
hour 138:7,8
hours 121:4
house 6:21
houses 85:15
Howard 121:12,13 122:3,4
huge 103:11 114:14
hundred 17:7 104:16

_____

I

IBM 17:16
idea 19:24 40:16 54:25 92:12
103:10 111:8 119:17 120:24
125:14 141:1
ideas 154:3
identification 11:23 35:3
37:24 60:14 66:20 72:11
73:24 127:25 130:16 137:17
139:21 143:13
identified 11:16 25:12 47:2
50:25 67:7 68:22 78:22
83:12 85:2 90:8 93:2
106:18 108:9 109:21 124:7
125:20 126:11
identify 11:24 60:16,17 61:1
62:11 71:24,24 128:2,5
130:6,8 143:14
identities 136:25
identity 55:16 129:19
II 1:10
illiquid 17:6
imperative 157:13
important 4:11 17:14 33:15
impression 21:13
inability 105:16 106:2
inadvertently 72:15
include 4:15 97:4
included 25:18 38:12 81:11
81:15
includes 43:10 72:9,14
including 81:5 90:22
incorporated 49:20,25
incorrect 140:2
incorrectly 82:20
indebtedness 47:8

independent 17:11 147:23
independently 125:15
INDEX 161:1 162:1
indicate 35:16,20,23 40:2
61:4 67:16,17 78:16 79:23
85:24 109:6 111:15 115:25
120:2 133:19,21 152:7
indicated 14:14 24:19 40:9
42:15 56:13 57:10 82:3
83:10 92:25 96:21 98:5
115:21 119:21 125:12
149:22
indicates 44:16 49:18 85:25
94:16
indicating 60:22 91:1
indication 65:9
individual 55:14
individually 70:5
information 4:18 14:9 23:23
38:12,15 80:14,21,25 81:14
81:16,17 96:9 162:2
informed 115:21
initial 5:22 13:18 19:24 28:14
43:22 65:14 70:25 83:18
98:14 114:11 122:12
initially 17:6 51:7 150:18
inquire 86:15
inquiry 133:8
inserts 76:1,9 77:15
inside 117:17
instances 44:10
institutional 20:22
INSTRUCTIONS 157:1
intended 12:4 41:25,25 44:7
44:9 45:23 58:23 65:21
76:19 77:15 78:9,11 79:18
81:22 83:1,2 87:15 108:1
109:14,17,18,22,23 115:8
142:24 143:21
intending 19:4
intent 19:20 88:3,6
intention 27:1
intentionally 102:13,15
interest 54:5 75:18 98:16
100:11 109:7 110:9 111:5
111:17 112:7 114:19 115:1
131:12
interested 160:18
interests 115:2 137:22 142:25

[Page 10]

143:5,23
interpret 47:13,15
invest 8:17 19:5,13,21 21:10
  27:2 51:14 63:11 107:16
  119:20
invested 18:11 28:4 58:14
  64:8 88:16 89:10 108:25
  138:14 150:19
investee 108:23
investigate 97:12
investigation 49:1,3,5 72:1
  74:22 76:16 80:20,21 81:10
  81:23 125:22,22
investigations 15:17 123:20
investigator 49:7 94:15
investing 26:21,25 84:20
  88:22 89:1 107:6 113:20
investment 5:25 6:12,21,22
  6:23 7:18 8:11,22 12:6 18:9
  18:10 21:1 35:6,17 36:19
  37:2,12 38:17 39:11,14 40:8
  43:16 44:9,14,17,20 45:24
  46:7 52:13,17,24 53:14,18
  53:20,23,25 54:2,18,20,23
  55:19 56:2,4,5 58:24,25
  59:11 60:2,3 61:2,15 62:17
  62:21 64:1,15 65:5,13,14,20
  65:22 68:8,24 69:7 70:16,18
  70:25 78:12 93:8 94:18
  97:19 98:10 108:10,18
  110:18 112:17 114:11
  115:11 119:25 120:14 129:5
  136:10 140:22 141:20
  150:20 151:15 152:1
investment's 84:24
investments 9:4 14:17 26:11
  28:3 35:12,21,24 38:6 39:25
  40:2 41:2,11 42:15 43:22
  44:4 46:19,21 52:8 53:15
  58:12 59:25 64:17 65:11
  67:10 69:16 77:7 90:24
  94:1 107:21 108:2,3,4,8,11
  109:15 112:22 129:23 130:1
  130:9
investor 8:16 27:21 28:1,2
  67:3 84:13 106:20,22
  108:21 110:25 111:2,21
  151:13
investors 8:15 19:8 52:12

55:14 62:21 63:22 65:8
  68:23 112:2
involved 15:8 37:10 39:17
  41:7 42:10 50:4 81:2,4
  104:9 139:18
involvement 106:25
involving 15:17 83:10
Ireland 107:11
irrelevant 32:13 141:7
Irwin 9:21 15:3
ISC 42:12
Island 130:13
issuance 126:8
issue 33:6 58:17 82:22 88:21
  112:5,14 118:3 120:21
  140:3,7 145:11 151:24
  155:7
issued 62:15 64:12 77:16
  95:12 155:11
issues 154:6
issuing 118:14

J

J 2:5
Jackie 33:15,24 34:2
Jackie's 34:3
Jacksonville 36:20 41:23
  43:20 130:14
Jeez 111:23
Jeffrey 68:19 78:22,22
JENNIFER 1:11
Jesus 91:21
JM 60:7
job 5:22 138:4,5 146:21
JOHN 1:4 2:14
join 7:17
joined 6:17 15:3 17:25
joke 143:17
JOSEPH 1:12
JOSHUA 1:11
JPMorgan 97:18 107:21
  117:11,23
judge 4:20
judgment 18:12
July 4:1
June 49:21 50:1 125:3,4
  131:16,18 133:6 136:21
jury 147:7,15

K

K-1 60:14,18,19,22 61:1
  62:15 63:12 161:11
K-1s 64:11
K-A-N-N-A-N 149:21
K-A-T-Z 68:17
Kannan 149:19,20,21
Katz 68:12,17 78:22
keep 38:8 104:19 112:21
keeping 76:18
keeps 136:5
kept 38:3 76:24
Kevin 22:3 23:7 138:3
kidding 48:6
kind 17:16 46:13 107:10
  136:1
KLI 39:21,22
knew 15:14 16:7 119:11
  146:13
know 4:11 12:25,25 14:2
  16:23 18:24 20:14 21:12
  22:16,25 24:1 25:3 31:14,20
  37:13 46:16 50:19,24 53:12
  53:13,13,15 54:7,9,20,22
  55:9 57:25 59:2,5 61:17
  63:2,8 64:4,11 68:13,13,21
  68:25 71:12,15 72:2 75:21
  76:13,14 79:2 80:9 81:6
  85:12 89:3,4,11 92:1 97:3
  98:3,11 99:6,14,17,18
  101:13,14 107:9 109:14
  110:4 111:7,14,23 113:10
  114:3 120:6 123:15 124:20
  126:7 127:22 128:4,11,13
  130:24 134:24 135:25
  136:25 141:1,23 145:5
  147:22 148:15,20 149:13,15
  150:23 151:7 152:20,25
  153:21 155:15
knowledge 49:24 158:4
known 12:9 15:6 26:1 49:19
  67:11 129:5 154:8
Knox 39:22 40:4,5,8

L

L.P 1:9
land 65:25 66:6 67:17 71:3
  85:13 86:5 87:6,7,8,10
landlord 31:6,8

Lardner 54:14
large 18:17,23 30:25 104:7
larger 17:8 38:1
largest 121:21
late 10:12 134:20 137:13
latest 134:20
law 5:16 13:17 14:10 22:18
   23:8,24 25:8,10,16,19
   121:15,17 123:17,19 162:3
   162:4
Lawrence 39:22 40:4,5,8
lawsuits 15:20
lawyers 13:4,11 21:6,17,22
   104:10 122:6
learn 55:16 56:17 89:5
lease 31:21,23
leased 29:3
leave 10:9,13,24 14:7 23:20
   96:4
leaving 140:3,9
left 5:21 6:16,19 7:16 10:25
   10:25 11:3 12:22 18:5
   28:22 30:10 31:24,24 35:16
   114:13 136:12 145:6 146:18
legally 8:2
legible 36:11 37:24 161:9
lend 92:3
lent 153:18
LESLIE 1:11
lessor 31:12
let's 28:21 98:13 99:22
   100:18 105:2 124:25 142:12
letter 40:10,16 60:20 61:7
   62:12
letters 150:22
liability 25:6,25 49:19 122:13
license 7:7,7
Lieber 9:21
life 5:22 52:24 139:24
light 96:11
limited 11:17 12:6 20:13,19
   25:6,25 49:19 51:13 107:3,8
   132:11
Lincoln 137:3,5 147:20,24
Lincoln's 137:4
line 36:24 111:16 159:8
liquid 57:7
list 116:21 158:6
listed 159:7

Listen 112:22
little 57:5 144:7 150:15
LLC 1:7,10,10 12:17 24:22
   24:25 25:24 30:23,24,25
   31:21 33:14 49:25 52:1,2,3
   53:3,4,10,11,24 55:11 62:1
   63:21 89:23,24 90:13 95:13
   105:14,15 117:4,6 128:7,22
   129:6 130:22 132:7,15
LLP 2:7
loaned 154:1,1
loans 39:19
locate 131:25
long 6:3 22:16,17 23:11
   28:18,20 48:24 69:9 70:15
   124:5,16 151:23
longer 73:7,12
look 11:21 33:4 43:15 47:24
   59:23 64:4 66:7 67:1 68:10
   69:1,11 74:1 82:17 94:23
   95:20 99:5 105:2 113:7
   116:13 128:25 130:4,17
   131:1,12 132:20 136:4
   137:18 151:25
looked 32:23 132:17
looking 20:1 45:1 55:24 59:2
   119:12 125:18
looks 45:25 60:9,18 67:20
lord 14:25 151:12
lost 135:25
lot 42:12 50:12 57:6 58:13
   118:5 121:25 126:21,23
   141:2,17,24 153:2
loud 19:15 28:5 52:18
love 41:8
LP 11:16 12:12,15 51:3,5
   63:21,22,24
luck 144:3
lunch 73:8,10,16

-------------------------
              M
-------------------------
Mahal 86:4
mail 135:25
maintain 33:17
maintaining 42:11
major 110:10
majority 47:16,16 58:11
   146:24
making 14:17 41:10 70:16

104:6 148:21
mall 66:3
malls 71:4
manage 18:15
managed 17:24 18:16 27:15
   154:5
management 18:2,7 50:11
Managers 7:24
managing 20:20 52:8 62:5
   63:21,22
Manhattan 6:19 7:15
manifest 155:8
manner 15:21
Manning 22:2,18 23:6
March 83:19 93:3 98:7,23
   101:5
mark 66:14 72:5,25 73:1
marked 35:1 37:21 72:14
   74:2 75:4 76:1 128:2
   161:19
market 17:7,15 115:4 151:10
   151:11
marriage 160:17
MARSHALL 2:2
Maryland 5:9,11,12
master 31:12 79:14,15
materials 22:2
Math 5:15
matter 4:8 36:16 118:6
   160:18
Max 2:10 93:21 103:1
Mayer 30:11 32:4
MBA 5:10,17
McGerity 1:18 2:7
mean 8:4,25 9:15 13:20 14:18
   16:7 24:16 27:8 29:23
   31:11 38:16 42:2 43:10
   49:4 50:7 51:25 54:12 57:7
   58:21 63:2,10 66:1 69:21
   70:19 71:8 84:22 88:5,12
   94:23 95:8 96:18 103:7
   104:11 117:19 118:2,12
   123:7 124:13 125:19,24
   127:3,9 128:15 134:16
   142:7 146:1 150:24 151:10
   155:10
meaning 85:1 88:6
means 41:1,2 42:3 57:6 62:23
   63:15,17 75:4 126:16

[Page 12]

134:17
meant 16:25 17:2 119:17
measure 78:21
meet 14:23 107:14 133:16
meeting 128:6 139:10 147:1
member 42:12 62:5 63:21,23
  114:13
members 34:13
membership 131:11
memorialization 12:7
memorialize 21:18 77:16
memorialized 26:17
memorializing 70:23 77:21
mentioned 21:25
mentioning 33:7
merchant 39:24
met 107:10,11 133:7 147:3
mfolkenflik@fmlaw.com
  2:11
middle 51:22
Miller 120:11
million 17:7 18:1 42:4,15
  44:23,25 45:23 47:25 57:18
  86:18 91:9 93:5 103:23
  104:22 106:11 107:20 108:1
  109:24 110:1,13,14,21
  115:23,24 116:2,8,25 118:8
  118:11,15 120:25 133:10,13
  133:14,25 135:2 140:22
  141:19 143:3 144:25 145:10
  145:11,14 151:14,16,18,19
  151:20 152:1,24 153:21
millions 99:14
mind 137:15
mine 112:14 125:15
minute 43:3 118:24 123:25
  149:10 153:16
minutes 73:20 106:15 115:17
  156:1
mismanaged 153:11
Misstates 53:22
mistake 82:18 111:24 113:2
  152:25
Mm-hmm 14:20 17:18 28:17
  41:16 43:23 121:9 123:24
Mohammed 106:24 107:1
moment 98:18 105:5
monetized 46:13
money 8:18,18 17:24 18:11

18:12,13,15 19:5,7,9,14
  20:13,21,22 21:1,10 27:2
  45:21 82:12,12 83:11 88:9
  89:11 99:7 103:11 108:24
  119:18 135:21 140:2 151:20
  153:19 154:1,2
monies 20:24 27:15 89:10
  91:10 92:2,3,4 110:12
  135:10,14 138:25 139:1,2
Monticello 67:20 71:1 108:14
move 9:24 33:9 42:24
moved 22:23 29:1,2 30:6,7,12
  32:5
Mullin 22:24
multiple 129:22,25
multiyear 104:5
Murray 15:1,2 37:12 39:14
  92:17 145:7
mutual 10:13

—————————————
          N
—————————————
N 2:1
N-O 112:18
name 9:20 13:20,23 14:3,7
  21:22,25 23:6,16 25:9,16,18
  31:17 34:3,7,17 35:17 50:21
  58:18 59:3 68:12,13,18 80:3
  106:19,21 120:11 121:11
  124:3 129:19 146:14,16
  149:18 150:12,14 152:10,16
named 138:2
names 23:12 50:12,15 69:2
  129:21
Nat 149:19,20,21 154:3
nature 8:24 59:10 86:20
  125:23 133:4,9
necessarily 19:23 27:3 38:19
  57:7
necessary 48:13 65:4 87:16
  157:4
need 7:2 36:4,17 73:1,11
  112:1 113:10 115:16 134:9
needed 7:8,19 8:8 122:21
  145:21
needs 64:16 91:24 92:1
  106:13
negotiate 137:24
net 46:5 47:2,11
never 53:23 55:6 64:7 84:20

88:20 137:6,10,15 146:6
  152:6 153:11
new 1:2,18,19,21 2:4,4,9,9
  6:5 19:2 22:4 24:2 25:1,17
  40:22 41:4 51:17 58:21,22
  58:25 60:1 67:18,18,19 94:4
  109:20 110:12 121:22
  128:19 137:8 153:13 160:3
  160:5,9
Newburgh 67:19
non-contributor 58:3
non-repayment 143:8
nonexistence 134:4
nonprofits 42:13
North 22:8,19 23:4,14
notary 1:20 3:4 148:18
  158:23 160:8
note 57:25 64:6 72:12 134:20
  143:9,15 144:1,10 148:7
  149:1
noted 156:7 157:11 158:5
notes 69:1,3 76:3,13,23 82:1
  116:14 124:24 134:8,9,15
  134:18,20 137:2
notice 1:17 73:3 75:16 128:6
  140:6
noticeable 58:10
November 145:1,2
number 3:9 4:2,3,9 13:6
  21:14 37:22 38:17 41:3
  42:3,13 45:8 47:4 59:24
  66:15 85:20 90:22 96:10
  110:1,4 116:7,17 128:3
  130:5,18 136:9 150:16
  152:11 162:6
numbers 43:25 57:19 66:15
  77:13 95:11,14,15,23 96:2
  97:6
Nyack 67:22
NYU 5:10,21

—————————————
          O
—————————————
object 4:4,8
objection 20:3 27:10 53:21
  61:16,23 63:6 78:7,24 85:10
  99:1 100:24 105:10 111:3
  112:3,10 115:9
obligations 11:6 63:23 106:3
obtained 81:4 87:21 90:10

obviously 23:17 35:6 71:17
  120:4 135:19
occasion 16:8 98:6 133:8
occupations 9:3
occupied 31:4
occur 59:14 84:13,17 154:19
occurred 54:16 75:2 81:2,14
  101:25 102:3
October 11:17 12:24 26:7
  124:23 131:3 136:8,21
  137:1 139:9,14,15 140:20
  141:6 143:10 144:10
odd 31:16
offer 116:2
offering 141:3,13
offhand 95:9 134:7 152:20
office 26:24 28:12,14 30:7,12
  30:18 31:3,5 32:5 33:4,17
  33:19,20,23 34:20,23 55:18
  90:11 93:23 126:22 128:18
  136:17 146:5
offices 1:17 30:4 32:9 33:11
  144:14
official 128:20 129:1
Oh 14:25 50:10 133:15
  144:20 151:12
Oil 8:11
okay 25:7 36:3,18 37:16
  38:25 40:11 45:15 52:15
  54:10 61:3 69:4 71:18
  86:25 101:18 103:8 104:18
  106:17 108:11 111:18,25
  113:16 114:1 122:17 133:15
  137:20 153:10
old 3:20,22 85:15
once 125:9 149:6
one-half 111:16,21 112:7
one-third 87:22 111:1,10,12
  111:22
ones 141:16
ongoing 24:19
online 128:25 150:13,19,21
  151:6 152:3,6,15
open 14:12 28:11
opened 29:14
opening 19:2
operated 15:22 50:20,21
  96:14
operating 12:23 24:3,17 25:5

26:5 27:25 51:23 56:11
  90:14,23 97:20 98:2 130:21
  130:23 131:7,14,17 132:6
  132:24,25
operation 9:8 12:9
operational 9:13
operations 29:19
opportunity 64:18
opposed 55:25 56:1 90:23
  100:20
option 63:4
oral 21:4
orally 19:17
order 32:14 36:23 64:17 79:1
  90:5
ordered 86:13
ordinary 38:3
organization 11:18 89:22
  128:6,15,21 129:20
organizational 13:8
organizations 42:12
origin 4:21,23,24 76:7
original 84:8 157:14
originally 113:25
Ornston 137:3
other's 88:16
outcome 160:18
outside 27:15
over-the-counter 150:25
overall 40:7
overhead 92:5
oversee 54:2
owe 143:25
owed 103:10 139:2 143:8
owned 8:7 17:5,8,22,23 39:25
  59:18 141:2,16 152:3,6
  154:18
owner 78:3
owner's 114:19
ownership 47:11,15,21,22
  102:9 139:1

————————————————
                P
————————————————
P 2:1,1
P-R-A-K-K-E 23:7
P.C 2:2
p.m 156:7
PA 22:6
page 60:20 66:24 74:25 75:11

77:6 89:18 92:15 94:14,15
  98:5 159:8 161:2,6 162:2
pages 75:4 93:12 126:16
paid 44:14,17 91:11 103:7,12
  143:6
pains 159:21
pair 36:4
Pane 146:15
paper 88:7
paragraph 75:18 110:6,8
  132:20 136:9
Pardon 22:6
Park 28:23,24 29:15,20,21
  30:11,17,20 31:10,18 32:8
  61:6
part 8:7 10:10,20 31:5 38:7
  74:25 75:7,13 76:20 79:16
  94:24 103:8 106:7 128:12
participated 40:3
participating 68:4,5 78:3
  105:13 109:8
participation 79:5 109:2
participator 87:23 114:23
particular 20:8 35:17 68:8
  82:2 90:22 126:10 143:7
  150:6,7
parties 52:11 68:22 78:21
  104:9 106:18 137:1 138:15
  160:16
partner 7:9,17 9:7,7,20 18:1
  20:2 37:1 48:14 78:17
partners 1:7,9 9:8,11 12:10
  12:17 15:16 16:1 19:14,21
  20:19,20 21:10 23:9,25 24:7
  24:12,25 26:2,12 27:6,25
  30:21 31:21 33:14 36:21,25
  38:4,8 40:3,6 48:15 49:20
  49:25 50:9 51:24 52:3,7,24
  53:3,4,8,19,24 54:1,4 55:2
  55:11 56:6,11,15 58:3 60:21
  61:9,13,21,25 62:13,16
  76:21 78:13 82:13,14,21,24
  83:24 84:10 88:15,19 90:13
  91:12,18,23 93:18 95:13,18
  95:19 105:9,13 106:1 107:2
  107:22 115:7 117:15 120:17
  130:22,24 132:7,15 162:5
partnership 7:4 9:9 11:10,17
  12:5,6 20:14,16 48:11 51:14

[Page 14]

63:13 107:4,6,8,8,18 108:24
132:11
partnerships 9:10
parts 92:6
party 81:16
pass 7:8
passed 7:2 11:25
Pastor 1:19 3:4 160:7,23
pay 92:1,4 105:16 117:22
137:23 145:11 154:2
paying 117:18 139:3
payment 83:11
payments 70:16 83:3 91:8
93:24
Payne 146:17
peak 152:5
Peck 6:6,8,11,15,16
pedigree 4:6
penalties 159:21
penny 47:17
people 9:18 19:22 52:9 81:5,5
84:21
people's 20:21
percent 17:10 152:2
percentage 78:17
period 8:9 15:24 26:9 46:20
56:10 88:25 103:24 104:6
105:25
perpetrate 136:22
person 13:15 17:11 75:17
81:3 110:15 117:2 119:11
128:4
personal 77:17 83:12 91:24
92:1,8,9 93:2,5 94:20 95:5
96:14,16 97:6,17,21,24 98:1
105:16,17,19 106:3,12,12
118:16,18
personally 81:17 82:9 122:14
perspective 31:18
phone 64:15,19 127:21
phonied 119:14
phrase 61:19 63:9 99:4
Physical 155:13
picked 28:3
piece 40:7 58:16 59:18 68:6
85:18 86:5 88:7 89:10
141:2 153:14
pieces 59:8 74:13 88:1
pier 87:13

place 18:11 28:11 29:20
110:22 144:16
placed 38:21 53:19 72:16
placement 115:14
places 30:1
Plaintiffs 1:5,17 2:3
planning 19:13
plans 70:24,25 71:6
please 3:10 61:5 88:10
105:24 157:3,8
plots 66:6
plus 57:18 88:17
point 8:2 16:15 17:9 75:15
79:21 80:11 113:13 146:10
pointed 49:17
pointing 148:5
pool 66:4
poorly 153:5
portion 42:23 69:6
portions 44:3 103:23
position 63:13 113:22 153:12
positions 17:4 139:2
possession 40:13 127:17,20
142:25
possibility 64:1
Possibly 141:22
post 152:2
practice 7:11 123:19
Prakke 23:7 138:3 148:3,10
pre 5:16 151:15,20
preceded 82:23
precise 129:19
precisely 62:9
predate 84:9 127:5
predated 127:8
predates 126:25
preferred 115:14 141:3,12
151:18 153:14 155:7,17
pregnant 146:19
premises 28:24 29:15
prepared 24:9,19 38:23 39:6
39:8,9,12 74:21 75:19 81:9
91:2 103:19 148:1
presence 148:13
present 2:13 76:24 144:17,18
145:21 146:3
presented 67:6 161:19
presume 10:25 134:17
pretty 16:10,23,24 17:19

47:14 65:19 154:3
previously 119:2 121:16
price 109:15,17,18,23
primarily 16:6 20:22 70:2
principal 51:23
principally 16:9 19:8
printed 36:10
prior 15:15,25 16:18 26:9
55:13 56:14,24 143:18
151:23
private 6:20 49:5,6 113:25
115:14 123:20 141:13
Pro 151:1 153:5
probably 12:22 14:25 15:2
16:22 37:1 39:11 60:6
73:14 94:23 95:20 121:10
133:5 151:13,14,16 152:1,2
152:20,24
proceed 44:6
proceeding 47:1
proceeds 115:24
process 69:16
produce 27:1
produced 13:9 26:6 59:24
71:6 90:11 94:11 116:25
131:23,24 132:1,5
producer 71:11
producing 71:8
product 90:2 153:6,6
production 37:22 59:24
66:15
professional 9:24
profits 26:11,23 27:11,14,18
Profusely 84:5
program 79:14
promissory 143:9,15 144:1
144:10 148:7
prompted 16:18
proof 109:12
proofs 103:25 104:2
properties 60:1 64:5 65:21
67:11 69:7 70:21 77:18,23
77:25 78:2 79:10,12,17,19
83:10 84:14 87:2,17 104:3
108:5,21 109:9,20 110:20
113:5 135:9,11,16 139:4
property 59:9,14,16,16,19
64:2,3,8 77:8 78:9,12 85:4
85:18 109:1 110:12 115:22

116:2
proposed 51:13
Proskauer 121:14,15,17
  122:1 123:5
prospective 80:4
public 1:20 3:4 99:23,24,25
  114:2,5,13,16 141:9,11,14
  150:2,21 151:8,17 152:12
  152:14 158:23 160:8
publicly 99:24 100:7 155:16
Publishing 41:5,11
purchase 59:15 68:4 69:6
  70:23 77:17 79:3 84:9 85:4
  87:16 98:8,15 103:25 104:2
  108:21 109:8,15,17,18,22
  109:23 135:18
purchased 9:23 59:19,20
  75:17 78:3 86:5 87:9 98:24
  101:22 109:7 110:8,21
  111:16 112:7 135:9,12,17
  141:16
purchaser 68:2 80:4 85:2
  116:1 140:5
purchases 67:18 78:9,12
  104:7 109:21
purchasing 67:23,25 84:22
  85:9,13,13,14,18 115:3,8
purport 67:8
purported 64:7
purpose 20:9 21:18 38:24
  60:1,2,6 76:16 79:11 108:1
  131:7 138:21
purposes 76:22 80:11
pursuant 1:17 60:19 140:4
  154:22
put 58:15 60:6 116:19 117:9
  138:1,25
putative 108:20,23
putting 89:11 119:15 138:12

_____
                Q
_____
quarter 18:23
question 7:22 9:17,17 19:12
  28:20 31:2 32:25 33:3
  40:15 62:9 63:17 67:4,14
  71:22 74:5 83:1 91:25
  92:24 104:3,19 112:20
  129:18 142:17
questioning 32:12 79:2

147:12
questions 3:9,10 32:19 33:2
  156:5
quite 133:5

_____
                R
_____
R 2:1 159:2,2 160:1
Raleigh 23:2,3
ran 30:11
range 151:16
Rapillo 1:4,4 2:14,15 52:21
  52:25 53:9 54:20 55:21,24
  60:22 61:13,22 62:20 64:16
Rapillos 55:5,17 63:20,22
  64:12 65:3,10 94:18 98:7,22
  99:7,13
rare 16:10
ratio 48:1
rconway@mcwpc.com 2:6
re-produced 73:4
reach 116:16
read 56:25 57:2 94:5 116:18
  134:13 157:3 158:1 159:4
reading 40:1 44:21,24 80:12
  115:20 116:19
reads 42:14
real 36:19 40:22 41:22 43:19
  44:2 58:15,18,20,22 59:12
  69:7 108:5,18 133:23,24
realize 56:23 71:19
realized 137:6,10
really 7:3,3,9 55:20 92:19
  113:10 131:10 138:4 153:4
  153:5,5,18
reason 4:5 24:23 49:22 64:20
  84:24 88:2 93:4 110:10
  113:4 119:4,5 157:5
recall 24:5 29:14 54:17 93:25
  124:2 129:8 147:1
receipt 157:15
receive 144:5
received 22:2 81:15 96:25
  99:21
Recess 37:19 60:12 73:22
  115:18 156:3
recitals 131:13
recognize 32:11 138:16,18
recollection 80:3 81:13 114:8
  116:22,23 129:13 144:18

146:4 158:4
recollections 82:2
recommended 107:12,13
  122:4 123:2
record 49:14,15,17 55:4,22
  61:5 70:8,8,11,13 72:13
  75:4 76:20 77:21 85:1
  89:13 96:5 102:12 103:16
  105:5,7 116:20 120:10
  137:13 142:11,13 149:10,12
  159:5 160:13
record's 83:1
recorded 38:18,20
records 23:19,20 103:20
  152:7
rectify 48:20,23,25
red 72:22
redact 4:13
redacted 72:16
refer 59:6 83:2 85:22 102:7
  102:19
reference 93:12 148:22
referred 103:6
referring 25:20 30:16,18
  83:3 89:14 90:2 152:8
refers 25:6 92:15 102:8
  132:14
reflect 42:18 55:23 81:23
  89:14
reflected 26:5 61:20 77:15
  82:6 83:4 90:21 91:9
reflecting 100:13
reflects 44:13
regard 148:22
regarding 74:18
regards 61:14 149:7
registered 7:18 15:13
reject 97:2
rejecting 96:23
related 139:17 160:16
relationship 9:1 16:4,12 19:1
  24:11 53:8 61:12,17,20,25
  86:9,14,16 123:6
relationships 41:9 88:14
relative 64:14 68:20 123:5
Relatively 17:5
relevant 100:19
reliance 88:18
remain 6:3 8:2

remainder 10:17
remember 13:20,22 14:2
  21:22,25 23:12,16 25:16
  26:14,22 31:17 34:8,9 55:21
  64:19,20 80:1 115:5 116:3,9
  118:19,20 128:8 129:7
  134:7,12 139:8 145:7 146:2
  146:9 149:3,18 152:25
renamed 151:4
rent 30:14 92:5 117:18
repeat 88:10 105:24
rephrase 56:8
replaced 37:25
report 98:5 108:9 125:5,21
  127:7 136:4
reported 155:24
reporter 1:20 4:15 160:8
represent 13:2
representing 13:4 23:24
  162:4
repurchased 114:2
request 65:3
requested 14:9 23:23 32:17
  96:9 162:2
required 133:2
reread 25:14
residence 3:16
residing 3:2
resignation 144:5 149:3
resolved 140:8
respect 86:2
respectfully 4:19
respond 32:12
responded 51:10
response 142:16
responsibility 27:24
responsible 13:11,13
rest 45:21
restitution 90:5
result 47:23 76:10 81:10,23
retained 122:21 161:24
return 157:13
returned 54:14
revealed 112:2
review 103:19
Ridiculous 30:15
right 3:20 5:3,17 9:12 11:5
  13:10 17:1 21:21 31:25
  42:24 47:1 51:22 57:17,22

58:17 60:25 61:11 70:17
  71:25 73:13 77:10 82:18
  84:4 85:3 86:15,25 100:9
  105:23 110:16 113:3,11
  122:5 123:24 127:10 147:5
  147:23 148:21 150:3 152:18
  154:10
river 66:2
road 100:17
ROBERT 2:5
room 32:23
rooms 32:9,9
Rowe 94:15
Rubinstein 9:22
rules 32:12
run 153:5
running 117:2 120:12 149:16

----------------- S -----------------
S 2:1 159:2
sack 86:4
safari 16:16
Saks 29:3
salaries 117:22
sale 77:23 110:12,20 113:5
  116:24 133:2
sat 21:22 24:6 133:7
save 130:5
saw 16:8,11 71:5 87:6 113:15
  113:15 118:24 121:15
  126:18 136:6 147:17 148:25
  149:5
saying 25:16 27:16 79:10
  88:22 112:13 119:15
says 44:24 45:4 46:4 50:2
  60:24 110:5,19 136:4
  139:14 144:9
schedule 35:6,7,12 59:25
  77:12
scheduled 108:21
school 5:8
Schwartz 68:19 78:23
science 5:15
Scottsdale 3:2,19
se 27:14
second 44:6 49:14 66:11
  74:14 94:17 132:14 151:2,3
  151:3
secretarial 33:11

secretary 33:16 34:2,12
  128:18
sections 72:15
securities 15:12,12 17:13
  100:6 101:25
security 4:2,3,9
see 6:16 12:18 27:15 28:21
  35:5 37:10 40:17 46:19,25
  57:1 62:22 70:22,24 87:5
  93:13,16 103:16 109:2,11
  116:15,15 118:22 122:22,22
  123:12,14 125:4 126:11,16
  128:19 132:21,25 137:13
  148:16,17 154:3
seek 32:14
seen 55:7 74:10 100:2 132:14
  132:18
select 16:19
sell 152:22
selling 15:12 17:13 131:11
send 63:23
sense 17:14 62:10 138:14
sent 11:15 36:8,10 54:12
  60:19 94:7,19 145:13
separate 54:23 158:7
separately 9:6
September 137:14
series 67:10,16,17 69:15 75:9
  77:7 90:12 93:19 94:1
  107:21 108:2,8 113:8 128:1
  150:25
seriously 48:8
serve 28:8
service 121:21,22
set 21:4 22:8,13 23:9,11
  24:23,25 25:2,22 26:1 51:18
  51:20 83:23 160:11,20
setting 20:4,9
seven 6:18 9:10 10:2,24
seventh 112:20
severed 18:25
shake 19:16
shaking 32:3
Shannon 94:15
shape 153:18
share 26:3,11 68:6 115:23
  154:18
shares 100:5 102:8 114:14
  140:24 141:14,15 151:19,22

152:4 154:23 155:11,13,17
155:17
sharing 26:23
sheet 38:18,20,21 57:17 64:4
66:8 73:1 85:16,19 93:20
157:6,9,11,14 158:7
sheets 93:20 155:4
sheik 106:23 107:13,14,16
Sheikh 106:24 107:1
shopping 71:4,4
shortcut 144:24
Shorthand 1:20 160:7
shortly 94:17
shot 145:9
show 72:3 89:25 94:2 105:15
106:2 109:5 153:14
showed 71:9,10,16 117:1
125:10 126:20
shows 42:22 64:4 90:12
shut 95:24 117:12,20,22
side 125:22
sideline 9:3
sides 88:21
sign 157:8
signage 30:20
signature 138:16,19
signatures 148:20,24
signed 138:11,15 149:1
159:21
signing 157:10
similar 21:9 129:21 133:5
simultaneously 30:4 38:17
Sing 145:15,15
sir 3:12,20 4:22 5:5 11:24
13:17 35:4 38:2 39:2,5
49:16 54:19 56:2 57:10
60:16 61:11 62:11 63:25
64:11 67:2,9,16 71:23 74:1
74:8,9 75:25 77:6 82:11
86:3,17 94:13 95:10 97:4,16
98:11 100:21 101:3 103:22
131:1 137:18
sit 21:5,17 146:12
sitting 116:22 146:5,9
situation 31:16 74:18
sixth 111:15
size 31:4
skilled 67:3
Skinner 22:6,18 23:6

skipped 46:6
slip 133:13
small 8:15 17:5 90:13
smaller 18:24
social 4:2,3,9 16:3 121:21
socially 16:11
Soft 151:1 153:6
sold 7:19,23 8:4,6 10:4,5,7,15
10:17,19 11:2 18:4,21 114:1
114:12,14 115:23 152:21
solely 148:13
solitary 109:22,23
somebody 84:23 146:5
son 131:12
sons 34:15
sorry 19:10 29:22 34:16 45:2
75:12 101:15 148:6 153:18
sound 11:18
sounds 51:4 68:20 154:10
sour 55:19
sources 82:10
south 29:3
SOUTHERN 1:2
space 14:7 29:4 30:25 31:22
32:7 34:5,10 157:6
specialists 6:13
specialty 8:11,14
specific 21:14
specifically 54:18 102:8
specifies 93:23
spend 34:22
spent 121:25
spot 66:5
spots 41:4 66:1
spring 7:16
square 30:14 31:2
Squared 42:12
SS 160:4
stamped 67:8
stands 150:11
started 9:11 17:25 75:14
82:24 125:10 137:4
state 1:21 49:21 58:13,25
128:18 137:8 157:5 160:3,9
stated 99:25 142:1
statement 95:7 96:24 98:21
statements 81:6 96:11
states 1:1 39:20
stay 7:20 8:8 10:8,20

stayed 10:1,3,6,11 19:24
step 98:13 99:23
sticker 72:21
stickers 72:16
stipulate 39:3 80:12,20 81:18
81:20,25 82:4 100:6 103:17
103:20 128:24 129:2
stipulating 97:11
stock 98:9 100:23 101:8,12
101:16,21 102:8 113:20
115:14 140:10,11,13,13,24
141:5 149:8 150:23 152:19
154:25 155:2,4
stocks 8:23
stop 117:13
stopped 117:21
story 48:24 114:10
straightforward 26:21
straw 86:4
Street 3:13 7:4 14:2 29:3,7
30:9,13
stretch 57:21
structure 13:8
structures 85:15
student 39:19
students 39:19
study 5:11
stuff 17:17
subject 157:10
sublensed 28:23 31:8,9,16,18
submission 4:10
submitted 4:12 90:3
Subscribed 158:17
subscription 54:12
subsequent 88:1 101:4
subsequently 21:17 98:25
successor 146:23 147:2
successors 13:15
Suffern 58:24
suggested 140:1
sum 21:9 110:1 143:10
summer 136:5
sums 28:4 104:8
superior 31:6,8
supplied 14:9 23:23 42:4,6
47:18 91:6 96:9 162:2
supply 14:8
support 91:19,23 92:4
supporting 143:21

suppose 67:5 71:24
supposed 67:23,25 79:13
  119:13 135:17
supposedly 40:17 47:17
  103:19 104:6 118:21 139:3
supposition 103:17
sure 5:1 8:25 15:5 34:12 39:1
  45:1 46:18 47:21 55:20
  60:11 66:9 73:4,17 92:19
  94:6 96:8 108:6 124:23,25
  126:3 127:6 129:3 130:2
  138:20 141:24 145:20 146:1
  147:3,19 149:11,15 155:15
surrender 144:2
suspect 37:5 38:5 62:22
  119:13 120:23
sustain 64:17
Suzanne 1:19 3:4 160:7,23
swimming 66:4
sworn 3:3 158:17 160:12
symbol 7:25
Syuconium 51:8,10 107:3,18

------

**T**

T 159:2,2 160:1,1
TA 71:25 74:2 126:5 134:16
  134:22
Taj 86:4
take 11:21 27:11 60:10 66:7
  66:25 73:19 74:1 97:8
  98:13 99:2,22 101:15 105:2
  110:11,21 113:22 119:16
  127:17,20 130:17 131:1
  137:18 139:4 142:24 143:4
taken 1:16 37:19 54:5 60:12
  73:22 115:18 156:3
talk 4:8 153:8
talked 16:21 93:20 108:19
  136:18 147:3
talking 43:3 60:7 83:6 91:5
  108:3
Tango 41:5,8,11,15,17 46:25
  117:2 119:11,19,20,22,25
Tech 37:7,8,9
technologies 8:11 51:17
technology 36:20 37:9
tell 17:1 26:13 36:2 40:19
  54:19 74:9 78:13 82:18
  89:9 95:8 101:17 104:17

106:14 113:2 134:22
Tempe 3:13
tenanted 32:8
term 28:2 52:16 108:15
  109:24
terminate 32:13 33:8
terms 133:4
terrible 154:14
terribly 154:4
terrific 120:7 153:6
testified 3:5 54:13 109:20
  124:18 129:16 150:1
testify 147:6
testimony 54:16 64:25,25
  159:4,6 160:13
Thatcher 49:10,11 72:4
  74:15,16,17,21 75:19 80:6,8
  80:14,20 81:5,9,9,19,21,22
  105:2 115:20 116:6 121:7
  122:21,25 123:2,13,15,16
  123:22,23 124:1,6,11,12,18
  127:4,8,12 136:4 139:7,14
  145:24 146:1
Thatcher's 124:2
theories 100:20
theory 41:3
thing 9:5 29:25 75:16 77:14
  79:15 92:17 93:21 101:19
  108:18,18 131:14 142:14
  145:15 148:19 155:6
things 57:6 100:19 116:17
  122:10
think 7:4 8:9 11:3,20 16:14
  23:21 24:4,4 25:4,24 26:20
  27:13 29:1,8 31:7,15 40:24
  41:1 47:14 50:13 51:22
  55:18 59:17 64:24 65:6
  66:5 68:25 70:2 73:1 77:9
  79:9,20 83:1,5 86:15 93:11
  96:3 97:9 118:16,19 119:9
  122:15 123:15,25 125:8,9
  125:10,11,13 132:4 136:1
  138:3 139:18 141:24 144:7
  147:10 149:4 150:9,10,24
  151:2 152:23
thinking 150:13
third 14:1 23:15 24:1 25:2,20
  33:23 44:8 45:19 78:18
  81:16 110:23

thirty 157:15
thought 11:9 14:14,20,22
  16:23,24 59:20 60:4 87:25
  93:10 107:12
three 15:6 33:10,10
three-year 103:24
ticker 7:25
till 73:14
time 6:25 8:9 11:4,19 14:22
  14:24 15:3 18:5 20:1,4,7
  21:3,21 22:17 23:11 29:6,12
  29:16 33:7 34:22 38:16,21
  39:23 48:12 55:12,17 56:18
  56:24 64:14 70:22 79:17
  81:15 83:24 84:6 86:17,22
  87:1 89:6,19 90:19 91:16,21
  98:14 99:23 100:21,25
  101:4,10,11 103:4,11,25
  104:5 105:8 107:19 109:20
  110:13 111:9 112:20 113:19
  114:15 116:10 119:7 121:25
  126:12 130:5 133:6 138:9
  140:8,25 141:19 144:4,8
  145:16 147:5,17 148:25
  149:2 151:2 155:1 156:7
timeline 75:10 102:17,20
  109:25
times 16:15,22 44:4 57:12,14
  57:15 82:3 85:17 104:16
  126:18 129:17 133:18
  146:11
timing 64:5 108:7
titillation 127:23
title 70:23 78:4
Toby 124:4 125:10 136:14
  137:5 139:18 144:22 145:20
  147:20,24
today 3:21,22 136:24
told 14:13 54:22 79:21 85:17
  103:15 104:15 116:24
  125:13 135:24,24 137:25
  145:12
top 17:6
total 18:17 31:3 42:1,4,15,25
  45:11 46:5 47:2 87:16
totals 44:20
tough 65:19 91:25 120:6,7
town 32:18
traded 155:16

[Page 19]

trader 15:1 16:24 145:6,9
trading 16:25 17:1 28:9
  34:19 141:5
training 37:10
transaction 100:13 101:2,5
  101:24 103:9 113:5,13
transactions 15:9 104:9
  145:17
transcript 5:18 14:8 25:11
  97:5 134:10 157:16,17
  158:1 159:4
transfer 70:8 77:21 83:18,20
  85:5 86:18,20 94:25 95:4
  98:6 101:1,11 103:14 142:4
  142:6,7 155:1
transferred 69:19,25 78:1,2
  83:20 88:4 94:19 98:10,22
  98:25 100:22 102:1 103:5
  142:3
transfers 70:12 83:9 93:1
traveling 16:13
treasurer 34:18 39:12
tricky 67:4
true 58:11 76:13 80:16 81:7
  97:13 121:10 141:8 158:3
  159:5 160:13
trust 88:18
truthful 113:9
try 101:3
trying 153:12
twice 31:4 149:6
two 6:5,9 15:6 16:3 18:22
  21:16 26:10 27:24 30:1
  37:3 68:22 74:13 78:20
  83:23 92:6 93:1 94:13
  104:12 144:1,24 145:13
  148:20,24 152:15
type 16:12 40:2 77:20 87:7
typed 76:5
types 17:4 39:25

---

U

U.S 4:25
umbrella 35:18
unbeknownst 110:9 111:17
  112:8
unclear 3:10
Undergraduate 5:8
understand 16:25 17:4 27:9

27:20 57:8 72:23 87:18
  109:4 119:8 136:6
understanding 81:1,3 82:7
  82:16
understood 26:17 27:4 82:10
UNITED 1:1
university 5:9 150:6,7,8,12
  150:19,21 151:5 152:3,6,15
unknown 111:20
untrue 96:24
UOLC 150:24
up-front 145:10
upstate 40:22 41:4 58:21,22
  60:1 65:20 66:1 67:11 69:7
  109:15
use 32:4 40:16 52:15 58:18
  73:21 85:5 88:3 102:25
useful 4:18
uses 75:17

---

V

V 43:5 98:9,16,18,24 99:9,11
  99:23 100:11,23 101:2,8,12
  113:20,23,24 114:5 115:12
  139:25 141:10,18 149:7,13
  149:23 150:5,10 151:4
  152:7,9,13,16,18 155:24
value 17:7 68:3 140:5,19
  141:6,18 142:2,3 143:1,5,6
  143:7 151:21 152:19 153:3
various 95:11
vehicle 9:24 12:6 21:1 53:20
vehicles 35:17
venture 6:13 9:9,9 19:2,5
  20:5,6,9 107:8
verify 103:20
version 132:23
versus 57:18 110:13
viable 8:2
view 87:1
viewed 87:4
Village 43:17,18,18 130:12
virtual 150:11
visit 107:13

---

W

wages 117:18
wait 7:21 43:3 67:13,15 89:3
  89:3 118:23 153:16

waited 127:6
waiting 117:3
waiver 128:6
Walk 43:17,18,18 130:13
walking 146:4
Wall 7:4
want 13:3 14:6 36:12 38:25
  62:8 66:13 73:15 91:12
  92:13 99:3 101:3 127:22
  128:24 134:13,14,23,24
  138:22 142:10
wanted 30:14 119:24 120:8
  122:22 135:6 138:24
warrants 155:4
Washington 3:13 4:25
wasn't 8:20 16:15,17 29:6
  30:8 31:23 45:22 55:20
  82:17 87:25 89:11 92:24
  109:22,23 112:5,13,14
  123:11 125:13 144:21 148:1
  152:10 153:22 154:5,13
Waters 43:16,21,24,24 44:2
  46:21 130:7,12
Waverly 1:10,10 41:20 43:4
  53:20,24,25 54:21 61:2,14
  62:1 64:15 65:4 128:7,21
  129:6,16,22 130:1,3,10,12
way 18:23 26:22 32:12 46:6
  47:14 48:21 60:6 63:9,11
  79:21 82:17 84:19,20 90:20
  92:11 97:9 98:20 99:3
  101:3 119:15 137:5 154:13
  160:17
ways 94:14 144:1
we'll 4:8,8 33:8 37:17 51:9
  52:15 57:8 63:14 68:11
  69:3 72:8 86:24,24 96:4
  100:16 103:1,2,2,16 128:25
  129:1
we're 27:22 88:9 98:17
we've 26:6 34:25 59:23
  111:23 124:6 125:20 126:11
  132:1,18
wealth 77:17
website 41:8
websites 42:11,11
week 22:24 147:25
weekends 46:14
Weekly 9:8,10,19 20:7,8,11

[Page 20]

20:12,13,13,18,21 88:20
114:1,12,21,23 150:20
152:2
Weiss 6:6,8,10,15,16
went 6:18 16:16 26:15 30:13
33:23 55:10,19 70:19 86:13
99:12 114:2,12 121:10
123:5,12,14 124:18 127:7
136:18 150:2,20 151:8,17
152:12,14 153:1
weren't 5:18 111:1 118:5
136:2
West 3:12
whatchamacallit 57:24
WHEREOF 160:19
Williams 22:24
Wilson 121:12,13 122:5
123:1,2,7
Wilson's 122:19
wipe 65:13
wiped 154:12
wire 69:22 70:1,2,12 94:18
119:17 137:7
wired 129:10 136:19
wish 36:3 111:20,24 120:7
withdraw 71:20
withdrawing 71:22
witness 2:8 13:22 22:3,7,23
30:3 32:18 37:16 38:23
55:23 66:21 72:21,23 73:17
74:5 75:16,21 85:3 90:16,25
91:4 92:14,16,22 102:4
109:19 124:17 128:24
129:15 130:5 147:15 148:4
148:16 157:1 160:10,14,19
161:2
woman 119:21
women's 41:8
wondering 144:20
word 6:8 13:4 55:23 57:6
89:14 102:15 112:23,25
words 6:9
work 15:21 25:17 27:5 75:13
90:2 118:9 126:24 146:24
153:17
worked 6:6 34:5,14,15
.. 114:15
working 7:6 9:2 89:20 91:22
works 46:12 110:24

worth 100:22 101:11 142:1
worthless 101:16 140:10,23
154:24
wouldn't 121:2 122:15
write 69:22 118:10 125:12
writing 112:6 125:9
written 110:14 118:21
120:25
wrong 137:14
wrote 74:14 75:13 88:6,8
118:8,25 119:14 135:2
138:9

_____ X _____

x 1:3,13 88:22

_____ Y _____

yeah 9:14 18:21 36:9 117:11
146:18,20,20,24 150:15
year 6:1 11:13 46:16 56:3
70:19 116:8
years 6:5,14,18 7:14 10:2,24
10:25 15:4,6,7,10,14,25
16:4 22:10 79:3 88:17 92:6
149:16,24 154:10,11
yesterday 25:14
York 1:2,19,19,21 2:4,4,9,9
6:6 24:2 25:1,17 40:22 41:4
58:21,22,25 60:1 67:18,19
67:19 94:4 117:2 121:22
128:19 137:8 160:3,5,9
Yup 62:19 113:21 138:17,20

_____ Z _____

zero 32:19 33:5 65:11 86:6
Zing 46:9,10,11

_____ 0 _____

000007 37:22
0000178 94:16
000023 59:24 60:7 67:8
000025 74:3
000030 83:4
000031 83:9 92:25
000032 75:11
000046 74:5
000179 98:5
00030 77:6
00031 83:13

00036 75:14
0032 111:15
02 69:12
05 69:12 128:10
06 69:14
07 35:3 124:23 161:8
09-CV-10429 1:6

_____ 1 _____

1 11:17,22 47:23 48:1 74:25
75:4,18 110:1,8 129:6 161:7
162:3
1,150,000 42:17,19
10 47:23 48:1 57:12,13,15
151:14,18,19,20 161:19
10/1/04 132:12
10006 2:4
10036 2:9
11 137:16,19,21 161:7,20
11/1 124:15 125:5
11/15/07 72:1 74:2 75:6
126:17
11:00 1:14
110 57:21
110,000 57:20,23
111,000 58:1
112 11:23 161:7
12 22:9 139:20 161:21
1230 3:12
127 161:16
13 137:17 143:12 148:5
161:20,22
130 161:17
137 161:20
139 161:21
13Gs 17:10
14 139:21 161:21 162:3
140 29:8 30:12
143 161:22
149 29:2,5,7,8
15 22:9 143:13 161:22
1500 1:18 2:8
15th 94:16 95:5 96:15,25
97:7 103:14 137:14 144:10
17 47:24
17,579,500 47:12
18 139:21 143:13 161:21,23
19 44:23,25 45:23
19,302,501 45:19

1945 4:1
1969 6:2
1971 6:5
1981 7:16
1995 150:3
1997 7:19,23
1999 114:7,16

**2**

2 35:2 37:25 38:1 161:8 162:4
2,812,500 43:2
2.3 42:15
2:50 156:7
20 16:4 120:8 135:16 158:19
200,000 103:7
2000 115:6
2001 114:3,6 115:6
2002 70:21 82:24 83:19
2003 8:9 10:12,24 18:20
2003/2004 18:21
2004 10:12 11:3,14,18 13:12
    13:14 14:11 16:17,19 18:5
    28:21 29:17 49:21 50:1
    51:18,21 56:3 58:10 115:21
    115:25 116:4,8 131:16,18
    132:16
2005 10:11 58:10 60:23 64:12
    90:16,17 93:3,3 94:16 95:6
    96:15 97:7,17 103:14
2006 29:2,2 58:10 64:12
    70:21 98:8,23 101:5 107:19
    108:10,12
2007 12:24 25:5 26:8,9 46:18
    46:22,23,24 56:22 57:2,11
    58:10,12 64:12 71:21 75:7
    89:7 116:13,16 131:3 133:6
    136:9 140:16,20 141:6
    143:10 145:1
2008 51:21 55:13 154:20
2013 1:14 158:2 159:22
    160:20
21 131:16,18
212 2:5,10
21st 49:21 50:1
22 15:4
23 15:7,9,14,25 66:15,20
    89:16,17 161:12 162:4
23rd 98:7,23 101:5
24 121:4

2405 83:16
25 72:11 73:24 75:4 151:16
    152:2,23 161:13,14
2500 31:2
25th 12:24 26:7 131:3
27th 83:19 128:10
29th 145:1,2
2nd 4:1

**3**

3 15:4 18:5,18,19 37:20,23
    38:1 73:14 90:22 130:5
    152:1 161:3,9 162:6
30 88:17 89:15,15,18 110:21
    118:8 152:2,24 157:15
31 75:5 83:14 92:15
33 120:25 125:4 133:25
35 161:8
37 161:9
3850 83:16
399 28:24 29:15,19,21 30:17
    30:20 32:8 61:6
3rd 139:9 144:12

**4**

4 60:13,17,21 152:1 161:11
40 17:12,21
45 2:3
46 72:11 73:24 161:13,15
49th 29:3,7,9 30:9,13
4th 93:3

**5**

5 17:10 60:10 66:19,22 75:1,4
    85:20 161:12
5.7 42:4
50/50 27:12
500,000 100:5 102:7
50s 23:16 24:2
54 127:25 161:16
54th 14:1
57 127:25 161:16
58 130:16 161:17
5th 125:4

**6**

6 72:8,10,13 90:16,18 161:13
60 18:1 161:11
619-4444 2:5

66 161:12
67 3:24
6th 125:3,4

**7**

7 1:14 37:24 57:18 73:23
    89:18 91:10 92:15 124:14
    136:9 143:3 145:9 158:2
    161:10,14
7,274,500 47:5
7,385,500 45:10
7/6 143:19
71 6:17
72 161:13
73 161:14
757-0400 2:10
78 6:17
7884 3:2,18

**8**

8 93:3 127:24 128:3 137:17
    161:16,20
8/16/07 134:21
80s 15:4
85260 3:3,19
89 130:16 161:18

**9**