Page 1

```
 1
 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      _____
        JOHN RAPILLO and HEIDI RAPILLO,
 4
                                    Plaintiffs,
 5           - against -
 6      BARRY FINGERHUT,
        DOUGLAS HOLZER,
 7      FINGERHUT-HOLZER PARTNERS LLC,
        FINGERHUT-HOLZER EQUITIES, INC.,
 8      FINGERHUT-HOLZER, INC.,
        FINGERHUT-HOLZER FUND, L.P.,
 9      GEO CAPITAL PARTNERS, INC.,
        FINGERHUT-HOLZER THE WAVERLY I, LLC,
10      FINGERHUT-HOLZER THE WAVERLY II, LLC,
11                                  Defendants.
12      _____
13      EXAMINATION BEFORE TRIAL of a Defendant,
14      DAVID HOLZER, held pursuant to Notice in the
15      above-entitled matter on the 28th day of March,
16      2012, commencing at approximately, 10:15 a.m.;
17      held at Greene Correctional Facility, 165 Plank
18      Road, Coxsackie, New York, before Cynthia
19      Schultz, a Court Reporter and Notary Public in
20      and for the State of New York.
21
22
23
24
25
```

Page 2

Page        2

1    APPEARANCES:

2

     MARSHALL  CONWAY  &  BRADLEY,  P.C.

3    45 Broadway

     New York, New York 10006

4    (ROBERT J. CONWAY, ESQ., of Counsel)

     Attorneys  for  the  Plaintiffs

5    JOHN RAPILLO and HEIDI RAPILLO.

6

7    FOLKENFLIK & MCGERITY

     1500 Broadway

8    New York, New York 10036

     (MAX FOLKENFLIK, ESQ., of Counsel)

9    Attorneys  for  the  Defendant,  DAVID  HOLZER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1                        I N D E X

2    TO TESTIMONY

3    WITNESS                 BY                  PAGE

     DAVID HOLZER          MR. CONWAY              5

4                          MR. FOLKENFLIK        119

5

     TO EXHIBITS (Retained by Counsel)

6

     EXHIBIT              DESCRIPTION        PAGE

7    Plaintiff's 1  Money Transfer Document dated  91

                    October 19, 2005, consisting

8                   of two pages

9    Plaintiff's 2  Money Transfer Document Dated  98

                    December 15, 2005

10

     Plaintiff's 3  Money Transfer Document Dated  99

11                  January 31, 2006

12   Plaintiff's 4  Money Transfer Document Dated  99

                    March 23, 2006

13

14

15

16

17

18

19

20

21

22

23

24

25

1     F E D E R A L        S T I P U L A T I O N S

2     IT IS HEREBY STIPULATED AND AGREED by and

3     between the attorneys for the respective parties

4     hereto that filing, sealing and certification be

5     and the same are hereby waived.

6

7     IT IS FURTHER STIPULATED AND AGREED that all

8     objections, except as to the form of the

9     question, shall be reserved to the time of the

10    trial.

11

12    IT IS FURTHER STIPULATED AND AGREED that the

13    within examination may be subscribed and sworn

14    to before any notary public with the same force

15    and effect as though subscribed and sworn before

16    the court.

17

18

19

20

21

22

23

24

25

D. Holzer - March 28, 2012

1    THIS IS THE ORAL DEPOSITION OF DAVID HOLZER,

2    called as/on behalf of the DEFENDANT herein,

3    produced pursuant to NOTICE on March 28, 2012,

4    before CINDY SCHULTZ, a Court Reporter and

5    Notary Public in and for the State of  New York.

6

7                    * * * * * * *

8                    DAVID HOLZER

9            called as the witness, hereinbefore

10   named, being first duly cautioned and sworn or

11   affirmed by CINDY SCHULTZ, the Court Reporter

12   and Notary Public herein, to tell the truth, the

13   whole truth, and nothing but the truth, was

14   examined and testified as follows:

15   EXAMINATION BY

16   MR. CONWAY:

17

18        Q    Would you please state your name

19   for the record.

20        A    David Holzer.

21        Q    Mr. Holzer, good morning.

22        A    Morning.

23        Q    My name is Bob Conway, and I

24   represent John and Heidi Rapillo on the matter

25   that we have before the Court.

D. Holzer - March 28, 2012

```
 1                 MR. CONWAY:   Off the record.

 2

 3                     (At which time, a discussion

 4              was held off the record.)

 5

 6   BY MR. CONWAY:

 7          Q     Mr. Holzer, how old are you?

 8          A     Sixty-two.

 9          Q     And your date of birth?

10          A

11          Q     And your Social Security number?

12          A

13          Q     And, Mr. Holzer, you and I have met

14     once before.  Have we not?

15          A     Correct.

16          Q     Here, I came up and spoke to you

17

       privately?

18          A     Correct.

19          Q     Okay.  Sir, where were you born?

20          A     Manhattan.

21          Q     And where did you go to school?

22          A     I went to Stuyvesant High School,

23     City College, and I went to - after that, I

24     took some courses, about three years' worth of

25     courses at the New York Institute of Finance.
```

D. Holzer - March 28, 2012

Page 7

Page      7

1      Q      Did you get a degree from City

2    College?

3      A      Yes.

4      Q      In what field?

5      A      History major.

6      Q      What year did you graduate City

7    College?

8      A      Finally, in 1974.

9      Q      And did you then move directly to

10   the New York Institute of Finance?

11     A      No.

12     Q      Okay.  What did you do upon

13   graduation from college?

14     A      I was working part-time at a place

15   called Abraham Company.

16            THE WITNESS:   Could I ask you

17          one question, off the record?

18            MR. CONWAY:   Certainly.

19

20            (At which time, a discussion

21          was held off the record.)

22

23            MR. FOLKENFLIK:    Can we

24          keep this on the record?

25            THE WITNESS:   Yeah.  Sure.

D. Holzer - March 28, 2012

```
 1              No problem.
 2                  MR. FOLKENFLIK:   The deponent
 3              has been handed a copy of the
 4              Amended Complaint.
 5                  THE WITNESS:   Okay.
 6                  MR. FOLKENFLIK:   Sure.
 7                  THE WITNESS:   And it had
 8              listed -
 9                  MR. FOLKENFLIK:   Could you
10              just start from the beginning?
11                  THE WITNESS:   Oh.  Sorry.
12              Yes.  I received, in the mail,
13              approximately three months ago - I
14              can't remember, two months ago - the
15              one-page Complaint amended, as per
16              this (indicating), and, on it, it
17              had my family's name on it.
18   BY MR. CONWAY:
19          Q    Okay.  That was the original
20
     Complaint?
21          A    Well, why did I get that three
22      months ago?
23          Q    I'm not sure.
24               Did you change address or
25      something?  Did somebody change an address?
```

D. Holzer - March 28, 2012

Page 9

Page    9

1        A      We changed an address only as of

2    last Friday.

3        Q      This is the original Complaint

4    (indicating).

5        A      I have the original Complaint.

6        Q      This is the Complaint that was

7    amended.

8        A      Okay.  This is the current

9    Complaint and we all agree on this now?

10               I don't care about this

11    (indicating).

12        Q      Yes.  That's it now.

13        A      Okay.  I'll read it.  It's Barry

14    Fingerhut, David Holzer, Fingerhut-Holzer

15    Partners LLC, Fingerhut-Holzer Equities,

16    Fingerhut-Holzer, Incorporated,

17    Fingerhut-Holzer, L.P., GeoCapital Partners,

18    Fingerhut-Holzer The Waverly I, LLC,

19    Fingerhut-Holzer Waverly II, LLC.

20               We're all in agreement those are

21    the people being sued?

22        Q      Yes.

23        A      Very good.  Thank you.

24        Q      Now, the Abraham firm, in what

25    capacity were you at the Abraham firm?

D. Holzer - March 28, 2012

Page 10

Page     10

1          A      I was an over-the-counter order

2     clerk.

3          Q      And for how many years did you

4     perform this service for the Abraham Company?

5          A      From -

6                 I'm trying to think.  I was in the

7     service, six months after that.  From 19 - May

8     of '69, I was a Junior in high school.  Then,

9     till September of '69, I was full-time at

10    Abraham Company from -

11                I had worked part-time there while

12    I was going to school.  Nineteen-seventy,

13    summertime - I don't remember what month,

14    actually - until 1974 when they were acquired

15    by another firm.

16         Q      By whom were they acquired?

17         A      Lehman Brothers.

18         Q      And did you follow the

19    Abraham firm to Lehman Brothers?

20         A      I did for a while.  Yes.

21         Q      All right.  And for how long were

22    you with the Lehman Brothers?

23         A      A year or so.  Maybe less, maybe

24    more.

25         Q      And what did you do when you were

D. Holzer - March 28, 2012

Page 11

Page      11

1     affiliated with Lehman Brothers?

2          A     I started trading the

3     over-the-counter list.

4          Q     Okay.  And where did you go after

5     leaving Lehman Brothers?

6          A     Nineteen-seventy-five, I went to

7     Brean Murray Foster Securities.  Brean Murray,

8     Inc.

9          Q     And what was the business of Green

10    (sic) Murray, Incorporated?

11         A     General business.  It was a general

12    brokerage firm.  Merchant banking, investment

13    banking, over-the-counter trading, New York

14    Stock Exchange trading, and asset management.

15         Q     And what was your role for the firm

16    while you were there?

17         A     At the time, I was head of

18    over-the-counter trading.

19               MR. FOLKENFLIK:  At what time

20         is this, did you say?

21               MR. CONWAY:  Nineteen-seventy

22         -five.

23               MR. FOLKENFLIK:  From the

24         beginning.

25               MR. CONWAY:  Right.

D. Holzer - March 28, 2012

Page 12

Page     12

1    BY MR. CONWAY:

2         Q     You were head of trading from 1975?

3         A     No.  I was the head of

4    over-the-counter trading.

5         Q     Head of over-the-counter trading.

6    Okay.

7               Do you recall what your earnings

8    were at the time?  Best estimate.

9         A     Maybe, 40,000 a year.

10        Q     And for how many years did you

11   continue with Green Murray, Incorporated?

12        A     Brean, B-r-e-a-n Murray.

13        Q     Brean, with a "B"?

14        A     Brean.

15        Q     Brean, with a B.  Okay.  I thought

16   you said Green.  Okay.  Sorry.

17               And for how long were you with

18   Brean Murray?

19        A     Twenty-eight years.

20        Q     And what was your highest position

21   at Brean Murray?

22        A     Partner in charge of all capital

23   markets.

24        Q     And what was your highest rate of

25   salary in that capacity?

D. Holzer - March 28, 2012

Page 13

Page    13

```
 1        A      I -

 2               You know what?  I take the fifth.

 3        Q      All right.

 4               Are we talking, like, talking in

 5    excess of a hundred?

 6        A      I don't see the relevance.  I take

 7    the fifth.

 8               MR. FOLKENFLIK:   Just to

 9               advise the witness, the Fifth

10               Amendment isn't a privilege as to

11               relevance.  It's a privilege as to

12               possible incrimination.

13               THE WITNESS:   Well, what if I

14               think I'm possibly incriminating

15               myself?

16               MR. FOLKENFLIK:   Well, you

17               need to have a basis for that.

18               THE WITNESS:   And the basis -

19               I have to explain the basis to you?

20               MR. FOLKENFLIK:   Not

21               necessarily.  But, for 20 years ago,

22               it wouldn't matter.

23        A      What's the question?

24        Q      What were your highest earnings?

25        A      Approximately, 800,000 a year.
```

D. Holzer - March 28, 2012

Page 14

Page    14

1      Q      All right.   And were you married at

2    the time?

3      A      Correct.  I was.

4      Q      To whom were you married?

5      A      Leslie Holzer.

6      Q      And when and where did you marry

7    Ms. Holzer?

8      A      I married her September 6th, 1970;

9    Lincoln Park Jewish Center, Yonkers, New York.

10      Q      And do you have any children?

11      A      Three.

12      Q      Their names and ages, please.

13      A      Jennifer Holzer, 36; Douglas

14    Holzer, 32; Joshua Holzer, 26.

15      Q      You're talking faster than I can

16    write.

17             Jennifer's 36?

18      A      Correct.

19      Q      And the next?

20      A      Douglas Holzer, 32; Joshua Holzer,

21    26.

22      Q      All right.  Those are their ages

23    now?

24      A      Didn't you ask me now?

25      Q      Yes.

D. Holzer - March 28, 2012

Page 15

Page    15

1          A      Okay.  I'm giving you now.

2          Q      Good.  Now, during the period of -

3                 MR. FOLKENFLIK:   If I may

4            suggest to the witness.  Obviously,

5            there are reasons why you might want

6            to conclude this as quickly as

7            possible.  So, less dueling over the

8            questions and simple yes or no

9            answers would accomplish that.

10                THE WITNESS:   Okay.  I'll try

11           my best.

12   BY MR. CONWAY:

13         Q      We haven't any interest in

14     prosecution or any other thing like that.

15         A      I understand what you're doing

16     here, and I'll try to answer as succinctly and

17     rapidly as possible.

18         Q      Good.

19                MR. FOLKENFLIK:   It's for

20           your own benefit.

21   BY MR. CONWAY:

22         Q      Now, do you know who the principals

23     of Brean Murray were?

24         A      They changed a lot over the years.

25     I was a principal for all those years.

D. Holzer - March 28, 2012

1              Brean Murray, himself, was a

2      principal for all those years.

3              Jerome Barry was a principal for

4      all those years.

5              And then there was interchangeable

6      pieces over the whole period of time.

7         Q    Were you an equity holder for any of

8      those years?

9         A    Correct.

10        Q    And how large an equity did you

11     hold?

12        A    I'm the third largest equity

13     holder.

14        Q    How large, what percentage?

15        A    Oh, I don't know.

16        Q    Best estimate.

17        A    Probably, the highest percentage

18     was probably 27, 25 per cent.  Somewhere

19     around there.

20        Q    Now, when did you stop working for

21     Brean Murray?

22        A    I don't recall the actual date.

23     Two-thousand-and-two, three.  I don't even

24     recall.

25        Q    During the period of your

D. Holzer - March 28, 2012

Page 17

Page    17

1      involvement with Brean Murray, was your wife

2      employed outside the home?

3           A     No.

4           Q     Did she participate in the Brean

5      Murray business in any way?

6           A     No.

7           Q     Saleswoman, or something?

8           A     No.

9           Q     Did your children ever join you in -

10          A     No.

11          Q     Now, do you know a Barry Fingerhut?

12          A     Yes.

13          Q     And when did you come to know Barry

14     Fingerhut for the first time?

15          A     I would say, probably, 1984, maybe.

16          Q     And what was Mr. Fingerhut doing at

17     the time, professionally?

18          A     He was one of the - one of two

19     partners of GeoCapital.

20          Q     And who was the other partner?

21          A     Irwin Lieber.

22          Q     And do you know when Mr. Fingerhut

23     and Mr. Lieber had set up?

24          A     I don't.

25          Q     What was the business of GeoCapital?

D. Holzer - March 28, 2012

 1      A      Asset management.

 2      Q      Now, when you say "asset

 3   management," what do you mean by that term,

 4   specifically?

 5      A      I mean they garner assets from

 6   different people and put it towards the equity

 7   markets or private placements, or whatever

 8   their charter was.  I don't know what their

 9   charter was.

10      Q      They manage people's money?

11      A      That's correct.

12      Q      Now, in managing people's money, did

13   they have broker's licenses?  Did they do

14   broker's work themselves or did they hire

15   outside agencies?

16      A      They - I don't know the answer to

17   that.

18      Q      And how did you come to meet

19   Mr. Fingerhut for the first time?

20      A      I met Mr. Fingerhut for the first

21   time through, probably, one of the formal

22   partners at the firm.

23              MR. FOLKENFLIK:   Meaning,

24          Brean Murray?

25              THE WITNESS:   No.  I'm trying

D. Holzer - March 28, 2012

Page 19

Page    19

1              to remember who it was, in

2              particular.  Might have been Brian

3              Harrah (Phonetic Spelling) who was

4              head of sales.

5                   MR. FOLKENFLIK:   And - excuse

6              me - at Brean Murray?

7                   THE WITNESS:   Yes.

8   BY MR. CONWAY:

9         Q     Okay.  And was your involvement

10    with Mr. Fingerhut professional or personal?

11        A     Professional.

12        Q     And were you involved in business

13    transactions together, at the outset?

14              Did you meet him in a deal, or -

15        A     I was not involved together with

16    Barry Fingerhut professionally, no.

17        Q     Well, in 1984.

18        A     No.  Not my whole time working at

19    Brean Murray.

20        Q     Okay.  And did there come a time

21    when you began business relations with

22    Mr. Fingerhut, even if you were not together?

23        A     Never while I was at Brean Murray,

24    as I recall.

25        Q     What -

D. Holzer - March 28, 2012

Page 20

Page    20

```
 1        A     I'm gonna change that.  I can't

 2    recall.

 3        Q     You can't recall if you did any

 4    business with Mr. Fingerhut?

 5        A     You're talking personally?

 6        Q     Personal business.

 7        A     I don't recall.

 8        Q     Okay.

 9        A     If I was at Brean Murray then.

10        Q     All right.  Now, what was the nature

11    of Mr. Fingerhut's business at GeoCapital; what

12    did he do for them?

13               MR. FOLKENFLIK:   Objection.

14          Asked and answered.

15  BY MR. CONWAY:

16        Q     Was he Chief Executive?  Was he a

17    salesman?

18          What did he do?

19               THE WITNESS:   What did you

20          say just now?

21               MR. FOLKENFLIK:   I said

22          objection, but he corrected it.

23               THE WITNESS:   Yeah.  Okay.

24          Say it now.   Rephrase it.

25               MR. FOLKENFLIK:   If you know
```

D. Holzer - March 28, 2012

Page 21

Page    21

1               what his title or function was

2               within GeoCapital, other than

3               partner.

4        A    I - let me go -

5               Let me say this.  I did not work at

6     GeoCapital, I did not know the inner workings

7     at GeoCapital, and I'm not gonna say what I

8     think happened there.  Okay?

9        Q    That's fine.

10       A    So, if you're - if you're -

11              If the course of your questions are

12    gonna concern GeoCapital, I don't know.

13       Q    Don't worry.  We're fine.

14       A    Okay.

15       Q    Do you have any idea in what state

16    GeoCapital was incorporated?

17       A    No.

18       Q    Did they have an office in New York?

19       A    Yes.

20       Q    Do you know where that office was?

21       A    It was on - right off 3rd Avenue

22    and 49th Street.  I don't recall, offhand.

23    Forty-ninth or 50th.  I can't recall the exact

24    address.

25       Q    And did you continue a professional

D. Holzer - March 28, 2012

Page    22

1    relationship with Mr. Fingerhut during the

2    period that you were at Brean Murray?

3          A     Yes.

4          Q     And what type of relationship was

5    that?

6                Was it a financial relationship?

7                Was it a personal relationship?

8          A     It was a financial relationship

9    where Brean Murray Foster Securities - which

10   it was called at the time - sold research to

11   GeoCapital, who was consumed by partners and

12   portfolio managed sales.

13               How it was broken up at that time,

14   I do not know.  We sold them research, they

15   paid us back in commissions.

16         Q     To your knowledge, how large a firm

17   was GeoCapital?

18         A     I have no idea.

19         Q     And how was your investment returned

20   in commissions, if the information was used, if

21   purchases were made?

22         A     Do you want me to explain the whole

23   process -

24         Q     Yes.  Please.  Yes.  If you would.

25         A     - of selling -

D. Holzer - March 28, 2012

Page 23

Page    23

1       Q     Yeah.

2       A     - research to a firm?

3       Q     Yeah.

4                   MR. FOLKENFLIK:   Is it soft

5             dollars?

6                   THE WITNESS:   No.  Not

7             necessarily.  Soft dollars could be

8             paid.

9                   MR. FOLKENFLIK:   Okay.

10      A     Anyway, what typically happens is,

11      you go into a firm, such as GeoCapital, from

12      Brean Murray.  You bring an institutional

13      sales person, a research analyst, maybe the

14      guy running the trading desk, which was me.

15            You make a presentation to the

16      investments committee of GeoCapital saying,

17      "We like Apple because blah, blah, blah, blah,

18      blah."  Okay?

19            Now, they say, "Okay.  We like that

20      idea.  We're gonna buy Apple," or, "We're not

21      gonna buy Apple, but you came here, took the

22      time, sold us this.  We're gonna pay you

23      back."

24            How do they pay us for that

25      service?  That's a service.  They'll call up

D. Holzer - March 28, 2012

Page 24

Page    24

1         the next day.  Somebody on the order desk, or

2         one of the portfolio managers, and say, "Okay.

3         Buy me a hundred-thousand shares of Apple.

4                   You charge a commission, or, at the

5         time, it was a spread, 'cause it's a

6         negotiated market.  Take a little bit of that

7         spread.

8                   Buy it at, let's say, a hundred,

9         and you sell it to GeoCapital at

10        one-hundred-and-one-eighth.

11            Q     All right.  Is the one-eighth your

12        commission?

13            A     Your commission, spread, whatever

14        you wanna call it.  Credit.  That's, very

15        basically, what happens.

16            Q     And were you involved in these

17        research sales with Mr. Fingerhut himself?

18            A     Sometimes, yes.  Sometimes, no.

19            Q     And did a personal relationship

20        develop between yourself and Mr. Fingerhut

21        during these years?

22            A     Yes.

23            Q     And when did that personal

24        relationship commence, to the best of your

25        knowledge?

D. Holzer - March 28, 2012

Page 25

Page     25

1          A     Personal relationship commenced on

2     June 16th, 1992.

3                    I don't know.

4                    MR. FOLKENFLIK:   So that was

5               a facetious answer?

6                    THE WITNESS:   Yes.

7     BY MR. CONWAY:

8          Q          Oh.  So that was a facetious

9     answer.  You don't know?  Okay.

10         A     You're asking a question that's

11     hard to answer.  I can't tell you.  You know

12     what I'm saying?

13         Q     All right.  Did there come a time

14     when you began to social -

15         A     I'm sorry.

16         Q     That's okay.

17                When you began to socialize with

18     Mr. Fingerhut, outside of business?

19         A     I don't recall.

20         Q     And did there come a time when you

21     left Brean Murray?

22         A     Yes.

23         Q     And what was the purpose of your

24     leaving Brean Murray?

25         A     The over-the-counter market was,

D. Holzer - March 28, 2012

1    basically, finished.  That's why I left.

2         Q     And you leave Brean Murray when?

3         A     After Brean died, also.  Firm

4    started to falter.

5         Q     And what year was this?

6         A     Around two-thousand-and-two.  He

7    might not have died at the time when I left.

8    It was -

9              I'm not sure.  I don't remember.  I

10   don't recall the exact date, but he was dying.

11        Q     And did you leave for any other

12   business pursuits?

13        A     I went to trade my own account at

14   one of my friend's firms.

15        Q     And what firm did you go to?

16        A     Dahlman Weiss.  Dahlman Simon

17   Weiss, maybe it was.

18        Q     Can you spell it?

19        A     I don't remember.  D-a-l-h-m-a-n

20   (sic)

21        Q     Dahlman Weiss?

22        A     Yeah.

23              And there was a third.  Simon, or

24   Dahlman Weiss Rose.

25        Q     Now, at that time, in 2002, you took

D. Holzer - March 28, 2012

1      your client base with you?

2           A     No.  No.  I said I went to trade my

3      own account.

4           Q     Meaning what?

5           A     I had $20, I bought $20 worth of

6      stock and I sold it for $30.

7           Q     And did you have a financial stake?

8           A     Stake?  No.

9           Q     When you went there, what capital or

10     funds were you using at Dahlman Weiss to make

11     purchases?

12          A     My own.

13          Q     And what were your assets at the

14     time, when you began with Dahlman?

15          A     I don't know.

16          Q     All right.

17                Are we talking in excess of a

18     million?

19          A     I don't recall.

20          Q     And for how long did you remain

21     trading your own account at Dahlman Weiss?

22          A     I don't remember exactly, but,

23     probably, up until the time I opened up

24     Fingerhut-Holzer, or whatever the date of that

25     was.

D. Holzer - March 28, 2012

1        Q     Do you recall when that was?  Was it

2    2002, 2003?

3        A     Exact date, I don't recall.

4        Q     Okay.  Best estimate.

5        A     It's easy enough to find out.  I

6    just don't know what date.

7              Was it 2004?

8        Q     All right.  Fingerhut-Holzer was

9    what?

10        A     Fingerhut-Holzer was a partnership

11    set up as an LLC.

12        Q     Now, how had Fingerhut-Holzer

13    Partners emerged?

14              What was the background for the

15    creation of that organization?

16        A     Just two gentlemen getting together

17    and deciding they wanted to open up a hedge

18    fund.

19        Q     Okay.  And did you approach

20    Mr. Fingerhut or did Mr. Fingerhut approach

21    you?

22        A     Kind of evolved.  I'm not sure who

23    approached who, or it just evolved as such.

24    There was no actual, "Hey.  You wanna be my

25    partner?"

D. Holzer - March 28, 2012

1               It wasn't like that.

2               So, I don't know the evolution,

3       exactly.  I don't recall.

4          Q     Was Mr. Fingerhut still with

5       GeoCapital at the time?

6          A     Yes.

7          Q     And did he have any other business

8       interests of which you were aware?

9          A     Yes.

10         Q     And what were the other business

11      interests that you know of?

12         A     I'm trying to remember the name.

13      Barry Rubenstein.  I just don't remember the

14      name.

15         Q     Who was Mr. Rubenstein?

16         A     He was one of the partners in the

17      other firm that he was involved with.  It

18      might come to me.

19         Q     In GeoCapital?

20         A     No.

21               Wasn't the question Did he have any

22      other interests?

23         Q     Yes.

24         A     Okay.  And I said, yes.

25         Q     Yes.

D. Holzer - March 28, 2012

1          A      You said, "With whom?  What was

2      it?"

3              I don't recall the name of the

4      firm.  I just remember one of his partners was

5      Barry Rubenstein.  That's all I can help you

6      with.

7          Q      All right.  And who was

8      Mr. Rubenstein?

9          A      His partner in that firm.

10         Q      Now, was Mr. Rubenstein a financier,

11     was he a broker, was he -

12         A      He was a financial professional.

13         Q      And did he and Mr. Fingerhut own

14     businesses together?

15         A      Businesses?  They owned stakes in

16     things.  They owned equity in certain

17     businesses.  They owned stocks.  They owned

18     private placements together.

19         Q      Did Mr. Fingerhut have a specialty

20     in the market?

21             Was he a technologist guy?

22             Was he a real estate guy?

23             Was he a commodities guy?

24         A      He was a general analyst.  He had a

25     general, good working knowledge of the whole

D. Holzer - March 28, 2012

Page 31

Page    31

```
 1       equities market, as far as I'm concerned.

 2              But was he a specialist?  I

 3       wouldn't consider him a specialist.  He may

 4       have started out as a specialist.  I don't

 5       know.

 6          Q    All right.  He was, basically, an

 7       analyst?

 8          A    He was a portfolio manager with

 9       analytical abilities.

10          Q    Do you recall if there was any

11       meetings between yourself and Mr. Fingerhut for

12       the discussing of an ongoing business

13       relationship between the two of you?

14          A    There were meetings, sure.

15          Q    Where were those meetings held?

16          A    I don't recall.

17          Q    Were they held at your offices, his

18       offices, over dinner, over lunch, some other

19       time?

20          A    It could have been any of them.  I

21       just don't recall, specifically, where they

22       were.

23          Q    What was the nature of the

24       discussions between yourself and Mr. Fingerhut

25       as to ongoing business relationships?
```

D. Holzer - March 28, 2012

```
 1        A      The nature of the discussion was
 2   how to make people money, basically.  What we
 3   wanted to do to do that.
 4        Q      Okay.    And was Fingerhut-Holzer
 5   Partners the first organization that the two of
 6   you put together?
 7        A      Yes.
 8        Q      And what was the business of
 9   Fingerhut-Holzer Partners?
10        A      Specific business was to manage
11   assets in the best way possible in any field
12   we chose.
13        Q      Now, did you have any licenses in
14   the financial industry?  Were you a licensed
15   broker?
16        A      Personally?
17        Q      Yes.
18        A      I probably had eight or nine
19   different licenses.
20        Q      Which would include what?
21        A      A  Series 24, Series 55, Series 7,
22   Series 63, Series 8, Registered Options
23   Principal, member of the New York Stock
24   Exchange.
25        Q      Did you have a seat on the Stock
```

Page    33

1    Exchange?

2         A    At one time.  Yes.

3              Well, we always did.  I held the

4    seat for two years.

5         Q    Okay.  Fingerhut-Holzer Partners

6    held a seat?

7         A    No.

8         Q    Well, that's what we're here to find

9    out.

10        A    Fingerhut-Holzer Partners had no

11   licenses.  Fingerhut-Holzer Partners did not

12   and was not a member of the New York Stock

13   Exchange.

14             You asked, specifically, if I held

15   certain licenses.  That was over the course of

16   my professional career at Brean Murray, and

17   then Brean Murray Foster Securities, which it

18   became.

19        Q    All right.  So you held a seat on

20   the stock market while at Brean Murray?

21        A    Correct.

22        Q    But it was not yours?

23        A    It was partially mine.  I was the

24   general partner.

25        Q    When you left Brean Murray, did you

D. Holzer - March 28, 2012

Page 34

Page    34

1    leave the seat behind or -

2         A    The seat was sold, way prior to

3    that.

4         Q    Sold.

5              When was the last time you had

6    seats in the market?

7         A    Seats?

8         Q    Seats, plural.

9         A    The last seat was sold, and I'm not

10   sure about the date.  I'd say, probably, in

11   the late '90s we sold it.  The first one was

12   sold in the early '90s.  We bought them in the

13   early '70s.  Thirty-six-thousand-dollars and

14   $43,000.

15        Q    And, just as a curiosity, what were

16   they sold for?

17        A    Two-million and a million-six, or

18   something like that.

19

20                   (At which time, a discussion

21            was held off the record.)

22

23   BY MR. CONWAY:

24        Q             Now, when you and

25   Mr. Holzer -

D. Holzer - March 28, 2012

Page 35

Page    35

1          A    I am Mr. Holzer.

2          Q    Yes, sir.  When you and

3    Mr. Fingerhut -

4          A    Yes.

5          Q    - were sitting to discuss your

6    future together, what was it that the two of

7    you intended to do as a professional

8    arrangement?

9                    MR. FOLKENFLIK:   Objection.

10             Asked and answered.

11                    THE WITNESS:   I was just

12             gonna - well, go ahead.

13                    MR. FOLKENFLIK:   Go ahead.

14             You can answer it again.

15          A    To make people money.

16          Q    And was Fingerhut-Holzer Partners

17    LLC a company organized in the State of New

18    York?

19          A    You know, I don't recall if it was

20    set up in New York State or Delaware.  I think

21    New York State.

22          Q    Did you have an attorney?

23          A    Yes.

24          Q    Who was the attorney responsible for

25    setting up the LLC?

D. Holzer - March 28, 2012

1          A      I don't remember the name anymore.

2          Q      And did the two of you go and engage

3     the -

4          A      Yes.

5          Q      - the law firm to set up the

6     corporation?

7          A      Yes.

8          Q      And is there any doubt in your mind

9     that Fingerhut-Holzer Partners LLC was a

10    business corporation?

11         A      Any doubt?

12         Q      Yes.  Is there any doubt that it was

13    a corporation?

14         A      No doubt.

15         Q      Okay.  Did it operate in New York?

16         A      Yes.

17         Q      Did it register itself as a

18    financial house, in any way?

19         A      No.  We were not required to.

20         Q      Now, to the best of your knowledge,

21    was stock issued on Fingerhut-Holzer Partners?

22         A      Stock certificates?

23         Q      Stock certificates.

24                MR. FOLKENFLIK:   Objection.

25                Counselor, there is a limited

D. Holzer - March 28, 2012

1              liability corporation.  There are

2              memberships.  All right?

3    BY MR. CONWAY:

4         Q           Did you and Mr. Fingerhut

5    share ownership of Fingerhut-Holzer Partners?

6         A    Yes.

7         Q    All right.  Was it an equal division

8    of ownership?

9         A    I'm trying to remember if there

10   were other people involved.  I don't recall

11   right now.  It was equal between me and him,

12   though.

13        Q    All right.  There may have been

14   third-party participants whose names escape you

15   at the moment?

16        A    Yes.

17        Q    But you and Mr. Fingerhut were equal

18   partners?

19        A    Correct.

20        Q    And what was the division of

21   responsibility within the company; what did Mr.

22   Fingerhut do and what did you do?

23        A    Well, it was a mixed bag.  We each

24   did our own thing.  He, basically, would have

25   been the portfolio manager.  I would have been

D. Holzer - March 28, 2012

Page 38

Page    38

1    the trader.

2         Q     So he was the -

3         A     He would have been long-term, I

4    would have been short-term.

5         Q     He was responsible for picking the

6    equities and making determinations on

7    investment vehicles?

8         A     Yes.

9         Q     And you would have been - you were

10   the hands-on salesman, mover -

11              MR. FOLKENFLIK:   Objection to

12         the term "salesman."  That's not

13         what the witness said.  It's a

14         different term.

15              THE WITNESS:   That's correct.

16   BY MR. CONWAY:

17        Q     Okay.  I understand.

18              Your function would have been

19   exactly what?

20        A     Trading.

21        Q     Did you trade in your own name or

22   did you trade through a third-party?

23        A     What do you mean, "through a

24   third-party"?

25        Q     Did you do your own trading within

D. Holzer - March 28, 2012

1     the company?

2          A     Yes.

3          Q     All right.  Were you licensed and

4     permitted to trade your stocks within your

5     company?

6          A     I'll explain something to you.

7          Q     Please, yes.  Do.

8          A     I might be long-winded, but -

9          Q     That's okay.

10         A     - maybe it will short circuit some

11    of the questions.

12               Anybody can trade their own money

13    anywhere, any time, any person.  You could be

14    banned from the securities industry for life,

15    you could be stripped of every license you

16    ever had, but anybody can trade their own

17    account.

18               Do you understand what I'm saying?

19         Q     Yes.

20         A     Okay.  Now, what's the question?

21               MR. FOLKENFLIK:   Just to cut

22               this short, did you trade through a

23               brokerage firm?

24               THE WITNESS:   Through one?

25               Yes.  You have to.  We cannot

D. Holzer - March 28, 2012

1                  execute our own trades.

2          A      Is that what you were asking?

3          Q      Yes.  That's what I was asking.

4          A      I misunderstood then.

5          Q      Okay.

6          A      Yes.  We traded through a brokerage

7    - I traded through a brokerage firm.

8          Q      All right.  And what was the

9    brokerage firm?  Which one?

10         A      Probably, Dahlman Rose, still.

11   Dahlman Rose.

12         Q      Okay.

13         A      And other accounts.  I can't recall

14   who they were.

15         Q      But there were other trading

16   organizations you used?

17         A      Yeah.  This place kind of dims your

18   memory a little bit.

19         Q      Did Fingerhut-Holzer Partners have

20   assets?

21         A      Assets?  No.  Just what was set up

22   in the LLC as we went along.  There was no

23   assets in Fingerhut-Holzer Partners.

24         Q      Okay.  How did Fingerhut-Holzer -

25                MR. FOLKENFLIK:   Can I

D. Holzer - March 28, 2012

1          interrupt you?

2                 MR. CONWAY:   Sure.  Go ahead.

3                 MR. FOLKENFLIK:   What do you

4          mean by, "just what was set up in

5          the LLC?"

6                      Contributions at the time

7          of

8                 THE WITNESS:   No.  There was

9          no contributions at the time of

10         incorporation.   Zero.   As we went

11         along and we were able - and we did

12         a certain deal and a separate LLC

13         was set up for each deal, it was

14         funded at that time.

15                MR. FOLKENFLIK:   Okay.  So

16         there were no funds which you traded

17         through Fingerhut-Holzer?

18                THE WITNESS:   Zero funds.

19         Zero.

20                MR. FOLKENFLIK:   But it was -

21         for want of a better term - a

22         holding company for other LLCs -

23                THE WITNESS:   That's -

24                MR. FOLKENFLIK:   - that were

25         set up to do specific transactions?

D. Holzer - March 28, 2012

1              THE WITNESS:   That's
2         absolutely correct.
3              MR. FOLKENFLIK:   Okay.
4         And Fingerhut- Holzer, other than
5         indirectly through the separate LLCs
6         that were set up for specific
7         transactions, it didn't have a
8         portfolio that it traded out of?
9              THE WITNESS:   That's correct.
10             MR. FOLKENFLIK:   Only through
11        the other subsidiaries.
12             THE WITNESS:   As each sub -
13        as each sub was set up, they were
14        funded for whatever the specific
15        investment vehicle was for that LLC.
16   BY MR. CONWAY:
17        Q    Right.  Was Mr. Fingerhut the
18   gentleman who brought in most of the investors?
19             MR. FOLKENFLIK:   Well,
20        objection.  Assumes facts not in
21        evidence.
22             MR. CONWAY:   No.  That's what
23        we're here to find out.
24             MR. FOLKENFLIK:   Who invested
25        in the separate subsidiary LLC?

D. Holzer - March 28, 2012

Page 43

Page    43

1                    THE WITNESS:   Customers.

2      BY MR. CONWAY:

3           Q      All right.  Was Mr. Fingerhut the

4         principal party bringing in the customers?

5           A      No.

6           Q      Did you bring in an equal volume of

7      customers?

8           A      I don't recall.

9           Q      Now, was Mr. Fingerhut responsible

10     for designing the investments for the customers?

11          A      Designing the investments?  What's

12        that mean, exactly?

13                    MR. FOLKENFLIK:   Just ask him

14              an open-ended question and he'll

15              explain it.

16     BY MR. CONWAY:

17          Q      The thing is, what I wanna know,

18        more specifically, is, did Mr. Fingerhut make

19        the approach to the clients and say, "I'm

20        suggesting that you invest in this particular

21        vehicle"?

22          A      No.  Not all the time.

23          Q      Okay.  Did he do it on occasion?

24          A      Sometimes.

25          Q      All right.  Did customers come to

D. Holzer - March 28, 2012

Page 44

Page    44

1      him and say, "This is what I would like to do.

2      Can you be my vehicle to do it?"

3           A      Not necessarily.

4           Q      Okay.  Can you describe what it was

5      that he did, as best you can.

6           A      Barry was an idea guy.  He came up

7      with an idea and then we put it into play.

8      That's what he did.

9           Q      And what were some of his ideas for

10     Fingerhut-Holzer Partners?

11          A      For Fingerhut-Holzer Partners?

12          Q      Yes.

13          A      Zero.  However, for the

14     subsidiaries -

15          Q      Yeah.  Okay.  Fine.  For the

16     investors and subsidiaries, tell me what some

17     of his ideas were.

18          A      Some of the ideas were real estate

19     investments in Florida.  Private placements in

20     New York.

21          Q      And what do you mean by "Private

22     placements in New York"?

23          A      Money with privately held

24     companies.

25          Q      What else?

D. Holzer - March 28, 2012

Page 45

Page    45

```
1          A      Some public stock, publicly traded
2     stock.
3          Q      What else?
4          A      That's it.
5          Q      Now, when investor money came in,
6     into what particular vehicle was it placed?
7          A      LLCs.
8          Q      Each investment -
9          A      Set up LLCs at J.P. Morgan Chase.
10               What?
11         Q      Each investments had an LLC.  By
12    that, do you mean a company or an account?
13         A      The - the LLC was domiciled at J.P.
14    Morgan Chase.
15               MR. FOLKENFLIK:   The record
16          should reflect that the witness
17          gestured toward the copy of the
18          Amended Complaint.
19    BY MR. CONWAY:
20         Q      So, when money came in, it was
21    directed to J.P. Morgan Chase?
22         A      Yes.
23         Q      And limited liability corporations
24    were set up for these investments?
25         A      Correct.
```

D. Holzer - March 28, 2012

Page 46

Page    46

```
1          Q      All right.  Were they set up through
2    the same lawyer that you used?
3          A      I don't recall.  We might have
4    changed lawyers because they were too
5    expensive, as I recall.
6                 I just don't remember who we
7    changed to after the initial firm was set up.
8          Q      All right.  Where did you have your
9    place of business?
10         A      399 Park  Avenue.
11         Q      And how many employees did
12   Fingerhut-Holzer Partners have?
13         A      Including the partners?
14         Q      Yeah.
15         A      I think, seven.
16         Q      And who were the seven?
17         A      Barry Fingerhut, David Holzer,
18   Andrew Fingerhut.
19         Q      Is that Mr. Fingerhut's son?
20         A      That's correct.
21                Brooke Fingerhut.
22         Q      Is that his daughter?
23         A      That's correct.
24                Douglas Holzer, and we had a
25   receptionist.  I don't recall her name.
```

D. Holzer - March 28, 2012

1     And we had a - I don't remember his name...

2     CFO.  I don't remember his name.

3                    MR. FOLKENFLIK:   Can I get

4             the question read back, please?  The

5             original question.

6                      (At which time, the

7             requested portion of testimony was

8             read back by the stenographer.)

9   BY MR. CONWAY:

10          Q     Now, how did Fingerhut-Holzer make

11    its money,  Fingerhut-Holzer Partners make its

12    money?

13          A     We didn't.

14          Q     What does that mean?

15                Where was the income stream for

16    Fingerhut-Holzer?

17          A     There was no income stream.

18          Q     How were you and Mr. Fingerhut

19    profiting from Fingerhut-Holzer Partners?

20          A     There was no profit.

21          Q     Well, how did you earn a living at

22    the time?

23          A     We didn't earn a living.

24          Q     Well, what was the purpose of

25    Fingerhut-Holzer Partners if not to make a

D. Holzer - March 28, 2012

Page 48

Page    48

1    profit?

2         A    To earn a living.

3         Q    All right.    And you never made

4    any money with -

5         A    No.

6         Q    Never ever?

7         A    No.

8         Q    Now, is this the year 2003?

9         A    I don't recall the exact year.  I

10   think it was 2003, or 2004, maybe.  I just

11   don't recall.

12        Q    And what income sources did you have

13   in 2003?

14        A    Trading.

15        Q    Trading in?

16        A    My own account.

17        Q    And what was the quantum value of

18   your trading account?

19        A    I don't remember.

20        Q    And what was Mr. Fingerhut's source

21   of income?

22        A    I have no idea.

23        Q    Now, in setting up Fingerhut-Holzer

24   Partners, there was an intention to earn money

25   there; correct?

D. Holzer - March 28, 2012

1          A     That's correct.

2          Q     And how were you going to earn -

3     what was the plan to earn money?

4          A     By the investment process.

5          Q     By participating in the investment

6     process with your customers?

7          A     That's correct.

8          Q     And that never took place?

9          A     The investment process took place.

10    Nothing ever came to fruition.  You have to

11    sell something to make money.

12         Q     All right.

13               So, was Fingerhut Partners a failed

14    business investment?

15         A     Was it a failed business

16    investment?  Yes.

17         Q     And it never made any money at all?

18         A     No.

19         Q     Did you file taxes for 2003?

20         A     Yes.

21         Q     And did -

22         A     Don't say two-thousand-and-three

23    when I'm not sure of the year.  I don't recall

24    if it was two-thousand-and-three.  It's public

25    record, I know that.

D. Holzer - March 28, 2012

Page 50

Page    50

1              So, I mean,  it's very easy to find

2      out when Fingerhut-Holzer Partners was

3      initiated.

4          Q     Okay.  Now, did you have business

5      interests separate from Fingerhut-Holzer

6      Partners at the time?

7          A     No.  Business interests?

8          Q     Business interests.  Yes.

9          A     No.

10             MR. FOLKENFLIK:    Excluding

11          your personal trading.

12          A     I had investments, yes.

13          Q     That were your own?

14          A     Yes.

15          Q     Were they under the umbrella of

16      Fingerhut-Holzer?

17          A     No.

18          Q     Were they under any other corporate

19      entity?

20          A     No.

21          Q     All right.  Were they entirely held

22      within your own name?

23          A     In my name.  Correct.

24          Q     Was your wife a participant in any

25      of this?

D. Holzer - March 28, 2012

Page 51

Page    51

```
 1        A      I don't recall.

 2        Q      Now, you and Mr. Fingerhut were

 3   partners.  Correct?

 4        A      Yes.

 5               MR. FOLKENFLIK:   I have to

 6         object, to the extent that he uses

 7         the term in a legal sense.

 8   BY MR. CONWAY:

 9        Q      You may answer.

10        A      Yes.

11        Q      Okay.  And the two of you -

12        A      Let's - let's just clarify this.

13   There was an LLC.

14        Q      Right.

15        A      You understand the LLC?

16        Q      I understand.

17        A      Okay.

18        Q      All right.

19               MR. FOLKENFLIK:   Excuse me.

20         That was to clarify the partners

21         question that you were an LLC?

22               THE WITNESS:   Right.

23   BY MR. CONWAY:

24        Q      And did you and Mr. Fingerhut agree

25   on the outline of the purposes of
```

D. Holzer - March 28, 2012

1    Fingerhut-Holzer Partners?

2        A    There was no written outline.

3        Q    All right.  Did you agree, "This is

4    the business we are involved in, and this is" -

5        A    There's no - there was no model.

6        Q    All right.  Did you set out to make

7    money together?

8        A    Yes.

9        Q    Was it your intention to share

10   profits together?

11       A    Yes.

12       Q    And, in creating the LLCs, was this

13   intended to a method of, a vehicle for making

14   profits?

15       A    Yes.

16       Q    All right.

17            And how exactly was profit to be

18   made through the LLCs that were created by

19   investments that came to Fingerhut-Holzer

20   Partners?

21       A    How it was supposed to be created

22   was, you purchased whatever asset you

23   purchased, put it into the LLC, divide up the

24   players' participation by the amount of money

25   they put in.

D. Holzer - March 28, 2012

Page    53

1          So, if there was a million-dollars

2    and Joe Blow put in ten per cent, he owned a

3    hundred-thousand-dollars worth of that

4    investment, just prorated out.

5          Now, if that particular asset grew

6    to be ten-million-dollars, he owned that

7    percentage of ten-million-dollars.

8          And then, when we sold it, he

9    liquidated and he made money on it.

10    Q     Okay.  The employees had to be paid.

11          Who was responsible for paying

12    those employees during the period that

13    Fingerhut-Holzer Partners was not earning

14    money?

15    A     Barry Fingerhut and David Holzer.

16    Q     Both of you together paid your

17    children's salaries out of your personal

18    earnings; out of your personal holdings?

19    A     Correct.

20    Q     And what exactly did Andrew

21    Fingerhut do for the company?

22    A     Andrew Fingerhut was an analyst.

23    Q     And what did Brooke Fingerhut do for

24    the company?

25    A     She was never there.  I don't know.

D. Holzer - March 28, 2012

1          Q      But she was listed as an employee

2     and received compensation, but didn't do much

3     work within the confines of the office?

4          A      I never saw her there.

5          Q      Okay.  What did David Holzer do?

6          A      David?

7          Q      Excuse me.  Douglas Holzer.  I'm

8     sorry.

9          A      Douglas Holzer was set up to do

10    trading.

11         Q      And did he do any trading within the

12    confines of the company?

13         A      No.

14         Q      What was Douglas Holzer doing at the

15    time that he was with Fingerhut-Holzer

16    Partners?

17         A      Nothing.

18         Q      Was he in school, was he -

19         A      He was graduating.

20         Q      Did he do any work at the firm?

21         A      He would come up with trading

22    ideas.  Because there was no money to invest

23    in them, they went to nought.

24         Q      All right.  Did he spend much time

25    at the office?

```
 1        A      All the time, every day.

 2        Q      Every day.

 3               So, at the office, on a daily

 4    basis, would be you, Mr. Fingerhut, your son,

 5    his son, and the receptionist?

 6        A      His -

 7               Andrew Fingerhut?

 8        Q      Yeah.

 9        A      He lived in Los Angeles.

10        Q      Did he work for the firm from a

11    distance?

12        A      Yes.

13        Q      Okay.  Did he work on a daily basis?

14        A      As far as I know.

15        Q      Now, who was responsible for footing

16    the costs of creating the work space at 399

17    Park Avenue?

18        A      It was a turn-key operation.  It

19    was there.

20        Q      Okay.  You took it from the

21    building?

22        A      No.  We sublet it from - from a -

23    that firm.  I don't know the name.

24        Q      All right.  Did you and Mr. Holzer

25    set up a -
```

D. Holzer - March 28, 2012

```
 1                  MR. FOLKENFLIK:   Mr.
 2                      Fingerhut.
 3                  MR. CONWAY:   I'm sorry.
 4    BY MR. CONWAY:
 5         Q     Did you and Mr. Fingerhut set up a
 6    working account from which you would make
 7    payments such as the first month's rent?
 8         A     Yes.  We had a - a - we had a firm
 9    checking account.
10         Q     All right.
11               And that checking account was in
12    the name of Fingerhut-Holzer Partners LLC?
13         A     Yes.
14         Q     All right.
15               And both of you would have been
16    signatories to it?
17         A     Yes.
18         Q     Was Mr. Fingerhut in the office on a
19    regular basis?
20         A     Not - not in the first year or so
21    of operation.
22         Q     Did there come a time when he became
23    more actively involved in the company?
24         A     After the first year or so of
25    operation.
```

D. Holzer - March 28, 2012

1          Q      All right.

2                 And were you at the firm on a

3     regular basis?

4          A      Yes.

5          Q      Where were you living at the time?

6          A      10 Sky Drive.

7          Q      Where's that?

8          A      New City, New York.

9          Q      And did you commute into the city

10    every day?

11         A      I did.

12         Q      Now, was your service account, that

13    you paid rent and mortgage and employees out

14    of, was there also any second or third

15    accounts?

16         A      You're talking about personal or

17    business?

18         Q      Business, business only.

19         A      You referred to it as what, a

20    service account?

21         Q      Yes.  The account for

22    Fingerhut-Holzer Partners.

23         A      Just one account.

24         Q      One account.

25                There were no other accounts?

D. Holzer - March 28, 2012

1        A      No.

2               Well, for each LLC, an account has

3     to be set up.   Because, when you open up an

4     LLC, you have a vehicle in there.

5               Whatever that piece of merchandise

6     is has to be bought from an account attached

7     to that particular LLC.   Every LLC is an

8     individual entity.   That's why they're set

9     up.   They - they're not living, per se, but

10    they're - that's an entity.

11              Like a human being, that's an

12    entity.   It's an investment deal.   Limited

13    liability company.

14              So when you open one up, you have

15    to open up a corresponding banking

16    relationship with that LLC that does banking,

17    and you must open up an account with it.

18       Q      Who did that for Fingerhut-Holzer?

19       A      Andrew and - I can't remember his

20    last name.   I can't remember his last name.

21    The CFO.

22              Just keep going, and I'll think of

23    it.

24       Q      Okay.   There was a CFO on -

25       A      Yes.   That was the other employee,

D. Holzer - March 28, 2012

Page 59

Page    59

```
 1        I said, that was there every single day.
 2               MR. FOLKENFLIK:   Just to try
 3          and cut this short.  If I understand
 4          your answer correctly, when there
 5          was an investment to be made, there
 6          was an investment vehicle set up as
 7          a separate LLC.  It would then be
 8          funded, at that time, and the
 9          membership interests would be
10          delivered to each of the funding
11          sources.
12               And then, whenever
13          investment was made to that LLC, it
14          was made to the bank account
15          established for that LLC -
16               THE WITNESS:   Correct.
17               MR. FOLKENFLIK:   At J.P.
18          Morgan Chase.
19               THE WITNESS:   Absolutely
20          correct.
21               MR. FOLKENFLIK:   Are all
22          those steps correct?
23               THE WITNESS:   That's
24          absolutely correct.
25               MR. FOLKENFLIK:   So, the
```

D. Holzer - March 28, 2012

1          process was, you came up with an

2          investment idea; correct?

3               THE WITNESS:    Correct.

4               MR. FOLKENFLIK:    Then created

5          an investment LLC; correct?

6               THE WITNESS:    Correct.

7               MR. FOLKENFLIK:    Then

8          membership interests were acquired

9          by the investors in the LLC;

10         correct?

11              THE WITNESS:    Correct.

12              MR. FOLKENFLIK:    And then the

13         funds for the membership interests

14         would be deposited directly into an

15         account in the name of the LLC at

16         J.P.  Morgan Chase.

17              THE WITNESS:    The only step

18         that has to be reversed - the money

19         comes in first, then the percentages

20         are established.

21              MR. FOLKENFLIK:    Okay.  The

22         money would go into the LLC -

23              THE WITNESS:    First.

24              MR. FOLKENFLIK:    - in the

25         J.P. Morgan Chase LLC account.

D. Holzer - March 28, 2012

```
 1                    THE WITNESS:   Correct.  Then
 2             you can establish percentages, and
 3             somebody could say, "I want "X"
 4             amount."  But, all of a sudden, only
 5             "X" amount comes in.  So, as soon as
 6             the money's funded in the LLC, each
 7             participant gets a certain
 8             percentage of the LLC.
 9                        And then, as he said, the
10             checking accounts opened up and paid
11             out.
12                    MR. FOLKENFLIK:   And then the
13             investment is made from that
14             checking account?
15                    THE WITNESS:   That's correct.
16                    MR. FOLKENFLIK:   Okay.
17   BY MR. CONWAY:
18        Q          And   Andrew Fingerhut was
19   responsible for doing this from his Los Angeles
20   residence?
21        A     He was an analyst.
22        Q     Well, who's the party who actually
23   filled out the -
24                    MR. FOLKENFLIK:   He said the
25             CFO.
```

D. Holzer - March 28, 2012

1          A     Yeah.  CFO guy.  I can't think of

2      his name.  It's crazy that I can't think of

3      his name.

4                 Just put CFO.  Refer to him as

5      "CFO."  He was there.

6          Q     My clients have identified a Mr.

7      Blum.

8          A     Oh.  That's it.

9          Q     Does that sound familiar?

10         A     Mr. Blum.

11                 MR. FOLKENFLIK:   Mister,

12            what, Blum?

13                 MR. CONWAY:   Yeah.  Mr. Blum.

14         A     That's the guy.

15         Q     What's Mr. Blum's first name?

16         A     His father was Howard Blum.

17         Q     Was Mr. Blum a young man?

18         A     Yes.

19         Q     And Mr. Blum is the CFO?

20         A     Yes.

21         Q     And, as CFO, he was responsible for

22     the manual work that had to be done -

23         A     That's correct.

24         Q     - and setting up all these things?

25         A     That's correct.

D. Holzer - March 28, 2012

Page 63

Page    63

1          Q      That was his job?

2          A      Correct.

3          Q      How many different LLCs were set up

4     by Fingerhut-Holzer?

5          A      I don't know.

6          Q      Are we talking in excess in ten?

7          A      I don't recall.  No.

8          Q      In excess of a hundred?  Somewhere

9     in between?

10         A      You said in excess of ten.  I said

11    no.  It cannot be in excess of a hundred.

12         Q      But I thought you said you didn't

13    know?

14         A      No.  I don't know for sure.  It was

15    not in excess of ten.

16         Q      All right.

17                To the best of your recollection,

18    how many investment LLCs were set up by

19    Fingerhut-Holzer Partners?

20         A      Four, five, maybe.

21         Q      Okay.  And who were the

22    participators in those four or five different

23    investments?

24         A      I - I don't recall.  I don't recall

25    the names.

D. Holzer - March 28, 2012

Page 64

Page      64

1        Q       Okay.

2                    MR. FOLKENFLIK:    Why don't

3            you show the witness the list -

4                    MR. CONWAY:    All right.

5            All right.  We're getting there.

6            We're getting there.

7                    MR. FOLKENFLIK:    Round about.

8    BY MR. CONWAY:

9        Q       Now, amongst the defendants

10   identified here are a number of other

11   companies, including Fingerhut-Holzer Equities,

12   Incorporated.

13               Are you familiar with that company?

14       A       Not particularly.  I mean, I - I

15   don't recall anymore.

16               You know, just keep reading and

17   I'll tell you if I'm familiar with any.

18       Q       Fingerhut-Holzer, Incorporated.

19   Fingerhut-Holzer Fund, L.P.  Fingerhut-Holzer

20   The Waverly I, LLC.

21       A       I mean, I remember some of them.  I

22   just don't remember what went into them.  Some

23   of them were real estate.  Some of them might

24   have been a magazine that we put money into.

25   Some of them might have been hedge funds.

D. Holzer - March 28, 2012

1          I just don't remember which fit

2    with which.  You understand what I'm saying?

3      Q     All right.  Now, when you set up a -

4    when an LLC was set up, did it invite

5    participation from other parties, other than

6    the originals?

7      A     Once it was set up, it was closed.

8      Q     Once it was set up it was closed?

9    There were no others?

10     A     In the initial funding, we'd set

11   up, for the LLCs, different funding charts,

12   investments.  Might have been Waverly I,

13   Waverly II, Waverly III, Waverly IV.

14          You understand?

15     Q     When you indicated -

16     A     You don't expand upon an LLC.

17     Q     When you indicated that

18   Mr. Fingerhut had an interest in real estate,

19   when real estate was being marketed and

20   investors came to participate, purchase

21   apartments, things like that, where would the

22   money go?

23               MR. FOLKENFLIK:   Purchase

24          what?

25               MR. CONWAY:   Purchase

D. Holzer - March 28, 2012

Page 66

Page    66

1              apartments.

2                    MR. FOLKENFLIK:   Objection.

3              The purchase of apartments is

4              different from the purchase of an

5              interest in an LLC.

6        A    That's why you set up an LLC.

7        Q    All right.

8        A    The LLC does the purchasing of

9    whatever that vehicle is, whether it's

10   apartments, parking spaces, it doesn't matter.

11              The investor owns a piece of the

12   LLC which owns the whole investment.

13       Q    All right.  So my question was -

14       A    Yeah.

15       Q    - after the LLC is set up, does it

16   invite contributions from investors for

17   specific purposes and specific points in the

18   investment?

19       A    Not that particular LLC.  You set

20   up one, two, three, four, five.  If it's the

21   same investment, if it's in the same real

22   estate complex, or the same privately held

23   company, it will be a different tranche of

24   money with a different LLC.

25              Reason being is, you cannot change

D. Holzer - March 28, 2012

1      the percentage ownership of the first one by

2      putting more money into it.  You can't do

3      that.

4           Q     I understand.

5           A     So that's how it works.

6           Q     Now, are you familiar with John and

7      Heidi Rapillo?

8           A     Yes.

9           Q     When did you meet John and Heidi

10     Rapillo for the first time?

11          A     John Rapillo, probably, in 1976,

12     '77.

13          Q     And what was the nature of your

14     early involvement with Mr. Rapillo?

15          A     Mine, particularly?  Very little.

16          Q     Okay.

17                What was the relationship of anyone

18     in your family?

19          A     Mr. Rapillo was an interior

20     decorator that my wife hired.

21          Q     All right.

22                And did you come to meet

23     Mr. Rapillo over the years, after being

24     introduced by your wife?

25          A     Here and there.

D. Holzer - March 28, 2012

Page 68

Page     68

1          Q      And did there come a time when your

2     relationship with Mr. and Mrs. Rapillo grew to

3     a personal friendship?

4          A      Yes.  But after he got married.

5          Q      All right.

6                 And you met him as a bachelor?

7          A      Yes.

8          Q      Okay.

9                 And he subsequently married Heidi

10    Rapillo?

11         A      Right.

12         Q      And when, approximately, was that?

13         A      I have no idea.

14         Q      And did a friendship develop after

15    he married?

16         A      Yes.

17         Q      How did that occur?

18         A      My wife invited them over for

19    dinner, they invited us for dinner, every -

20    couple times a year.

21         Q      And, at any time, did you solicit

22    business investment from Mr. Rapillo in the

23    Fingerhut-Holzer Enterprises?

24         A      Yes.

25         Q      Okay.

D. Holzer - March 28, 2012

Page 69

Page    69

1              Approximately, when was that?

2        A     I don't recall.

3        Q     Are we talking in the 1990s, or -

4        A     I don't recall.

5              No.  Later.  Two-thousand-three,

6     four.  I don't recall the exact date, though.

7     Maybe even later.

8        Q     Are you aware that Mr. Rapillo had

9     an accident that caused him a personal injury?

10       A     Yes.

11       Q     Are you aware that he had a personal

12    injury matter that he won in court?

13       A     Yes.

14       Q     And are you aware that, from this,

15    he extracted a sum of, approximately,

16    two-point-seven-five-million-dollars?

17       A     I knew he extracted some.  I didn't

18    know exactly how much.

19       Q     And this was in the summer of 2004.

20       A     Yes.

21       Q     In two-thousand-and-four,

22    Fingerhut-Holzer Partners was in operation.

23    Was it not?

24       A     Wasn't or was?

25       Q     Was in operation.

D. Holzer - March 28, 2012

1          A     I - I'm not sure.  I think so, but

2     I'm not sure.   Pretty sure.  I can't answer

3     that question.

4          Q     Did there come a time when you had

5     conversations with Mr. Rapillo for the purpose

6     of promoting investment with the

7     Fingerhut-Holzer operation?

8          A     Yes.

9          Q     And when and where do you recall

10    having a conversation for the first time with

11    Mr. Rapillo concerning the investment funds?

12         A     My house.

13         Q     And where was that?

14         A     Where was it?

15         Q     Your house at Sky Drive?

16         A     Yes.

17         Q     And what was the occasion, holiday,

18    birthday?

19         A     I don't know.

20         Q     And what was the nature of your

21    conversations?

22         A     I don't recall.  It was - he - he

23    actually initiated.   Said he was hardly

24    getting any money from wherever he had his

25    money in.  Some bonds, or something.

D. Holzer - March 28, 2012

1        Q     And did he make a request of you?

2        A     Yeah.  He - he actually - he said,

3     "I'm not getting a good return on my money.

4     He's got me in some municipal bonds."

5              I don't really recall exactly what

6     it was.

7              And then I said, "Well, we're doing

8     a real estate investment.  Maybe you wanna put

9     some money in there."

10        Q     And what real estate investment were

11     you referring to?

12        A     Well, it was in Saint

13     Augustine.  I just don't remember if it was

14     Waverly.  I can't remember which particular

15     one.

16        Q     Were there multiple investments in

17     Saint Augustine?

18        A     There was different -

19        Q     Or multiple projects.

20        A     Yeah.

21        Q     And what were the nature of your

22     discussions with Mr. Rapillo?

23              MR. FOLKENFLIK:   Objection.

24        Why don't you ask him what he said.

25              MR. CONWAY:   I'm trying to.

D. Holzer - March 28, 2012

Page 72

Page    72

1    BY MR. CONWAY:

2        Q    What were the nature of your

3    discussions?

4                MR. FOLKENFLIK:   What did you

5            say to him, what did he say to you?

6        A    I said, "We're going to make an

7    investment in different condominium complexes

8    within Saint Augustine."

9            I don't recall the actual name of

10    the place now.  Can't remember.

11            But, anyway, and, "Would

12  you like to put money into this real estate?"

13        Q    And what, in specific, were you

14    suggesting?

15        A    That he buy it at "X" number of

16    dollars and sell it at "X" number of dollars.

17    I don't recall the exact numbers.

18        Q    Buy what, in specific?

19        A    A piece of the Waverly, which is

20    the LLC that invested in the condominiums in

21    Florida.

22        Q    And when you say buy, "a piece of

23    the Waverly," what exactly did you mean?

24            An apartment, a chunk of the

25    investment?

D. Holzer - March 28, 2012

1       A       No.   I told him what the Waverly

2    would invest in and he would own a particular

3    amount of that.

4               Let's say - I don't recall the

5    initial investment, but say it was

6    five-million-dollars.

7               All right?  I'm just saying that

8    for a number.  It may not be the right number.

9    But you put in "X" amount of dollars in there,

10   you'll own "X" piece of this specific LLC.

11              If we sell it for a specific

12   amount, double the money, you'll make double

13   your money.

14              If we sell it for three times,

15   you'll make three times your money.

16              And so on and so forth.

17      Q       All right.  Now, were you intending

18   that he participate in the general ownership of

19   the Waverly,  or was there any specific element

20   to which -

21                   MR. CONWAY:   Max.  Max.  It's

22              a simple question.

23                   MR. FOLKENFLIK:   No.  It

24              isn't.

25      Q       All right.  Were you suggesting that

D. Holzer - March 28, 2012

Page 74

Page    74

1          he participate in the ownership interest of the

2          Waverly?

3              A     Yes.

4              Q     Okay.

5                      MR. FOLKENFLIK:   Objection.

6                  By "the Waverly," do you mean the

7                  LLC or the apartment complex that

8                  bore that name?

9                      THE WITNESS:   Yes.

10                     MR. FOLKENFLIK:   Which, which

11                 is it?  The LLC or?

12                     THE WITNESS:   LLC.

13                     MR. CONWAY:   Okay.  Max, I

14                 have to ask you to just save your

15                 questions until your opportunity.

16                     MR. FOLKENFLIK:   You gotta

17                 get it -

18                     MR. CONWAY:   I understand.  I

19                 understand.

20                     MR. FOLKENFLIK:   Counselor,

21                 you gotta get the corporate

22                 structure right.  When you ask

23                 questions that are susceptible to

24                 confusing answers, it's

25                 objectionable.

D. Holzer - March 28, 2012

```
 1              MR. CONWAY:   That's what we
 2         do.
 3              MR. FOLKENFLIK:   No.  That's
 4         not what we do.
 5              MR. CONWAY:   Yes.  We want
 6         accuracy.
 7              MR. FOLKENFLIK:   We want the
 8         truth.
 9              MR. CONWAY:   We want
10         accuracy.
11              THE WITNESS:   You don't have
12         to tell me that.  I understand what
13         you're trying to do.
14   BY MR. CONWAY:
15       Q    The phrase, Waverly Phase I,
16   Fingerhut-Holzer The Waverly I, LLC, what was
17   that?
18       A    It was an investment vehicle to buy
19   a certain amount of apartment units in a
20   particular Saint Augustine real estate
21   development, initiated by a gentleman down
22   there named Joe Buckley.
23       Q    And Joe Buckley -
24       A    Ron Buckley.
25       Q    Ron Buckley.
```

D. Holzer - March 28, 2012

Page     76

1              Was Ron Buckley a real estate

2    investor in Saint Augustine?

3         A     He was a developer.

4         Q     Now, Mr. Buckley and his

5    organization would be the owner of the land and

6    develop the product?

7         A     I don't know the infrastructure of

8    Trident Realty.   That was the name of theirs.

9         Q     But Fingerhut-Holzer The Waverly I

10   was an investment vehicle to buy apartments in

11   that structure?

12        A     That's correct.

13        Q     They were not owners of the

14   structure.   They would be owners of the

15   apartments?

16        A     Who are you saying "they," Waverly?

17        Q     The investors in Fingerhut-Holzer

18   The Waverly I.

19        A     That's correct.

20        Q     So, have you ever met Ron Buckley?

21        A     Yes.

22        Q     And was Mr. Buckley's interest

23   solely real estate and development, as best you

24   know?

25        A     Yes.

D. Holzer - March 28, 2012

1        Q     And was he responsible, also, for

2     Fingerhut-Holzer, for that which constituted

3     the investments of Fingerhut-Holzer The Waverly

4     II, LLC?

5        A     Was he responsible?

6               MR. FOLKENFLIK:   Objection.

7               Just let me note my objection.  You

8               have it backwards.

9               MR. CONWAY:   Okay.  Well,

10              straighten it out.

11              MR. FOLKENFLIK:   Was Waverly

12              a single real estate development?

13              THE WITNESS:   Was the Waverly

14              - say it again.  I'm sorry.

15              MR. FOLKENFLIK:   The Waverly

16              -

17              THE WITNESS:   Yes.

18              MR. FOLKENFLIK:   - that Mr.

19              Buckley created as a developer

20              through Trident, was that a real

21              estate development series of

22              condominium complexes?

23              THE WITNESS:   That was what

24              Trident Realty, who was the

25              principal owner being Ron Buckley,

D. Holzer - March 28, 2012

Page 78

Page     78

1           created or was trying to create in

2           that village in Saint Augustine.

3                MR. FOLKENFLIK:   Okay.

4           And that was referred to as The

5           Waverly.   Correct?

6                THE WITNESS:   Yeah.   I'm

7           saying the LLC was The Waverly, but

8           that was The Waverly.

9                MR. FOLKENFLIK:   But

10          Fingerhut-Holzer Waverly I, LLC

11          bought certain condominium units or

12          other property within The Waverly

13          structure; correct?

14               THE WITNESS:   Correct.

15               MR. FOLKENFLIK:   And

16          Fingerhut-Holzer Waverly II bought

17          different condominium units -

18               THE WITNESS:   Correct.

19               MR. FOLKENFLIK:   - within the

20          same development.

21               THE WITNESS:   Which, we went

22          through that, why we created the

23          LLC.

24     BY MR. CONWAY:

25          Q    That's what I'm here to find out.

D. Holzer - March 28, 2012

```
 1          A      Yes.   Okay.   So, now, are you good
 2     on that?
 3          Q      Yes.
 4          A      Okay.
 5          Q      So Trident Realty was the real
 6     estate investor - the real estate developer who
 7     was building that which was the Waverly
 8     complex?
 9          A      Correct.
10          Q      And Fingerhut-Holzer Partners
11     created two LLCs, the purposes of which were to
12     buy units in that developing property?
13          A      Yes.   You got it now.
14          Q      And were there multiple
15     participators in Fingerhut Waverly I and
16     Fingerhut Waverly II?
17          A      Yes.
18          Q      So, if two or more individuals were
19     interested in purchasing apartments there, they
20     would participate within Waverly I or Waverly
21     II?
22          A      Correct.
23          Q      Was there a limit as to how many
24     participators could be in the Waverly I
25     project?
```

D. Holzer - March 28, 2012

1      A      I don't recall the total amount of

2   money, so if we reached the saturation point

3   in terms of we raised the total amount of

4   money, then it was cut off.

5            So there was a limit.  Yes.  The

6   answer's a limit.

7      Q      Okay.  Do you remember how -

8      A      How many?

9      Q      Yes.

10      A      No.

11      Q      Now, different parties would invest

12   in the Waverly I and, if you wanted, in the

13   Waverly II.  Correct?

14      A      It wasn't an open-ended investment.

15   Is that what you're implying?

16      Q      Well, if an individual was

17   acceptable to you, you would put them into one

18   of those?

19      A      Well, there was no Waverly II

20   unless Waverly I was done.  Once Waverly I was

21   done, that was the end of that.

22      Q      All right.

23      A      Then you moved to Waverly II.

24      Q      Did you finish Waverly I?

25      A      Well, it's Waverly II.  Yes.

D. Holzer - March 28, 2012

```
 1        Q      Okay.

 2               How many units were involved in

 3    Waverly I?

 4        A      I don't recall.

 5        Q      Can you describe the property that

 6    was being built in Florida?

 7               Was it townhouses?

 8               Was it apartment houses?

 9        A      It was a combination of townhouses

10    and single-family homes.

11        Q      So everything would be two stories

12    or below?

13        A      I don't recall the exact structure.

14    I'm sorry.

15               MR. FOLKENFLIK:   I think we

16          have plans -

17               THE WITNESS:   I'm sure you

18          do.

19               MR. FOLKENFLIK:   - that

20          describe what the structures looked

21          like.

22        A      There were five in the last ones,

23    as I recall.

24        Q      Five stories tall?

25        A      I think.
```

D. Holzer - March 28, 2012

1          Q     Now, on the occasion that you

2     discussed this with Mr. Rapillo, were you

3     suggesting that he make a purchase of one of

4     these apartments?

5          A     It's not of an apartment.

6          Q     It's not of an apartment?

7          A     The direct investment was in the

8     Waverly.

9               So he wasn't buying an apartment,

10    per se, he was buying a piece of the total

11    investment, which included, again,  multiple

12    units and/or single-family homes, and/or

13    parking spaces.

14                    MR. FOLKENFLIK:   Commercial

15               spaces?

16                    THE WITNESS:   I don't recall

17               if we had any participation in

18               commercial space.  I don't think so.

19               But I know we did buy parking

20               spaces,  individual units, and

21               single-family homes.

22    BY MR. CONWAY:

23          Q     All right.

24               So if I put in ten-dollars, I

25    wasn't buying an apartment, I was buying a

D. Holzer - March 28, 2012

Page 83

Page    83

1        portion of your investment?

2            A      Correct.

3            Q      And where was the money-making

4        potential for Fingerhut-Holzer Partners in this

5        project?

6            A      Oh.  For the partnership itself?

7            Q      Right.

8            A      I don't remember how the LLC was

9        set up.  If we took a certain portion of the

10       profit or was there a fee involved, I can't

11       remember.  I cannot recall, off the top of my

12       head.

13               So not only did Fingerhut-Holzer

14       participate in the Waverly I and II as a

15       proprietary interest -

16               You know what that is.  Right?

17           Q      Yes.

18           Q      But we also were going to get a

19       percentage of some fee pay-out I cannot

20       remember.

21           Q      All right.

22               So there would be profit back from

23       an investment like Fingerhut The Waverly I,

24       back to Fingerhut-Holzer Partners?

25           A      Yeah.  There would be a fee paid.

D. Holzer - March 28, 2012

1      It's not a profit.

2              See, you have to understand the

3      difference between profit and fees.

4      Q      I understand.

5      A      Okay.  So you wanna rephrase that

6      question?

7              MR. FOLKENFLIK:   Can I make

8          it easy for you?

9              THE WITNESS:   Yeah.

10             MR. FOLKENFLIK:   Who was the

11         managing member of the

12         Fingerhut-Holzer Waverly I, LLC?

13             THE WITNESS:   The actual

14         managing member?

15             MR. FOLKENFLIK:   Yeah.

16             THE WITNESS:   Was Barry.

17             MR. FOLKENFLIK:   Personally

18         or through an LLC?

19             THE WITNESS:   Through the

20         LLC.

21             MR. FOLKENFLIK:   Which LLC?

22             THE WITNESS:   The I and II.

23             MR. FOLKENFLIK:   Okay.

24             THE WITNESS:   He was the one

25         managing.

D. Holzer - March 28, 2012

Page 85

Page      85

1            MR. FOLKENFLIK:    And the

2       management of the LLC,

3       Fingerhut-Holzer Waverly I was who?

4            THE WITNESS:    It was

5       Fingerhut-Holzer Partners.

6            MR. FOLKENFLIK:    Fingerhut-

7       Holzer Partners was the manager?

8            THE WITNESS:    That's correct.

9            MR. FOLKENFLIK:    And so the

10       managing -

11            THE WITNESS:    The managing

12       person of that entity was Barry.  So

13       the managing - he's correct.

14            MR. FOLKENFLIK:    So the

15       managing member would be paid -

16            THE WITNESS:    Would be paid a

17       fee.  That's correct.

18            MR. FOLKENFLIK:    And if there

19       was a fee paid -

20            THE WITNESS:    That's who it

21       was paid to.

22                 Are we straight on that?

23            MR. FOLKENFLIK:    And the fee

24       would be paid on the sale of the

25       assets -

D. Holzer - March 28, 2012

```
1                 THE WITNESS:   Correct.
2                 MR. FOLKENFLIK:   - of the
3          Waverly I.
4                 THE WITNESS:   And the LLC
5          would be closed down.
6                 MR. FOLKENFLIK:   And the LLC
7          would be closed down.  The managing
8          member, Fingerhut-Holzer Partners,
9          LLC would receive a fee, and all of
10         the members, the investors, would
11         receive their participation?
12                THE WITNESS:   Correct.
13  BY MR. CONWAY:
14     Q    Where are the documents that
15  constitute the corporate jacket and corporate
16  records of Fingerhut-Holzer Partners?
17     A    I couldn't tell you.  They existed,
18  that I can tell you.
19          And I can't tell you where there
20  are.
21     Q    Were they kept at the
22  Fingerhut-Holzer firm?
23     A    They were kept at the firm.
24     Q    Okay.  And did the firm have a safe
25  or a vault or a secured space where these
```

D. Holzer - March 28, 2012

1      records would be kept?

2          A      We had a secured space.

3          Q      Were you around when the

4      Fingerhut-Holzer office space was closed?  Or

5      were you - were you -

6          A      Incarcerated?

7          Q      Incarcerated.  Yes.

8          A      You can say it.

9          Q      Good.

10          A      I don't know.  I - I wasn't around,

11      but I don't know if they were still domiciled

12      there or not.  I tend to doubt it.

13          Q      All right.

14                 Do you know where the records went

15      for Fingerhut-Holzer Partners?

16          A      Like I said, I wasn't there for the

17      actual closing,  so I can't tell you where the

18      physical records are now.

19          Q      Do you know where the -

20                 I'm just gonna ask this, and I know

21      the answer.

22                 Do you have any idea where the

23      records of Fingerhut-Holzer Incorporated are?

24          A      No.

25          Q      Do you have any idea where the

D. Holzer - March 28, 2012

Page      88

1    records of Fingerhut-Holzer Equities,

2    Incorporated are?

3          A     No.

4          Q     Do you have any idea where the

5    records of Fingerhut- Holzer Fund L.P. are?

6          A     No.

7          Q     Do you have any idea where the

8    records of Fingerhut-Holzer The Waverly I, LLC

9    are?

10         A     No.

11         Q     Do you have any idea where the

12   records of Fingerhut-Holzer The Waverly II, LLC

13   are?

14         A     No.

15         Q     Now, was there any infringement on

16   Mr. Fingerhut's access to these records at the

17   time that Fingerhut-Holzer Partners ceased

18   operation?

19         A     What do you mean?

20               I don't understand the question.

21         Q     Okay.

22               Was there anything that would have

23   imposed upon Mr. Fingerhut's access to these

24   records at the time that Fingerhut-Holzer

25   closed?  Did anybody -

D. Holzer - March 28, 2012

1          A      Give me an example.

2          Q      Did anybody prevent him from gaining

3     access to these records?

4          A      I don't know the answer to that.

5          Q      Have you ever discussed where these

6     records were, with Mr. Fingerhut?

7          A      I'm just trying to remember if he

8     visited me in jail and we talked about that.

9     No.  He never visited me after that.

10         Q      He visited you once in jail?

11         A      No.

12         Q      Oh.  Oh.

13         A      So we never talked.

14         Q      I thought you said you didn't

15    remember if he came to see you.

16                Did he visit you in jail or not?

17         A      No.

18         Q      Okay.

19                So, on the occasion of your arrest,

20    Fingerhut-Holzer Partners was still around,

21    still in operation?

22         A      I'm not sure if it was still

23    Fingerhut-Holzer Partners anymore.

24         Q      Well, what was the name on the door?

25         A      I don't know.

D. Holzer - March 28, 2012

1          Q      Well, there was a time when it was

2     Fingerhut-Holzer Partners?

3          A      Correct.

4                 MR. FOLKENFLIK:    LLC.

5          Q      LLC.

6                 Are you aware of the name on the

7     door changing at any time?

8          A      No.  I would assume - I would

9     assume Holzer was taken off.

10         Q      After the arrest?

11         A      I don't know that.

12         Q      Okay.  Do you know if there was a

13    successor corporation to Fingerhut-Holzer

14    Partners?

15         A      No.

16         Q      Now, you're speaking to Mr. Rapillo

17    about making an investment in Fingerhut-Holzer

18    The Waverly I.

19                And did Mr. Rapillo indicate a

20    desire to make such a investment?

21         A      Yes.

22         Q      Do you recall what his initial

23    investment was?

24         A      I don't recall.

25         Q      If I were to tell you that on

D. Holzer - March 28, 2012

1      October 19th, two-thousand-and-five, he made a

2      three-hundred-thousand-dollar investment, does

3      that sound familiar?

4           A     That does sound familiar.  Yes.

5           Q     Can you identify this document?

6           A     (The witness examined the

7      document.)

8                          MR. CONWAY:   Could we have

9                  this marked Plaintiff's 1?

10                         (At which time, Plaintiff's

11                 Exhibit 1, Money Transfer Document

12                 dated October 19, 2005, consisting

13                 of two pages, was marked for

14                 identification.)

15     BY MR. CONWAY:

16          Q     Can you identify this document?

17                         MR. FOLKENFLIK:   Why don't we

18                 state, for the record, that you

19                 marked for identification -

20                         MR. CONWAY:   Well, it's been

21                 identified.   This is Exhibit 1,

22                 Plaintiff's Exhibit 1.

23                         MR. FOLKENFLIK:   Plaintiff's

24                 Exhibit 1, marked for

25                 identification, which appears to be

D. Holzer - March 28, 2012

Page    92

1              a composite exhibit?

2                    MR. CONWAY:    Two pages.

3                    MR. FOLKENFLIK:    Thank you.

4         A    (The witness examined the

5    document.)

6              What do you want me to tell you on

7    this?

8         Q    Have you ever seen that document

9    before today?

10        A    No.  But I -I know of it.

11        Q    You do.  Okay.

12        A    Yeah.

13        Q    And is that a record of a

14   three-hundred-thousand-dollar transfer from Mr.

15   and Mrs. Rapillo?

16        A    Yes.

17        Q    On the Waverly investment?

18                   MR. FOLKENFLIK:    Objection.

19             No foundation.  You can answer.

20                   THE WITNESS:    Should I

21             answer?

22                   MR. FOLKENFLIK:    You can

23             answer.

24        A    Yes.

25        Q    Okay.  Now, who are Foley & Lardner?

D. Holzer - March 28, 2012

1           A     Foley & Lardner was the escrow

2     agent for Trident Realty, as I remember, but

3     I'm not one-hundred per cent sure.

4           Q     Are Foley & Lardner a law firm?

5           A     Yes.

6           Q     Now, did Foley & Lardner participate

7     in the management of Trident Realty or any of

8     its participators, other than being an escrow

9     agent?

10          A     No.

11                As - as far as I know, no.

12          Q     Now, when these funds were

13     transferred on a Citibank reference, do you

14     remember who held the Fingerhut-Holzer Partners

15     bank accounts at the time?

16                There are two references here.

17          A     It would be J.P. Morgan Stanley

18     Trust.  Wachovia -

19                Look.  One reference is gonna be

20     from the receiving end, which is, I assume,

21     Wachovia was Foley & Lardner's bank.

22                A law firm doesn't hold it, a bank

23     holds it in escrow for Foley & Lardner.  So,

24     I'm assuming that Wachovia is the actual bank

25     that held the escrow money for Foley &

D. Holzer - March 28, 2012

Page 94

Page    94

1    Lardner.

2        Q     Now, the year of transfer here is

3    October 19th, two-thousand-and-five.

4        A     Yes.

5        Q     Fingerhut-Holzer Partners was still

6    in operation at the time?

7        A     Yeah.

8        Q     Okay.  Do you recall having income

9    for yourself in the year 2004?

10       A     Do I recall?

11       Q     Having income.

12       A     I don't recall.  I was in trading.

13   I don't know.

14       Q     All right.  Did you file taxes for

15   the year 2004?

16       A     Yes.

17       Q     Do you know where those taxes are

18   today?

19       A     They're in the U.S. government.  I

20   don't know.

21            MR. FOLKENFLIK:   The taxes?

22       Q     All right.

23            Do you have copies of your taxes?

24            MR. FOLKENFLIK:   You mean tax

25         returns?

D. Holzer - March 28, 2012

1               MR. CONWAY:   Tax returns.

2          A    Yeah.

3          Q    Okay.

4               Are those taxes in the possession

5     of your wife,  as best you know?

6                    MR. FOLKENFLIK:   Tax returns?

7                    MR. CONWAY:   Tax returns,

8          yes.

9          A    No.  They're probably in possession

10    of J. H. Cohn now.  I forget if I was using

11    them at the time.

12         Q    J.H. Cohn is an accountant?

13         A    They're an accounting firm.

14         Q    And where are they?

15         A    They're in - the main office is in,

16    what is it,  Parsippany, New Jersey?

17    Somewhere around there.  Parsippany, Roseland.

18    Roseland.  Roseland, New Jersey.

19         Q    And for how long had you used J.H.

20    Cohn as your accountant?

21         A    Long time.  Twenty years, maybe.

22         Q    Are you still using them at this

23    time -

24         A    No.

25         Q    - or your wife?

D. Holzer - March 28, 2012

```
1         A      I use one of the former partners.

2         Q      And who is that?

3         A      John Lotito.

4         Q      And where does Mr. Lotito have his

5    place of business?

6         A      Mahwah, New Jersey.

7         Q      Now, when this

8    three-hundred-thousand-dollars was transferred,

9    to your knowledge, was it received by

10   Fingerhut-Holzer or was it sent directly to the

11   escrow account?

12              MR. FOLKENFLIK:   Objection.

13        A      No.  It's sent right there

14   (indicating) where it went.

15        Q      All right.

16              You're indicating the Wachovia Bank

17   in Florida was the destination?

18        A      Yeah.  Exactly.

19              MR. FOLKENFLIK:   And the name

20          of the account is Foley & Lardner,

21          LLP -

22              THE WITNESS:   Trust account.

23              MR. FOLKENFLIK:   - in Trust

24          account.

25        A      We're clear on that.  Right?
```

D. Holzer - March 28, 2012

1          Q     I'm clear.

2          A     Okay.

3          Q     Now, do you recall what your income

4     was in 2005?

5               MR. FOLKENFLIK:   Asked and

6               answered.

7          Q     Okay.   Are you -

8               MR. FOLKENFLIK:   And, I might

9               add, totally irrelevant to anything.

10              I mean, this is all very

11              interesting, but if we could have a

12              higher percentage of questions

13              relating to the Rapillo case -

14              MR. CONWAY:   We're getting

15              there.

16              MR. FOLKENFLIK:   - that would

17              be helpful.

18     BY MR. CONWAY:

19          Q     Sir, there was a second transfer by

20     Mr. Rapillo.

21              MR. CONWAY:   Could we have

22              this marked as Plaintiff's 2?

23                   (At which time, Plaintiff's

24              Exhibit 2, Money Transfer Document

25              Dated December 15, 2005, was marked

D. Holzer - March 28, 2012

Page 98

Page    98

```
 1                 for identification.)
 2   BY MR. CONWAY:
 3         Q           If you would, take a look at
 4     this.
 5                     MR. FOLKENFLIK:   This is
 6               Exhibit?
 7                     MR. CONWAY:   Exhibit 2.
 8                     MR. FOLKENFLIK:   Two.
 9         A     (The witness examined the
10     document.)
11         Q     Have you ever seen this document
12     before?
13         A     Maybe.  I'm not sure.  I don't
14     remember.
15         Q     All right.
16               Does the document indicate that, on
17     December 15th, there was a transfer from Heidi
18     Rapillo to the account of David and Leslie
19     Holzer at J.P. Morgan Chase Bank?
20         A     Correct.
21         Q     In the sum of $600,000?
22         A     Six-hundred?
23         Q     Next page.
24         A     It says two-hundred here.
25         Q     I thought it said six-hundred.
```

D. Holzer - March 28, 2012

1      A     Where does it say on yours?

2            Why's it only say two-hundred?

3                  MR. FOLKENFLIK:   Can I see

4            the exhibit,  please?

5

6                     (At which time, a discussion

7            was held off the record.)

8

9                  MR. CONWAY:   Please mark

10           these two also.

11                   (At which time, Plaintiff's

12           Exhibit 3, Money Transfer Document

13           Dated January 31, 2006, was marked

14           for identification.)

15                   (At which time, Plaintiff's

16           Exhibit 4, Money Transfer Document

17           Dated March 23, 2006, was marked for

18           identification.)

19  BY MR. CONWAY:

20      Q     I'll ask you to take a look at

21    document Number 2.

22      A     I can make everybody's life real

23    easy if you want me to make one statement.

24                  MR. FOLKENFLIK:   We'll give

25           you an opportunity.

D. Holzer - March 28, 2012

Page 100

Page   100

1       A    Okay.  So what am I looking for

2   here now?

3       Q    Take a look at that document.

4            MR. FOLKENFLIK:   Hold on.

5            Hold on.

6                 If you ask him to look at

7            something, identify it by exhibit

8            number.

9            MR. CONWAY:   Exhibit Number 2

10           in front of him, dated December

11           15th,  2005.

12      A    (The witness examined the

13  document.)

14           Okay.

15           And that's from Heidi Rapillo to

16  David and Leslie Holzer, amount is 600,000,

17  and it went to Citibank -

18      Q    Went from Citibank to J.P. Morgan

19  Chase.

20      A    Who wrote this on the bottom here

21  (indicating)?

22      Q    I don't know.

23      A    (The witness examined the

24  document.)

25                 MR. FOLKENFLIK:   Is that your

D. Holzer - March 28, 2012

1          handwriting, sir, the notes?

2                    MR. CONWAY:   No.

3          A     Do you know who wrote the notes?

4          Q     No.

5                We're fine.  Probably Heidi's.

6          A     Well, we don't know.  We don't know

7     what it means.

8          Q     No.  It's a reference to the prior

9     transfer.

10         A     The one we talked about before?

11         Q     Yeah.  The one we talked about

12    already.

13         A     2921058968?

14               Is that the transfer number, the

15    first transfer we were talking about?  292 -

16         Q     Yes.

17         A     - 1058968?

18         Q     Yes.  That's correct.

19         A     So we're all in agreement that this

20    is the -

21         Q     Yeah.

22         A     - reference number.  Okay.

23                    MR. FOLKENFLIK:   You just

24               have to testify about what you

25               understand from the document, not be

D. Holzer - March 28, 2012

Page 102

Page    102

1              concerned -

2                      THE WITNESS:    Right.

3      BY MR. CONWAY:

4          Q      To your knowledge, what was the

5      purpose of this transfer?

6                  What were Mr. and Mrs. Rapillo

7      involving themselves in with this transfer?

8          A      They thought they were - as I

9      recall, this was gonna be in Waverly also.

10         Q      All right.

11                 And, instead, it was directed to

12     your personal account?

13         A      That's correct.

14         Q      And why was that, sir?

15         A      Because I lied to them.

16         Q      Now, let's take a step back, if we

17     may.

18                 You were convicted of a crime

19     involving Mr. Fingerhut, as well as others.

20                 What was the nature of the crime,

21     for which you were sentenced, involving

22     Mr. Fingerhut?

23         A      What was the nature of the crime?

24         Q      Right.

25                 You've been convicted already.

D. Holzer - March 28, 2012

Page   103

1        Nothing else can happen to you.

2                       MR. FOLKENFLIK:   Can I - can

3                I -

4    BY MR. CONWAY:

5            Q      Could you describe -

6                       MR. FOLKENFLIK:   I just wanna

7                hear the question.

8    BY MR. CONWAY:

9            Q      Could you describe -

10                      MR. CONWAY:   I'll start -

11                I'll say it again.

12                      MR. FOLKENFLIK:   Yes.

13   BY MR. CONWAY:

14           Q      Would you describe the circumstances

15     which gave rise to a criminal arrest in your

16     involvement with Mr. Fingerhut?

17                      MR. FOLKENFLIK:   Objection.

18   BY MR. CONWAY:

19           Q      What went on between the two of you

20     that gave rise to the -

21                      MR. FOLKENFLIK:   Which "two

22                of you"?

23   BY MR. CONWAY:

24           Q      Mr. Fingerhut and yourself.

25                      MR. FOLKENFLIK:   Objection.

D. Holzer - March 28, 2012

Page    104

```
 1                 Assumes facts not in evidence.

 2      BY MR. CONWAY:

 3            Q      All I wanna do is -

 4            A      I don't recall.

 5            Q      Okay.  What was the nature of the

 6      financial issue, between yourself and

 7      Mr. Fingerhut, that resulted in you being

 8      arrested?

 9            A      I don't recall.

10            Q      Okay.  Did you owe Mr. Fingerhut

11      money?

12            A      When?

13            Q      On or about December 15th of 2005.

14            A      I don't recall.

15            Q      Do you have any recollection why it

16      is that you're in jail?

17            A      I took money that didn't belong to

18      me.

19            Q      From who?

20            A      From Heidi Rapillo and John

21      Rapillo.

22            Q      Anyone else?

23            A      Amongst others.

24            Q      Did you take money from

25      Mr. Fingerhut?
```

D. Holzer - March 28, 2012

1          A     Did I take it?

2          Q     Did you gain control of it in any

3     way?

4          A     Did I gain control of it?  You

5     mean, did -

6               Just extrapolate that out a little

7     bit.

8          Q     All right.  What is the nature of

9     your relationship with Mr. Fingerhut that

10    resulted in your being arrested?

11         A     I don't know.

12              MR. FOLKENFLIK:   Mr. Holzer,

13           did you plead guilty -

14              THE WITNESS:   Yes.

15              MR. FOLKENFLIK:   - to any

16           crimes concerning the transactions

17           you had with Mr. Fingerhut?

18              THE WITNESS:   Yes.

19              MR. FOLKENFLIK:   What was the

20           nature of the transactions to which

21           you pleaded guilty?

22              THE WITNESS:   Stole money.

23              MR. FOLKENFLIK:   From?

24              THE WITNESS:   Mr. Fingerhut.

25              MR. FOLKENFLIK:   Okay.

D. Holzer - March 28, 2012

1    BY MR. CONWAY:

2          Q     Okay.  How much was stolen?

3          A     Twelve - I don't - I don't recall

4    the exact amount.

5          Q     And -

6          A     More than ten-million.

7          Q     And how did you do that?

8          A     I don't recall the exact nature of

9    how I actually did it.

10                   MR. FOLKENFLIK:   Can you

11               explain, in your own words,

12               approximately, what occurred in

13               connection with the stealing of

14               money from Mr. Fingerhut that you

15               just testified to?

16                   THE WITNESS:   Okay.  You want

17               a whole lengthy --

18    BY MR. CONWAY:

19          Q     Yeah.  If you could.

20                   MR. FOLKENFLIK:   As long or

21               as short as you think is necessary

22               to explain it.

23                   THE WITNESS:   Okay.  I'm

24               trying to think.

25          A     I'll invoke the fifth here,  and I

D. Holzer - March 28, 2012

Page 107

Page   107

1     can.

2          Q     Crime is over.

3          A     Well, what if I say something that

4     wasn't directly related to that?

5          Q     You're covered.

6          A     Who says I'm covered?  I'm taking

7     the fifth.

8                Next question.

9          Q     Did there come a time that you came

10    to be at odds with Mr. Fingerhut in your

11    business relationship?

12         A     I don't recall.

13         Q     Did there come a time when you were

14    attempting to return money to Mr. Fingerhut?

15         A     I don't recall.

16         Q     What happened to the money that Mr.

17    and Mrs. Rapillo sent you on December 15th?

18         A     What happened to the money, that

19    particular monies?

20         Q     Yes.

21         A     I don't remember.

22         Q     Was that money used for personal

23    benefit?

24         A     Possibly.

25         Q     Is any of that money still in your

D. Holzer - March 28, 2012

Page 108

Page    108

1     possession?

2          A     No.

3          Q     Did any of that money -

4                Was any of that money given to

5     Mr. Fingerhut?

6          A     No.

7          Q     Take a look at -

8                     MR. FOLKENFLIK:   Just to save

9                time in the future - nor any entity

10               affiliated with him?

11                    THE WITNESS:   No.

12    BY MR. CONWAY:

13         Q     Take a look at document Number 3,

14    the January 31st.

15         A     That I can recall.

16               I have to quantify that last one.

17               I'm sorry.  You wanna repeat the

18    question?

19                    MR. FOLKENFLIK:   No.  That's

20               fine.

21         A     (The witness examined the

22    document.)

23               Okay.  This is January 31st, '06?

24         Q     Right.

25               And does that indicate a transfer

D. Holzer - March 28, 2012

Page 109

Page    109

1      of funds from the Rapillos to you?

2          A      Correct.

3          Q      And how much was that?

4          A      How much was it?

5      Two-hundred-thousand-dollars.

6          Q      And what was the purpose of -

7                 In your dealings with them, what

8      was the nature, what was the intent for that

9      money?

10         A      I don't remember, for this

11     particular amount.

12         Q      Take a look at transfer Number 4.

13         A      (The witness examined the

14     document.)

15                MR. FOLKENFLIK:   Would you

16            please identify the document.

17                MR. CONWAY:   Yes.  It's

18            document Number 4.

19                MR. FOLKENFLIK:   Exhibit

20            Number 4?

21                MR. CONWAY:   Exhibit Number

22            4.  Exhibit Number 4, dated March -

23                THE WITNESS:   March 23rd,

24            '06.

25

D. Holzer - March 28, 2012

```
 1    BY MR. CONWAY:

 2         Q      March 23rd, does that indicate a

 3    transfer of $800,000?

 4         A      Yes.

 5         Q      And were those funds transferred to

 6    your personal account again?

 7         A      Yes.

 8         Q      And what happened to those funds?

 9         A      Don't recall.

10         Q      Are you familiar with a term called

11    "VCampus"?

12         A      Yes.

13         Q      What is VCampus?

14         A      VCampus?

15         Q      Yeah.

16         A      VCampus was an online education

17    company.

18         Q      And who were the principals of

19    VCampus?

20         A      The principals -

21                It was publicly traded.  There was

22    no principals.

23                VCampus was a publicly traded

24    company trading on the over-the-counter

25    market.
```

D. Holzer - March 28, 2012

Page 111

Page   111

1          Q      And did Fingerhut-Holzer Partners

2     have an interest in VCampus?

3          A      Fingerhut-Holzer Partners?  No.

4          Q      Did Mr. Fingerhut have an interest

5     in that?

6          A      Yes.

7          Q      What was the interest that

8     Mr. Fingerhut had?

9          A      He owned stock.

10                He owned debt, also.

11         Q      He was a creditor of the company, is

12    that what you mean?

13         A      Yes.  In effect, he was.

14         Q      And where was the headquarters of

15    VCampus?

16         A      Virginia.  Reston, Virginia, I

17    think it was.

18         Q      Reston, Virginia?

19         A      I think.  I'm not sure.

20         Q      Did you yourself own stock in

21    VCampus?

22         A      Yes.

23         Q      How much did you own?

24         A      I can't recall.  Maybe,

25    nine-million shares.

D. Holzer - March 28, 2012

1          Q      And what were those shares trading

2     at at their height?

3          A      At their height?

4          Q      Yes.

5          Q      During the period I owned them?

6                 Are you asking me during the period

7     that I owned them?

8          Q      During the period you owned them.

9          A      Probably -

10                I can't answer that question.  The

11    nine-million shares was accumulated over the

12    course of a few years.  The stock fluctuated.

13                So when I owned nine-million

14    shares, the high point for the stock might

15    have been three.

16                When I owned four-million shares,

17    it might have been 12.

18                So it's not a question that you can

19    answer with any accuracy.

20         Q      All right.

21                Did you own a high of

22    twelve-million shares?

23         A      No.  I said nine-million.

24         Q      Oh.  I thought you indicated -

25                Was nine-million the highest -

D. Holzer - March 28, 2012

Page 113

Page    113

```
 1          A      Yes.

 2          Q      Was VCampus associated with any

 3     university or organization?

 4          A      Associated in what way?

 5          Q      Was it affiliated so that -

 6          A      No.

 7          Q      Was any of the $800,000 that was

 8     transferred on March 15th of 2006 given to

 9     Mr. Fingerhut?

10          A      No.

11          Q      Did all of that money remain with

12     you?

13          A      Remain with me?

14                 Well, it did not go to

15     Mr. Fingerhut,  right.

16          Q      Where did it go?

17          A      It went into different various

18     assorted and sundry items.  I just don't

19     recall.

20          Q      Such as?

21          A      Could have gone into VCampus.

22                 Could have gone into Waverly.

23                 Could have gone into gasoline.

24                 Could have gone into the

25     supermarket, groceries.
```

D. Holzer - March 28, 2012

Page   114

1            I don't recall the exact

2      destination of the monies.

3                  MR. FOLKENFLIK:   When you say

4            "could have gone" these places, it

5            was treated as your personal money?

6                  THE WITNESS:   Yes.  Did not -

7            he asked me if it went to

8            Mr. Fingerhut.

9                  MR. FOLKENFLIK:   Yes.

10                  THE WITNESS:   I said, no.

11            The answer is no.

12                  MR. FOLKENFLIK:   It was

13            treated as your money.

14                  THE WITNESS:   That's correct.

15                  MR. FOLKENFLIK:   And you did

16            with it what you did with it.

17                  THE WITNESS:   That's correct.

18                  MR. FOLKENFLIK:   And that's

19            true of the prior 200,000.

20                  THE WITNESS:   Correct.

21                  MR. FOLKENFLIK:   Correct?

22                  THE WITNESS:   That's correct.

23                  MR. FOLKENFLIK:   True of all

24            the money you got?

25                  THE WITNESS:   That's correct.

D. Holzer - March 28, 2012

1            MR. FOLKENFLIK:    Same answer

2        going forward?

3            THE WITNESS:    That's correct.

4        Going forward, you got the same

5        answer.

6   BY MR. CONWAY:

7        Q    Now, did any of that find its way to

8   Mr. Fingerhut?

9            MR. FOLKENFLIK:    Asked and

10        answered.  He can answer again.

11        A    No.

12        Q    And when were you arrested?

13        A    What day?

14        Q    Yeah.  Do you know?

15        A    May - May 22nd of '08.

16        Should be, like, my day that lives

17   in infamy.  Right?

18        Yeah.  May 22nd of '08, I think.

19   Pretty sure.

20        Q    When was the last time you saw

21   Mr. Fingerhut before today?

22        A    Before today?

23        Maybe, January of '08 or December

24   of '07, or thereabouts.

25        Q    And where did you meet him, where

D. Holzer - March 28, 2012

Page 116

Page    116

1      did you see him?

2          A     I don't recall.  Probably, the

3      office.

4          Q     All right.  This is before your

5      arrest?

6          A     That's before I was arrested.

7          Q     And how did the police come to learn

8      of any criminal activity on your part?

9          A     I would hazard a guess as to say

10     that it was instigated by a private

11     investigator that Barry Fingerhut hired.

12         Q     Do you know the name of the

13     gentleman?

14         A     No.

15         Q     And did the investigator contact

16     you?

17         A     Did he contact me?

18         Q     Yes.

19               Did he contact you in any way in

20     his investigation?

21         A     Well, yeah.  We had a meeting.

22         Q     You and he?  Where was that?

23         A     In the office.

24         Q     And what was the nature of the

25     discussion?

D. Holzer - March 28, 2012

Page 117

Page   117

1      A      How I stole money from various

2    different people.

3      Q      All right.

4             And you don't remember the name of

5    this investigator?

6      A      I didn't hire him.  No.

7      Q      Well, he obviously identified

8    himself to you when you were speaking to him.

9      A      I don't remember.  You could stick

10   me with 14 pins, I wouldn't remember the guy's

11   name, nor would I care.

12     Q      Do you know Barry and Charlotte

13   Pessar (Phonetic Spelling)?

14     A      Pessar?

15     Q      Pessar.

16     A      Yes.

17     Q      And who are they?

18     A      Friends of mine; were previous

19   friends of mine.

20     Q      And what was your relationship with

21   Mr. and Mrs. Pessar, for investment purposes?

22     A      Nothing.

23            I mean, one instance, and it's a

24   totally unrelated item to the

25   Fingerhut-Holzer.

D. Holzer - March 28, 2012

Page    118

1          Q       What was the instance and how is it

2     unrelated?

3          A       Well, it was just me and them.  Had

4     nothing to do with Fingerhut-Holzer.

5                  And I don't recall the actual name

6     of the product.

7          Q       Okay.  Do you know a Barbara and

8     Michael Zachman (Phonetic Spelling)?

9          A       Yes.

10         Q       And who are they?

11         A       Friends of ours.

12         Q       And did you have a business

13    relationship with them?

14         A       Business relationship?  Yes.

15         Q       Were they investors with you?

16         A       Yes.

17         Q       How much did they invest?

18         A       I don't recall.

19         Q       Did Mr. and Mrs. Pessar invest with

20    you?

21         A       Yes.

22         Q       Did a Mr. Mel Block (Phonetic

23    Spelling) invest with you?

24         A       No.

25         Q       Okay.

D. Holzer - March 28, 2012

1          A      The last question?

2          Q      Okay.

3                 About Mel Block?

4          A      Yeah.

5                 Ask that question again.

6          Q      Did you have a business relationship

7     with Mel Block?

8          A      I invoke my Fifth Amendment right.

9                    MR. CONWAY:   Okay. I have

10              nothing further.

11                   MR. FOLKENFLIK:   Just a

12              couple quick questions.

13                   THE WITNESS:   Sure.

14                   MR. FOLKENFLIK:   Couple quick

15              ones.

16                   EXAMINATION

17    BY MR. FOLKENFLIK:

18         Q      VCampus, was there any Fingerhut-

19    Holzer subsidiary LLC that invested in VCampus?

20         A      No.

21         Q      Okay.

22                Do you recall any discussions with

23     the Rapillos about a dinner theater?

24         A      A what?

25         Q      A  dinner theater investment?

D. Holzer - March 28, 2012

Page    120

```
1          A     A  dinner theater?

2          Q     Yes.

3          A     Oh.

4                A dinner theater?

5          Q     Yeah.

6          A     The only discussion that -

7                Now, this whole dinner theater that

8     came up was when I was talking about Waverly.

9     It wasn't about a dinner theater, it was about

10    a theater complex in one section of the

11    Waverly.

12                I know - I had nothing to say about

13    we were owning it, or anything.  I said

14    "There's a big theater there.  It's gonna draw

15    a lot of people there.  There's a whole

16    complex there that people are gonna wanna live

17    near."  Food courts and a Merrill Lynch

18    complex that was right there.

19                I don't know where that came from.

20    I saw it in there, and it was too late already

21    to change it.

22                But it was in there, and you plead,

23    and what am I gonna say, "Change that dinner

24    theater thing"?

25                That thing was never impugned to be
```

D. Holzer - March 28, 2012

Page 121

Page    121

1    owned by anybody.

2          Q      Okay.

3                 Leaving aside what it was

4    represented to be, did any of the

5    Fingerhut-Holzer subsidiary entities invest in

6    a dinner theater?

7          A      No.

8          Q      Okay.

9                 Waverly II, did any of the

10   Fingerhut-Holzer investment entities invest in

11   Waverly II?

12         A      Waverly II?  Yes.

13         Q      Okay.

14                And were those investments, to the

15   extent that investors invested in that,

16   handled in the same way as Waverly I,

17   substantially?

18         A      Yes.

19         Q      And so that any investor who wished

20   to invest in Waverly II received subscription

21   documents?

22         A      Yes.

23         Q      And signed them?

24         A      Yes.

25         Q      Just as Waverly I.

D. Holzer - March 28, 2012

1              And sent them to the investment

2     entity, right, for acceptance?

3          A     Right.

4          Q     And if they were accepted, then they

5     sent the check.

6              Right?

7          A     Correct.

8          Q     And the check was sent, or a wire

9     was sent to Foley & Lardner's trust account

10    again?

11         A     Escrow account.  Correct.

12         Q     The escrow.

13             And they would receive documents

14    indicating they were members in the Waverly

15    II, LLC?

16         A     I'm not sure if we ever sent out

17    documents or they used their cancelled check

18    as the confirmation of their involvement.

19         Q     Okay.

20         A     I'm really not sure of that.

21         Q     One way or another, they -

22         A     If they did have an involvement,

23    then it was either the cancelled check

24    themselves in the Waverly, or there were

25    documents, and that, Blum would have handled

D. Holzer - March 28, 2012

1      it.  I don't know.

2             Q      Okay.

3                    And Waverly -

4             A      Same thing -

5                    Just let me say one other thing,

6      please.  Same thing with the subscription

7      documents.  I never actually saw those.

8                    It would also, again, be Blum

9      handling it.

10            Q      Okay.

11                   And, as far as you know, he handled

12     them in a regular manner?

13            A      As far as I know.  Yes.

14            Q      Completely on the up-and-up?

15            A      Yes.

16            Q      And the Waverly was not a success?

17            A      It wasn't a - I don't know.

18            Q      Oh.  You don't know.  Okay.

19                   Whether the Waverly succeeded or

20     failed, you have no idea?

21            A      I don't know.  I have no idea.

22            Q      Okay.  I'm just asking.

23                   But you're not aware of it

24     succeeding or failing for any improper -

25            A      No.  Not aware.

D. Holzer - March 28, 2012

Page 124

Page   124

1          Q    As far as you know, everything about

2     the Waverly investment was perfectly lawful and

3     on the up-and-up?

4          A    What was that next question?

5          Q    As far as you know, everything about

6     the Waverly investment was perfectly lawful, on

7     the up-and-up?

8          A    Yes.

9          Q    And is that true of all the

10    Fingerhut-Holzer subsidiaries?

11         A    Yes.

12                   MR. FOLKENFLIK:   Give me just

13              one second.

14

15                   (At which time, there was a

16              brief pause in the proceedings.)

17

18                   MR. FOLKENFLIK:   Nothing

19              further.

20                   MR. CONWAY:   Okay.  We're

21              done.

22                   MR. FOLKENFLIK:   Oh.  Oh.  I

23              do have one question, if we can.

24    BY MR. FOLKENFLIK:

25         Q    Mr. Conway said he had a meeting

D. Holzer - March 28, 2012

1      with you in prison?

2          A     Yes.

3          Q     And, as best you can recall, what

4      was the nature of the discussion?

5          A     Well, basically, over - all the

6      things that we went over.

7                I explained to him what Waverly

8      was, what it was all about, how the business

9      operated, and just gave him a working

10     knowledge of the business.

11         Q     Did you have any discussion about

12     the fact that your family members had been

13     named as defendants in this lawsuit?

14         A     Did that come up then?  I'm not

15     sure.

16         Q     Did you, at any time, ask him to

17     withdraw the names of your family members from

18     the lawsuit?

19         A     At that particular time?

20         Q     At any time.

21         A     We talked about it.  Yes.

22         Q     And what did you say to him and what

23     did he say to you?

24         A     I would say that I told him that

25     they weren't involved.

D. Holzer - March 28, 2012

```
 1              They shouldn't be involved.  There
 2      was other people that weren't involved.  Why
 3      are these people involved.  You know what I'm
 4      saying?
 5          Q     Did you tell him that Mr. Fingerhut
 6      wasn't involved?
 7          A     He never asked me that question.
 8          Q     Did you tell him that -
 9                Did he ever ask you if any of the
10      money went to Mr. Fingerhut, as he did today?
11          A     No.
12          Q     Did he ever ask you if any of the
13      money went to any of the Fingerhut-Holzer
14      entities?
15          A     I don't - maybe.  I just don't
16      recall.
17          Q     Okay.
18                But, to the extent that you had
19      such a conversation, would you have given him
20      any answers that were different from the
21      answers that you gave today?
22          A     No.
23          Q     There was no attempt to give him any
24      impression that was different than the
25      impressions you gave today with your answers
```

D. Holzer - March 28, 2012

Page 127

Page   127

1    about who was involved and who wasn't involved?

2        A    No.

3        Q    So, as far as you can recall, to the

4    extent that he asked about any of these subject

5    matters, your answers at the time would be

6    consistent with your answers today?

7        A    Correct.

8            MR. FOLKENFLIK:    Okay.

9        Nothing further.

10

11            (Whereupon, the Deposition

12        of DAVID HOLZER concluded at 12:10

13        P.M.)

14

15

16

17

18

19

20

21

22

23

24

25

1            DEPONENT'S   CERTIFICATE

2        STATE OF_____:

3        COUNTY/CITY OF_____:

4            Before me, this day, personally

5    appeared DAVID HOLZER, who, being duly sworn,

6    states that the foregoing transcript of his/her

7    Deposition, taken in the matter, on the date,

8    and at the time and place set out on the title

9    page hereof, constitutes a true and accurate

10   transcript of said deposition.

11

12            _____

13                 DAVID HOLZER

14

15

16

17      Signed and subscribed to before me

18      this____day of_____,20___.

        _____

19

        NOTARY PUBLIC, STATE OF NEW YORK

20

21

22

23

24

25

Page 129

Page    129

```
 1                DEPOSITION ERRATA SHEET
 2    Assignment No.:  350617
 3    Case Caption:  RAPILLO
                     vs.
 4              FINGERHUT, ET AL.
 5       DECLARATION UNDER PENALTY OF PERJURY
 6           I declare under penalty of perjury
 7    that I have read the entire transcript of my
 8    Deposition taken in the captioned matter or the
 9    same has been read to me, and the same is true
10    and accurate, save and except for changes and/or
11    corrections, if any, as indicated by me on the
12    DEPOSITION ERRATA SHEET hereof, with the
13    understanding that I offer these changes as if
14    still under oath.
15    Signed on the _____day of _____, 20___.
16    _____
17                    DAVID HOLZER
18
19
20
21
22
23
24
25
```

Page   130

```
 1              DEPOSITION ERRATA SHEET
 2     Page No._____Line No._____
       Change to:_____
 3     Reason for change:_____
       Page No._____Line No._____
 4     Change to:_____
       Reason for change:_____
 5     Page No._____Line No._____
       Change to:_____
 6     Reason for change:_____
       Page No._____Line No._____
 7     Change to:_____
       Reason for change:_____
 8     Page No._____Line No._____
       Change to:_____
 9     Reason for change:_____
       Page No._____Line No._____
10     Change to:_____
       Reason for change:_____
11     Page No._____Line No._____
       Change to:_____
12     Reason for change:_____
       Page No._____Line No._____
13     Change to:_____
       Reason for change:_____
14     Page No._____Line No._____
       Change to:_____
15     Reason for change:_____
       Page No._____Line No._____
16     Change to:_____
       Reason for change:_____
17     Page No._____Line No._____
       Change to:_____
18     Reason for change:_____
       Page No._____Line No._____
19     Change to:_____
       Reason for change:_____
20     Page No._____Line No._____
       Change to:_____
21     Reason for change:_____
22
23     SIGNATURE:_____DATE:_____
              DAVID HOLZER
24
25
```

Page    131

```
 1              DEPOSITION ERRATA SHEET
 2    Page No._____Line No._____
      Change to:_____
 3    Reason for change:_____
      Page No._____Line No._____
 4    Change to:_____
      Reason for change:_____
 5    Page No._____Line No._____
      Change to:_____
 6    Reason for change:_____
      Page No._____Line No._____
 7    Change to:_____
      Reason for change:_____
 8    Page No._____Line No._____
      Change to:_____
 9    Reason for change:_____
      Page No._____Line No._____
10    Change to:_____
      Reason for change:_____
11    Page No._____Line No._____
      Change to:_____
12    Reason for change:_____
      Page No._____Line No._____
13    Change to:_____
      Reason for change:_____
14    Page No._____Line No._____
      Change to:_____
15    Reason for change:_____
      Page No._____Line No._____
16    Change to:_____
      Reason for change:_____
17    Page No._____Line No._____
      Change to:_____
18    Reason for change:_____
      Page No._____Line No._____
19    Change to:_____
      Reason for change:_____
20    Page No._____Line No._____
      Change to:_____
21    Reason for change:_____
22
23    SIGNATURE:_____DATE:_____
              DAVID HOLZER
24
25
```

Page 132

Page    132

1                    REPORTER'S CERTIFICATE

2

3              I, CINDY SCHULTZ, a Court Reporter and

4     Notary Public in and for the State of New York,

5     do hereby certify that I recorded

6     stenographically the proceedings herein at the

7     time and place noted in the heading hereof, and

8     that the foregoing transcript is true and

9     accurate to the best of my knowledge, skill and

10    ability.

11             IN WITNESS WHEREOF, I have hereunto

12    set my hand.

13

14

15

      _____

16                    CINDY SCHULTZ

17

18

19

20

21

22

23

24

25

| & | | | |
|---|---|---|---|
| **&** 2:2,7 92:25 93:1,4 93:6,21,23,25 96:20 122:9 | | | |

| 0 | | | |
|---|---|---|---|
| **06** 108:23 109:24 | | | |
| **07** 115:24 | | | |
| **08** 115:15,18,23 | | | |
| **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** 6:12 | | | |

| 1 | | | |
|---|---|---|---|
| **1** 3:7 91:9,11,21,22 91:24 | | | |
| **10** 10:1 57:6 | | | |
| **100** 100:1 | | | |
| **10006** 2:3 | | | |
| **10036** 2:8 | | | |
| **101** 101:1 | | | |
| **102** 102:1 | | | |
| **103** 103:1 | | | |
| **104** 104:1 | | | |
| **105** 105:1 | | | |
| **1058968** 101:17 | | | |
| **106** 106:1 | | | |
| **107** 107:1 | | | |
| **108** 108:1 | | | |
| **109** 109:1 | | | |
| **10:15** 1:16 | | | |
| **11** 11:1 | | | |
| **11/14/49** 6:10 | | | |
| **110** 110:1 | | | |
| **111** 111:1 | | | |
| **112** 112:1 | | | |
| **113** 113:1 | | | |
| **114** 114:1 | | | |
| **115** 115:1 | | | |
| **116** 116:1 | | | |
| **117** 117:1 | | | |
| **118** 118:1 | | | |
| **119** 3:4 119:1 | | | |
| **12** 12:1 112:17 | | | |
| **120** 120:1 | | | |
| **121** 121:1 | | | |

| | | | |
|---|---|---|---|
| **122** 122:1 | | | |
| **123** 123:1 | | | |
| **124** 124:1 | | | |
| **125** 125:1 | | | |
| **126** 126:1 | | | |
| **127** 127:1 | | | |
| **128** 128:1 | | | |
| **129** 129:1 | | | |
| **13** 13:1 | | | |
| **130** 130:1 | | | |
| **131** 131:1 | | | |
| **132** 132:1 | | | |
| **14** 14:1 117:10 | | | |
| **15** 3:9 15:1 97:25 | | | |
| **1500** 2:7 | | | |
| **15th** 98:17 100:11 104:13 107:17 113:8 | | | |
| **16** 16:1 | | | |
| **165** 1:17 | | | |
| **16th** 25:2 | | | |
| **17** 17:1 | | | |
| **18** 18:1 | | | |
| **19** 3:7 10:7 19:1 91:12 | | | |
| **1970** 14:8 | | | |
| **1974** 7:8 10:14 | | | |
| **1975** 12:2 | | | |
| **1976** 67:11 | | | |
| **1984** 17:15 19:17 | | | |
| **1990s** 69:3 | | | |
| **1992** 25:2 | | | |
| **19th** 91:1 94:3 | | | |

| 2 | | | |
|---|---|---|---|
| **2** 2:1 3:9 97:22,24 98:7 99:21 100:9 | | | |
| **20** 13:21 20:1 27:5,5 128:18 129:15 | | | |
| **200,000** 114:19 | | | |
| **2002** 26:25 28:2 | | | |
| **2003** 28:2 48:8,10 48:13 49:19 | | | |
| **2004** 28:7 48:10 69:19 94:9,15 | | | |

| | | | |
|---|---|---|---|
| **2005** 3:7,9 91:12 97:4,25 100:11 104:13 | | | |
| **2006** 3:11,12 99:13 99:17 113:8 | | | |
| **2012** 1:16 5:3 | | | |
| **21** 21:1 | | | |
| **22** 22:1 | | | |
| **22nd** 115:15,18 | | | |
| **23** 3:12 23:1 99:17 | | | |
| **23rd** 109:23 110:2 | | | |
| **24** 24:1 32:21 | | | |
| **25** 16:18 25:1 | | | |
| **26** 14:14,21 26:1 | | | |
| **27** 16:18 27:1 | | | |
| **28** 5:3 28:1 | | | |
| **28th** 1:15 | | | |
| **29** 29:1 | | | |
| **292** 101:15 | | | |
| **2921058968** 101:13 | | | |

| 3 | | | |
|---|---|---|---|
| **3** 3:1,10 99:12 108:13 | | | |
| **30** 27:6 30:1 | | | |
| **31** 3:11 31:1 99:13 | | | |
| **31st** 108:14,23 | | | |
| **32** 14:14,20 32:1 | | | |
| **33** 33:1 | | | |
| **34** 34:1 | | | |
| **35** 35:1 | | | |
| **350617** 129:2 | | | |
| **36** 14:13,17 36:1 | | | |
| **37** 37:1 | | | |
| **38** 38:1 | | | |
| **39** 39:1 | | | |
| **399** 46:10 55:16 | | | |
| **3rd** 21:21 | | | |

| 4 | | | |
|---|---|---|---|
| **4** 3:12 4:1 99:16 109:12,18,20,22,22 | | | |
| **40** 40:1 | | | |
| **40,000** 12:9 | | | |
| **41** 41:1 | | | |

| | | | |
|---|---|---|---|
| **42** 42:1 | | | |
| **43** 43:1 | | | |
| **43,000** 34:14 | | | |
| **44** 44:1 | | | |
| **45** 2:3 45:1 | | | |
| **46** 46:1 | | | |
| **47** 47:1 | | | |
| **48** 48:1 | | | |
| **49** 49:1 | | | |
| **49th** 21:22 | | | |

| 5 | | | |
|---|---|---|---|
| **5** 3:3 5:1 | | | |
| **50** 50:1 | | | |
| **50th** 21:23 | | | |
| **51** 51:1 | | | |
| **52** 52:1 | | | |
| **53** 53:1 | | | |
| **54** 54:1 | | | |
| **55** 32:21 55:1 | | | |
| **56** 56:1 | | | |
| **57** 57:1 | | | |
| **58** 58:1 | | | |
| **59** 59:1 | | | |

| 6 | | | |
|---|---|---|---|
| **6** 6:1 | | | |
| **60** 60:1 | | | |
| **600,000** 98:21 100:16 | | | |
| **61** 61:1 | | | |
| **62** 62:1 | | | |
| **63** 32:22 63:1 | | | |
| **64** 64:1 | | | |
| **65** 65:1 | | | |
| **66** 66:1 | | | |
| **67** 67:1 | | | |
| **68** 68:1 | | | |
| **69** 10:8,9 69:1 | | | |
| **6th** 14:8 | | | |

| 7 | | | |
|---|---|---|---|
| **7** 7:1 32:21 | | | |
| **70** 70:1 | | | |
| **70s** 34:13 | | | |

**71**  71:1
**72**  72:1
**73**  73:1
**74**  74:1
**75**  75:1
**76**  76:1
**77**  67:12 77:1
**78**  78:1
**79**  79:1

**8**

**8**  8:1 32:22
**80**  80:1
**800,000**  13:25 110:3
  113:7
**81**  81:1
**82**  82:1
**83**  83:1
**84**  84:1
**85**  85:1
**86**  86:1
**87**  87:1
**88**  88:1
**89**  89:1

**9**

**9**  9:1
**90**  90:1
**90s**  34:11,12
**91**  3:7 91:1
**92**  92:1
**93**  93:1
**94**  94:1
**95**  95:1
**96**  96:1
**97**  97:1
**98**  3:9 98:1
**99**  3:10,12 99:1

**a**

**a.m.**  1:16
**abilities**  31:9
**ability**  132:10
**able**  41:11
**abraham**  7:15 9:24
  9:25 10:4,10,19

**absolutely**  42:2
  59:19,24
**acceptable**  80:17
**acceptance**  122:2
**accepted**  122:4
**access**  88:16,23 89:3
**accident**  69:9
**accomplish**  15:9
**account**  26:13 27:3
  27:21 39:17 45:12
  48:16,18 56:6,9,11
  57:12,20,21,23,24
  58:2,6,17 59:14
  60:15,25 61:14
  96:11,20,22,24
  98:18 102:12 110:6
  122:9,11
**accountant**  95:12,20
**accounting**  95:13
**accounts**  40:13
  57:15,25 61:10
  93:15
**accumulated**  112:11
**accuracy**  75:6,10
  112:19
**accurate**  128:9
  129:10 132:9
**acquired**  10:14,16
  60:8
**actively**  56:23
**activity**  116:8
**actual**  16:22 28:24
  72:9 84:13 87:17
  93:24 118:5
**add**  97:9
**address**  8:24,25 9:1
  21:24
**advise**  13:9
**affiliated**  11:1
  108:10 113:5
**affirmed**  5:11
**agencies**  18:15
**agent**  93:2,9
**ages**  14:12,22

**ago**  8:13,14,22
  13:21
**agree**  9:9 51:24 52:3
**agreed**  4:2,7,12
**agreement**  9:20
  101:19
**ahead**  35:12,13 41:2
**al**  129:4
**amended**  8:4,15 9:7
  45:18
**amendment**  13:10
  119:8
**amount**  52:24 61:4
  61:5 73:3,9,12
  75:19 80:1,3 100:16
  106:4 109:11
**analyst**  23:13 30:24
  31:7 53:22 61:21
**analytical**  31:9
**andrew**  46:18 53:20
  53:22 55:7 58:19
  61:18
**angeles**  55:9 61:19
**answer**  15:16 18:16
  25:5,9,11 35:14
  51:9 59:4 70:2
  87:21 89:4 92:19,21
  92:23 112:10,19
  114:11 115:1,5,10
**answer's**  80:6
**answered**  20:14
  35:10 97:6 115:10
**answers**  15:9 74:24
  126:20,21,25 127:5
  127:6
**anybody**  39:12,16
  88:25 89:2 121:1
**anymore**  36:1 64:15
  89:23
**anyway**  23:10 72:11
**apartment**  72:24
  74:7 75:19 81:8
  82:5,6,9,25
**apartments**  65:21
  66:1,3,10 76:10,15

**79:19 82:4**
**appearances**  2:1
**appeared**  128:5
**appears**  91:25
**apple**  23:17,20,21
  24:3
**approach**  28:19,20
  43:19
**approached**  28:23
**approximately**  1:16
  8:13 13:25 68:12
  69:1,15 106:12
**arrangement**  35:8
**arrest**  89:19 90:10
  103:15 116:5
**arrested**  104:8
  105:10 115:12
  116:6
**aside**  121:3
**asked**  20:14 33:14
  35:10 97:5 114:7
  115:9 126:7 127:4
**asking**  25:10 40:2,3
  112:6 123:22
**asset**  11:14 18:1,2
  52:22 53:5
**assets**  18:5 27:13
  32:11 40:20,21,23
  85:25
**assignment**  129:2
**associated**  113:2,4
**assorted**  113:18
**assume**  90:8,9 93:20
**assumes**  42:20
  104:1
**assuming**  93:24
**attached**  58:6
**attempt**  126:23
**attempting**  107:14
**attorney**  35:22,24
**attorneys**  2:4,9 4:3
**augustine**  71:13,17
  72:8 75:20 76:2
  78:2

**avenue** 21:21 46:10
  55:17
**aware** 29:8 69:8,11
  69:14 90:6 123:23
  123:25

**b**

**b** 12:12,13,15
**bachelor** 68:6
**back** 22:15 23:23
  47:4,8 83:22,24
  102:16
**background** 28:14
**backwards** 77:8
**bag** 37:23
**bank** 59:14 93:15,21
  93:22,24 96:16
  98:19
**banking** 11:12,13
  58:15,16
**banned** 39:14
**barbara** 118:7
**barry** 1:6 9:13 16:3
  17:11,13 19:16
  29:13 30:5 44:6
  46:17 53:17 84:16
  85:12 116:11
  117:12
**base** 27:1
**basically** 24:15 26:1
  31:6 32:2 37:24
  125:5
**basis** 13:17,18,19
  55:4,13 56:19 57:3
**began** 19:21 25:14
  25:17 27:14
**beginning** 8:10
  11:24
**behalf** 5:2
**belong** 104:17
**benefit** 15:20 107:23
**best** 12:8 15:11
  16:16 24:24 28:4
  32:11 36:20 44:5
  63:17 76:23 95:5

**125:3** 132:9
**better** 41:21
**big** 120:14
**birth** 6:9
**birthday** 70:18
**bit** 24:6 40:18 105:7
**blah** 23:17,17,17,17
  23:18
**block** 118:22 119:3
  119:7
**blow** 53:2
**blum** 62:7,10,12,13
  62:16,17,19 122:25
  123:8
**blum's** 62:15
**bob** 5:23
**bonds** 70:25 71:4
**bore** 74:8
**born** 6:19
**bottom** 100:20
**bought** 27:5 34:12
  58:6 78:11,16
**bradley** 2:2
**brean** 1:7,7 12:12
  12:13,14,15,18,21
  15:23 16:1,21 17:1
  17:4 18:24 19:6,19
  19:23 20:9 22:2,9
  23:12 25:21,24 26:2
  26:3 33:16,17,20,25
**brian** 19:2
**brief** 124:16
**bring** 23:12 43:6
**bringing** 43:4
**broadway** 2:3,7
**broken** 22:13
**broker** 30:11 32:15
**broker's** 18:13,14
**brokerage** 11:12
  39:23 40:6,7,9
**brooke** 46:21 53:23
**brothers** 10:17,19
  10:22 11:1,5
**brought** 42:18

**buckley** 75:22,23,24
  75:25 76:1,4,20
  77:19,25
**buckley's** 76:22
**building** 55:21 79:7
**built** 81:6
**business** 11:9,11
  17:5,25 19:12,21
  20:4,6,11 25:18
  26:12 29:7,10 31:12
  31:25 32:8,10 36:10
  46:9 49:14,15 50:4
  50:7,8 52:4 57:17
  57:18,18 68:22 96:5
  107:11 118:12,14
  119:6 125:8,10
**businesses** 30:14,15
  30:17
**buy** 23:20,21 24:3,8
  72:15,18,22 75:18
  76:10 79:12 82:19
**buying** 82:9,10,25
  82:25

**c**

**call** 23:25 24:14
**called** 5:2,9 7:15
  22:10 110:10
**cancelled** 122:17,23
**capacity** 9:25 12:25
**capital** 1:9 12:22
  27:9
**caption** 129:3
**captioned** 129:8
**care** 9:10 117:11
**career** 33:16
**case** 97:13 129:3
**cause** 24:5
**caused** 69:9
**cautioned** 5:10
**ceased** 88:17
**cent** 16:18 53:2 93:3
**center** 14:9
**certain** 30:16 33:15
  41:12 61:7 75:19

**78:11 83:9
**certainly** 7:18
**certificate** 128:1
  132:1
**certificates** 36:22,23
**certification** 4:4
**certify** 132:5
**cfo** 47:2 58:21,24
  61:25 62:1,4,5,19
  62:21
**change** 8:24,25 20:1
  66:25 120:21,23
  130:2,3,4,4,5,6,7,7,8
  130:9,10,10,11,12
  130:13,13,14,15,16
  130:16,17,18,19,19
  130:20,21 131:2,3,4
  131:4,5,6,7,7,8,9,10
  131:10,11,12,13,13
  131:14,15,16,16,17
  131:18,19,19,20,21
**changed** 9:1 15:24
  46:4,7
**changes** 129:10,13
**changing** 90:7
**charge** 12:22 24:4
**charlotte** 117:12
**charter** 18:8,9
**charts** 65:11
**chase** 45:9,14,21
  59:18 60:16,25
  98:19 100:19
**check** 122:5,8,17,23
**checking** 56:9,11
  61:10,14
**chief** 20:16
**children** 14:10 17:9
**children's** 53:17
**chose** 32:12
**chunk** 72:24
**cindy** 5:4,11 132:3
  132:16
**circuit** 39:10
**circumstances**
  103:14

citibank 93:13
100:17,18
city 6:23 7:1,6 57:8
57:9 128:3
clarify 51:12,20
clear 96:25 97:1
clerk 10:2
client 27:1
clients 43:19 62:6
closed 65:7,8 86:5,7
87:4 88:25
closing 87:17
cohn 95:10,12,20
college 6:23 7:2,7,13
combination 81:9
come 17:13 18:18
19:20 25:13,20
29:18 43:25 54:21
56:22 67:22 68:1
70:4 107:9,13 116:7
125:14
comes 60:19 61:5
commence 24:24
commenced 25:1
commencing 1:16
commercial 82:14
82:18
commission 24:4,12
24:13
commissions 22:15
22:20
committee 23:16
commodities 30:23
commute 57:9
companies 44:24
64:11
company 7:15 10:4
10:10 35:17 37:21
39:1,5 41:22 45:12
53:21,24 54:12
56:23 58:13 64:13
66:23 110:17,24
111:11
compensation 54:2

complaint 8:4,15,20
9:3,5,6,9 45:18
completely 123:14
complex 66:22 74:7
79:8 120:10,16,18
complexes 72:7
77:22
composite 92:1
concern 21:12
concerned 31:1
102:1
concerning 70:11
105:16
conclude 15:6
concluded 127:12
condominium 72:7
77:22 78:11,17
condominiums
72:20
confines 54:3,12
confirmation
122:18
confusing 74:24
connection 106:13
consider 31:3
consistent 127:6
consisting 3:7 91:12
constitute 86:15
constituted 77:2
constitutes 128:9
consumed 22:11
contact 116:15,17
116:19
continue 12:11
21:25
contributions 41:6,9
66:16
control 105:2,4
conversation 70:10
126:19
conversations 70:5
70:21
convicted 102:18,25
conway 2:2,4 3:3
5:16,23 6:1,6 7:18

8:18 11:21,25 12:1
15:12,21 19:8 20:15
25:7 34:23 37:3
38:16 41:2 42:16,22
43:2,16 45:19 47:9
51:8,23 56:3,4
61:17 62:13 64:4,8
65:25 71:25 72:1
73:21 74:13,18 75:1
75:5,9,14 77:9
78:24 82:22 86:13
91:8,15,20 92:2
95:1,7 97:14,18,21
98:2,7 99:9,19
100:9 101:2 102:3
103:4,8,10,13,18,23
104:2 106:1,18
108:12 109:17,21
110:1 115:6 119:9
124:20,25
copies 94:23
copy 8:3 45:17
corporate 50:18
74:21 86:15,15
corporation 36:6,10
36:13 37:1 90:13
corporations 45:23
correct 6:15,18 14:3
14:18 16:9 18:11
33:21 37:19 38:15
42:2,9 45:25 46:20
46:23 48:25 49:1,7
50:23 51:3 53:19
59:16,20,22,24 60:2
60:3,5,6,10,11 61:1
61:15 62:23,25 63:2
76:12,19 78:5,13,14
78:18 79:9,22 80:13
83:2 85:8,13,17
86:1,12 90:3 98:20
101:18 102:13
109:2 114:14,17,20
114:21,22,25 115:3
122:7,11 127:7

corrected 20:22
correctional 1:17
corrections 129:11
correctly 59:4
corresponding
58:15
costs 55:16
counsel 2:4,8 3:5
counselor 36:25
74:20
counter 10:1 11:3
11:13,18 12:4,5
25:25 110:24
county 128:3
couple 68:20 119:12
119:14
course 21:11 33:15
112:12
courses 6:24,25
court 1:2,19 4:16
5:4,11,25 69:12
132:3
courts 120:17
covered 107:5,6
coxsackie 1:18
crazy 62:2
create 78:1
created 52:18,21
60:4 77:19 78:1,22
79:11
creating 52:12
55:16
creation 28:15
credit 24:14
creditor 111:11
crime 102:18,20,23
107:2
crimes 105:16
criminal 103:15
116:8
curiosity 34:15
current 9:8
customers 43:1,4,7
43:10,25 49:6

**cut** 39:21 59:3 80:4
**cynthia** 1:18

**d**

**d** 3:1 4:1 26:19
**dahlman** 26:16,16
  26:21,24 27:10,14
  27:21 40:10,11
**daily** 55:3,13
**date** 6:9 16:22 26:10
  27:24 28:3,6 34:10
  69:6 128:7 130:23
  131:23
**dated** 3:7,9,10,12
  91:12 97:25 99:13
  99:17 100:10
  109:22
**daughter** 46:22
**david** 1:14 2:9 3:3
  5:1,8,20 9:14 46:17
  53:15 54:5,6 98:18
  100:16 127:12
  128:5,13 129:17
  130:23 131:23
**day** 1:15 24:1 55:1,2
  57:10 59:1 115:13
  115:16 128:4,18
  129:15
**deal** 19:14 41:12,13
  58:12
**dealings** 109:7
**debt** 111:10
**december** 3:9 97:25
  98:17 100:10
  104:13 107:17
  115:23
**deciding** · 28:17
**declaration** 129:5
**declare** 129:6
**decorator** 67:20
**defendant** 1:13 2:9
  5:2
**defendants** 1:11
  64:9 125:13

**degree** 7:1
**delaware** 35:20
**delivered** 59:10
**deponent** 8:2
**deponent's** 128:1
**deposited** 60:14
**deposition** 5:1
  127:11 128:7,10
  129:1,8,12 130:1
  131:1
**describe** 44:4 81:5
  81:20 103:5,9,14
**description** 3:6
**designing** 43:10,11
**desire** 90:20
**desk** 23:14 24:1
**destination** 96:17
  114:2
**determinations** 38:6
**develop** 24:20 68:14
  76:6
**developer** 76:3
  77:19 79:6
**developing** 79:12
**development** 75:21
  76:23 77:12,21
  78:20
**died** 26:3,7
**difference** 84:3
**different** 18:6 32:19
  38:14 63:3,22 65:11
  66:4,23,24 71:18
  72:7 78:17 80:11
  113:17 117:2
  126:20,24
**dims** 40:17
**dinner** 31:18 68:19
  68:19 119:23,25
  120:1,4,7,9,23
  121:6
**direct** 82:7
**directed** 45:21
  102:11
**directly** 7:9 60:14
  96:10 107:4

**discuss** 35:5
**discussed** 82:2 89:5
**discussing** 31:12
**discussion** 6:3 7:20
  32:1 34:20 99:6
  116:25 120:6 125:4
  125:11
**discussions** 31:24
  71:22 72:3 119:22
**distance** 55:11
**district** 1:2,2
**divide** 52:23
**division** 37:7,20
**document** 3:7,9,10
  3:12 91:5,7,11,16
  92:5,8 97:24 98:10
  98:11,16 99:12,16
  99:21 100:3,13,24
  101:25 108:13,22
  109:14,16,18
**documents** 86:14
  121:21 122:13,17
  122:25 123:7
**doing** 15:15 17:16
  54:14 61:19 71:7
**dollar** 91:2 92:14
**dollars** 23:5,7 34:13
  53:1,3,6,7 69:16
  72:16,16 73:6,9
  82:24 96:8 109:5
**domiciled** 45:13
  87:11
**door** 89:24 90:7
**double** 73:12,12
**doubt** 36:8,11,12,14
  87:12
**douglas** 1:6 14:13
  14:20 46:24 54:7,9
  54:14
**draw** 120:14
**drive** 57:6 70:15
**dueling** 15:7
**duly** 5:10 128:5
**dying** 26:10

**e**

**e** 3:1 4:1,1 12:12
**early** 34:12,13 67:14
**earn** 47:21,23 48:2
  48:24 49:2,3
**earning** 53:13
**earnings** 12:7 13:24
  53:18
**easy** 28:5 50:1 84:8
  99:23
**education** 110:16
**effect** 4:15 111:13
**eight** 12:19 32:18
**eighth** 24:10,11
**either** 122:23
**element** 73:19
**emerged** 28:13
**employed** 17:2
**employee** 54:1
  58:25
**employees** 46:11
  53:10,12 57:13
**ended** 43:14 80:14
**engage** 36:2
**enterprises** 68:23
**entire** 129:7
**entirely** 50:21
**entities** 121:5,10
  126:14
**entitled** 1:15
**entity** 50:19 58:8,10
  58:12 85:12 108:9
  122:2
**equal** 37:7,11,17
  43:6
**equities** 1:7 9:15
  31:1 38:6 64:11
  88:1
**equity** 16:7,10,12
  18:6 30:16
**errata** 129:1,12
  130:1 131:1
**escape** 37:14

[escrow - folkenflik]                                                    Page 6

escrow  93:1,8,23,25
  96:11 122:11,12
esq  2:4,8
establish  61:2
established  59:15
  60:20
estate  30:22 44:18
  64:23 65:18,19
  66:22 71:8,10 72:12
  75:20 76:1,23 77:12
  77:21 79:6,6
estimate  12:8 16:16
  28:4
et  129:4
everybody's  99:22
evidence  42:21
  104:1
evolution  29:2
evolved  28:22,23
exact  21:23 26:10
  28:3 48:9 69:6
  72:17 81:13 106:4,8
  114:1
exactly  27:22 29:3
  38:19 43:12 52:17
  53:20 69:18 71:5
  72:23 96:18
examination  1:13
  4:13 5:15 119:16
examined  5:14 91:6
  92:4 98:9 100:12,23
  108:21 109:13
example  89:1
excess  13:5 27:17
  63:6,8,10,11,15
exchange  11:14
  32:24 33:1,13
excluding  50:10
excuse  19:5 51:19
  54:7
execute  40:1
executive  20:16
exhibit  3:6 91:11,21
  91:22,24 92:1 97:24
  98:6,7 99:4,12,16

100:7,9 109:19,21
  109:22
exhibits  3:5
existed  86:17
expand  65:16
expensive  46:5
explain  13:19 22:22
  39:6 43:15 106:11
  106:22
explained  125:7
extent  51:6 121:15
  126:18 127:4
extracted  69:15,17
extrapolate  105:6

f

f  4:1
facetious  25:5,8
facility  1:17
fact  125:12
facts  42:20 104:1
failed  49:13,15
  123:20
failing  123:24
falter  26:4
familiar  62:9 64:13
  64:17 67:6 91:3,4
  110:10
family  67:18 81:10
  82:12,21 125:12,17
family's  8:17
far  31:1 55:14 93:11
  123:11,13 124:1,5
  127:3
faster  14:15
father  62:16
fee  83:10,19,25
  85:17,19,23 86:9
fees  84:3
field  7:4 32:11
fifth  13:2,7,9 106:25
  107:7 119:8
file  49:19 94:14
filing  4:4

filled  61:23
finally  7:8
finance  6:25 7:10
financial  22:6,8
  27:7 30:12 32:14
  36:18 104:6
financier  30:10
find  28:5 33:8 42:23
  50:1 78:25 115:7
fine  21:9,13 44:15
  101:5 108:20
fingerhut  1:6,7,7,8
  1:8,9,10 9:14,14,15
  9:16,17,18,19 17:11
  17:14,16,22 18:19
  18:20 19:10,16,22
  20:4 22:1 24:17,20
  25:18 27:24 28:8,10
  28:12,20,20 29:4
  30:13,19 31:11,24
  32:4,9 33:5,10,11
  35:3,16 36:9,21
  37:4,5,17,22 40:19
  40:23,24 41:17 42:4
  42:17 43:3,9,18
  44:10,11 46:12,17
  46:18,21 47:10,11
  47:16,18,19,25
  48:23 49:13 50:2,5
  50:16 51:2,24 52:1
  52:19 53:13,15,21
  53:22,23 54:15 55:4
  55:7 56:2,5,12,18
  57:22 58:18 61:18
  63:4,19 64:11,18,19
  64:19 65:18 68:23
  69:22 70:7 75:16
  76:9,17 77:2,3
  78:10,16 79:10,15
  79:16 83:4,13,23,24
  84:12 85:3,5,6 86:8
  86:16,22 87:4,15,23
  88:1,5,8,12,17,24
  89:6,20,23 90:2,13
  90:17 93:14 94:5

96:10 102:19,22
  103:16,24 104:7,10
  104:25 105:9,17,24
  106:14 107:10,14
  108:5 111:1,3,4,8
  113:9,15 114:8
  115:8,21 116:11
  117:25 118:4
  119:18 121:5,10
  124:10 126:5,10,13
  129:4
fingerhut's  20:11
  46:19 48:20 88:16
  88:23
finish  80:24
finished  26:1
firm  9:24,25 10:15
  10:19 11:12,15
  18:22 22:16 23:2,11
  26:3,15 29:17 30:4
  30:9 36:5 39:23
  40:7,9 46:7 54:20
  55:10,23 56:8 57:2
  86:22,23,24 93:4,22
  95:13
firms  26:14
first  5:10 17:14
  18:19,20 32:5 34:11
  56:7,20,24 60:19,23
  62:15 67:1,10 70:10
  101:15
fit  65:1
five  11:6,22 63:20
  63:22 66:20 69:16
  73:6 81:22,24 91:1
  94:3
florida  44:19 72:21
  81:6 96:17
fluctuated  112:12
foley  92:25 93:1,4,6
  93:21,23,25 96:20
  122:9
folkenflik  2:7,8 3:4
  7:23 8:2,6,9 11:19
  11:23 13:8,16,20

15:3,19 18:23 19:5
20:13,21,25 23:4,9
25:4 35:9,13 36:24
38:11 39:21 40:25
41:3,15,20,24 42:3
42:10,19,24 43:13
45:15 47:3 50:10
51:5,19 56:1 59:2
59:17,21,25 60:4,7
60:12,21,24 61:12
61:16,24 62:11 64:2
64:7 65:23 66:2
71:23 72:4 73:23
74:5,10,16,20 75:3
75:7 77:6,11,15,18
78:3,9,15,19 81:15
81:19 82:14 84:7,10
84:15,17,21,23 85:1
85:6,9,14,18,23
86:2,6 90:4 91:17
91:23 92:3,18,22
94:21,24 95:6 96:12
96:19,23 97:5,8,16
98:5,8 99:3,24
100:4,25 101:23
103:2,6,12,17,21,25
105:12,15,19,23,25
106:10,20 108:8,19
109:15,19 114:3,9
114:12,15,18,21,23
115:1,9 119:11,14
119:17 124:12,18
124:22,24 127:8
**follow** 10:18
**follows** 5:14
**food** 120:17
**footing** 55:15
**force** 4:14
**foregoing** 128:6
132:8
**forget** 95:10
**form** 4:8
**formal** 18:21
**former** 96:1

**forth** 73:16
**forty** 21:23
**forward** 115:2,4
**foster** 11:7 22:9
33:17
**foundation** 92:19
**four** 63:20,22 66:20
69:6,21 112:16
**friday** 9:2
**friend's** 26:14
**friends** 117:18,19
118:11
**friendship** 68:3,14
**front** 100:10
**fruition** 49:10
**full** 10:9
**function** 21:1 38:18
**fund** 1:8 28:18
64:19 88:5
**funded** 41:14 42:14
59:8 61:6
**funding** 59:10 65:10
65:11
**funds** 27:10 41:16
41:18 60:13 64:25
70:11 93:12 109:1
110:5,8
**further** 4:7,12
119:10 124:19
127:9
**future** 35:6 108:9

**g**

**gain** 105:2,4
**gaining** 89:2
**garner** 18:5
**gasoline** 113:23
**general** 11:11,11
30:24,25 33:24
73:18
**gentleman** 42:18
75:21 116:13
**gentlemen** 28:16
**geo** 1:9

**geocapital** 9:17
17:19,25 20:11 21:2
21:6,7,12,16 22:11
22:17 23:11,16 24:9
29:5,19
**gestured** 45:17
**getting** 28:16 64:5,6
70:24 71:3 97:14
**give** 89:1 99:24
124:12 126:23
**given** 108:4 113:8
126:19
**giving** 15:1
**go** 6:21 11:4 21:4
23:11 26:15 35:12
35:13 36:2 41:2
60:22 65:22 113:14
113:16
**going** 10:12 49:2
58:22 72:6 83:18
115:2,4
**gonna** 20:1 21:7,12
23:20,21,22 35:12
87:20 93:19 102:9
120:14,16,23
**good** 5:21 9:23 15:2
15:18 30:25 71:3
79:1 87:9
**gotta** 74:16,21
**government** 94:19
**graduate** 7:6
**graduating** 54:19
**graduation** 7:13
**green** 11:9 12:11,16
**greene** 1:17
**grew** 53:5 68:2
**groceries** 113:25
**guess** 116:9
**guilty** 105:13,21
**guy** 23:14 30:21,22
30:23 44:6 62:1,14
**guy's** 117:10

**h**

**h** 26:19 95:10
**hand** 132:12
**handed** 8:3
**handled** 121:16
122:25 123:11
**handling** 123:9
**hands** 38:10
**handwriting** 101:1
**happen** 103:1
**happened** 21:8
107:16,18 110:8
**happens** 23:10
24:15
**hard** 25:11
**harrah** 19:3
**hazard** 116:9
**he'll** 43:14
**head** 11:17 12:2,3,5
19:4 83:12
**heading** 132:7
**headquarters**
111:14
**hear** 103:7
**hedge** 28:17 64:25
**heidi** 1:3 2:5 5:24
67:7,9 68:9 98:17
100:15 104:20
**heidi's** 101:5
**height** 112:2,3
**held** 1:14,17 6:4
7:21 31:15,17 33:3
33:6,14,19 34:21
44:23 50:21 66:22
93:14,25 99:7
**help** 30:5
**helpful** 97:17
**hereinbefore** 5:9
**hereof** 128:9 129:12
132:7
**hereto** 4:4
**hereunto** 132:11
**hey** 28:24

high  6:22 10:8
    112:14,21
higher  97:12
highest  12:20,24
    13:24 16:17 112:25
hire  18:14 117:6
hired  67:20 116:11
history  7:5
hold  16:11 93:22
    100:4,5
holder  16:7,13
holding  41:22
holdings  53:18
holds  93:23
holiday  70:17
holzer  1:6,7,7,8,8,9
    1:10,14 2:9 3:3 5:1
    5:8,20,21 6:7,13
    9:14,14,15,16,17,18
    9:19 14:5,7,13,14
    14:14,20,20 27:24
    28:8,10,12 32:4,9
    33:5,10,11 34:25
    35:1,16 36:9,21
    37:5 40:19,23,24
    41:17 42:4 44:10,11
    46:12,17,24 47:10
    47:11,16,19,25
    48:23 50:2,5,16
    52:1,19 53:13,15
    54:5,7,9,14,15
    55:24 56:12 57:22
    58:18 63:4,19 64:11
    64:18,19,19 68:23
    69:22 70:7 75:16
    76:9,17 77:2,3
    78:10,16 79:10 83:4
    83:13,24 84:12 85:3
    85:5,7 86:8,16,22
    87:4,15,23 88:1,5,8
    88:12,17,24 89:20
    89:23 90:2,9,13,17
    93:14 94:5 96:10
    98:19 100:16
    105:12 111:1,3

117:25 118:4
119:19 121:5,10
124:10 126:13
127:12 128:5,13
129:17 130:23
131:23
home  17:2
homes  81:10 82:12
    82:21
house  36:18 70:12
    70:15
houses  81:8
howard  62:16
human  58:11
hundred  13:5 24:3,8
    24:10 53:3 63:8,11
    91:2 92:14 93:3
    96:8 98:22,24,25
    99:2 109:5

                i

idea  21:15 22:18
    23:20 44:6,7 48:22
    60:2 68:13 87:22,25
    88:4,7,11 123:20,21
ideas  44:9,17,18
    54:22
identification  91:14
    91:19,25 98:1 99:14
    99:18
identified  62:6
    64:10 91:21 117:7
identify  91:5,16
    100:7 109:16
ii  1:10 9:19 65:13
    77:4 78:16 79:16,21
    80:13,19,23,25
    83:14 84:22 88:12
    121:9,11,12,20
    122:15
iii  65:13
implying  80:15
imposed  88:23
impression  126:24

impressions  126:25
improper  123:24
impugned  120:25
incarcerated  87:6,7
include  32:20
included  82:11
including  46:13
    64:11
income  47:15,17
    48:12,21 94:8,11
    97:3
incorporated  9:16
    11:10 12:11 21:16
    64:12,18 87:23 88:2
incorporation  41:10
incriminating  13:14
incrimination  13:12
indicate  90:19 98:16
    108:25 110:2
indicated  65:15,17
    112:24 129:11
indicating  8:16 9:4
    9:11 96:14,16
    100:21 122:14
indirectly  42:5
individual  58:8
    80:16 82:20
individuals  79:18
industry  32:14
    39:14
infamy  115:17
information  22:20
infrastructure  76:7
infringement  88:15
initial  46:7 65:10
    73:5 90:22
initiated  50:3 70:23
    75:21
injury  69:9,12
inner  21:6
instance  117:23
    118:1
instigated  116:10
institute  6:25 7:10

institutional  23:12
intended  35:7 52:13
intending  73:17
intent  109:8
intention  48:24 52:9
interchangeable
    16:5
interest  15:13 65:18
    66:5 74:1 76:22
    83:15 111:2,4,7
interested  79:19
interesting  97:11
interests  29:8,11,22
    50:5,7,8 59:9 60:8
    60:13
interior  67:19
interrupt  41:1
introduced  67:24
invest  43:20 54:22
    73:2 80:11 118:17
    118:19,23 121:5,10
    121:20
invested  42:24
    72:20 119:19
    121:15
investigation  116:20
investigator  116:11
    116:15 117:5
investment  11:12
    22:19 38:7 42:15
    45:8 49:4,5,9,14,16
    53:4 58:12 59:5,6
    59:13 60:2,5 61:13
    63:18 66:12,18,21
    68:22 70:6,11 71:8
    71:10 72:7,25 73:5
    75:18 76:10 80:14
    82:7,11 83:1,23
    90:17,20,23 91:2
    92:17 117:21
    119:25 121:10
    122:1 124:2,6
investments  23:16
    43:10,11 44:19
    45:11,24 50:12

52:19 63:23 65:12
71:16 77:3 121:14
**investor** 45:5 66:11
76:2 79:6 121:19
**investors** 42:18
44:16 60:9 65:20
66:16 76:17 86:10
118:15 121:15
**invite** 65:4 66:16
**invited** 68:18,19
**invoke** 106:25 119:8
**involved** 19:12,15
24:16 29:17 37:10
52:4 56:23 81:2
83:10 125:25 126:1
126:2,3,6 127:1,1
**involvement** 17:1
19:9 67:14 103:16
122:18,22
**involving** 102:7,19
102:21
**irrelevant** 97:9
**irwin** 17:21
**issue** 104:6
**issued** 36:21
**item** 117:24
**items** 113:18
**iv** 65:13

**j**

**j** 2:4 95:10
**j.h.** 95:12,19
**j.p.** 45:9,13,21 59:17
60:16,25 93:17
98:19 100:18
**jacket** 86:15
**jail** 89:8,10,16
104:16
**january** 3:11 99:13
108:14,23 115:23
**jennifer** 14:13
**jennifer's** 14:17
**jerome** 16:3
**jersey** 95:16,18 96:6

**jewish** 14:9
**job** 63:1
**joe** 53:2 75:22,23
**john** 1:3 2:5 5:24
67:6,9,11 96:3
104:20
**join** 17:9
**joshua** 14:14,20
**june** 25:2
**junior** 10:8

**k**

**keep** 7:24 58:22
64:16
**kept** 86:21,23 87:1
**key** 55:18
**kind** 28:22 40:17
**knew** 69:17
**know** 13:2 15:22
16:15 17:11,13,22
18:8,16 20:25 21:6
21:12,20 22:14 25:3
25:9,11 27:15 28:6
29:2,11 31:5 35:19
43:17 49:25 53:25
55:14,23 63:5,13,14
64:16 69:18 70:19
76:7,24 82:19 83:16
87:10,11,14,19,20
89:4,25 90:11,12
92:10 93:11 94:13
94:17,20 95:5
100:22 101:3,6,6
105:11 115:14
116:12 117:12
118:7 120:12,19
123:1,11,13,17,18
123:21 124:1,5
126:3
**knowledge** 22:16
24:25 30:25 36:20
96:9 102:4 125:10
132:9

**l**

**l** 4:1,1 26:19
**l.p.** 1:8 9:17 64:19
88:5
**land** 76:5
**lardner** 92:25 93:1,4
93:6,23 94:1 96:20
**lardner's** 93:21
122:9
**large** 16:10,14 22:16
**largest** 16:12
**late** 34:11 120:20
**law** 36:5 93:4,22
**lawful** 124:2,6
**lawsuit** 125:13,18
**lawyer** 46:2
**lawyers** 46:4
**learn** 116:7
**leave** 26:2,11 34:1
**leaving** 11:5 25:24
121:3
**left** 25:21 26:1,7
33:25
**legal** 51:7
**lehman** 10:17,19,22
11:1,5
**lengthy** 106:17
**leslie** 14:5 98:18
100:16
**liability** 37:1 45:23
58:13
**license** 39:15
**licensed** 32:14 39:3
**licenses** 18:13 32:13
32:19 33:11,15
**lieber** 17:21,23
**lied** 102:15
**life** 39:14 99:22
**limit** 79:23 80:5,6
**limited** 36:25 45:23
58:12
**lincoln** 14:9
**line** 130:2,3,5,6,8,9
130:11,12,14,15,17

130:18,20 131:2,3,5
131:6,8,9,11,12,14
131:15,17,18,20
**liquidated** 53:9
**list** 11:3 64:3
**listed** 8:8 54:1
**little** 24:6 40:18
67:15 105:6
**live** 120:16
**lived** 55:9
**lives** 115:16
**living** 47:21,23 48:2
57:5 58:9
**llc** 1:7,9,10 9:15,18
9:19 28:11 35:17,25
36:9 40:22 41:5,12
42:15,25 45:11,13
51:13,15,21 52:23
56:12 58:2,4,7,7,16
59:7,13,15 60:5,9
60:15,22,25 61:6,8
64:20 65:4,16 66:5
66:6,8,12,15,19,24
72:20 73:10 74:7,11
74:12 75:16 77:4
78:7,10,23 83:8
84:12,18,20,21 85:2
86:4,6,9 88:8,12
90:4,5 119:19
122:15
**llcs** 41:22 42:5 45:7
45:9 52:12,18 63:3
63:18 65:11 79:11
**llp** 96:21
**long** 10:21 12:17
27:20 38:3 39:8
95:19,21 106:20
**look** 93:19 98:3
99:20 100:3,6 108:7
108:13 109:12
**looked** 81:20
**looking** 100:1
**los** 55:9 61:19
**lot** 15:24 120:15

**lotito** 96:3,4
**lunch** 31:18
**lynch** 120:17

**m**

**m** 26:19
**magazine** 64:24
**mahwah** 96:6
**mail** 8:12
**main** 95:15
**major** 7:5
**making** 38:6 52:13
  83:3 90:17
**man** 62:17
**manage** 18:10 32:10
**managed** 22:12
**management** 11:14
  18:1,3 85:2 93:7
**manager** 31:8 37:25
  85:7
**managers** 24:2
**managing** 18:12
  84:11,14,25 85:10
  85:11,13,15 86:7
**manhattan** 6:20
**manner** 123:12
**manual** 62:22
**march** 1:15 3:12 5:3
  99:17 109:22,23
  110:2 113:8
**mark** 99:9
**marked** 91:9,13,19
  91:24 97:22,25
  99:13,17
**market** 24:6 25:25
  30:20 31:1 33:20
  34:6 110:25
**marketed** 65:19
**markets** 12:23 18:7
**married** 14:1,4,8
  68:4,9,15
**marry** 14:6
**marshall** 2:2
**matter** 1:15 5:24
  13:22 66:10 69:12

**128:7 129:8
matters** 127:5
**max** 2:8 73:21,21
  74:13
**mcgerity** 2:7
**mean** 18:3,5 38:23
  41:4 43:12 44:21
  45:12 47:14 50:1
  64:14,21 72:23 74:6
  88:19 94:24 97:10
  105:5 111:12
  117:23
**meaning** 18:23 27:4
**means** 101:7
**meet** 18:18 19:14
  67:9,22 115:25
**meeting** 116:21
  124:25
**meetings** 31:11,14
  31:15
**mel** 118:22 119:3,7
**member** 32:23
  33:12 84:11,14
  85:15 86:8
**members** 86:10
  122:14 125:12,17
**membership** 59:9
  60:8,13
**memberships** 37:2
**memory** 40:18
**merchandise** 58:5
**merchant** 11:12
**merrill** 120:17
**met** 6:13 18:20 68:6
  76:20
**method** 52:13
**michael** 118:8
**million** 27:18 34:17
  34:17 53:1,6,7
  69:16 73:6 106:6
  111:25 112:11,13
  112:16,22,23,25
**mind** 36:8
**mine** 33:23 67:15
  117:18,19

**mister** 62:11
**misunderstood** 40:4
**mixed** 37:23
**model** 52:5
**moment** 37:15
**money** 3:7,9,10,12
  18:10,12 32:2 35:15
  39:12 44:23 45:5,20
  47:11,12 48:4,24
  49:3,11,17 52:7,24
  53:9,14 54:22 60:18
  60:22 64:24 65:22
  66:24 67:2 70:24,25
  71:3,9 72:12 73:12
  73:13,15 80:2,4
  83:3 91:11 93:25
  97:24 99:12,16
  104:11,17,24
  105:22 106:14
  107:14,16,18,22,25
  108:3,4 109:9
  113:11 114:5,13,24
  117:1 126:10,13
**money's** 61:6
**monies** 107:19
  114:2
**month** 10:13
**month's** 56:7
**months** 8:13,14,22
  10:7
**morgan** 45:9,14,21
  59:18 60:16,25
  93:17 98:19 100:18
**morning** 5:21,22
**mortgage** 57:13
**move** 7:9
**moved** 80:23
**mover** 38:10
**multiple** 71:16,19
  79:14 82:11
**municipal** 71:4
**murray** 11:7,7,10
  12:11,12,18,21
  15:23 16:1,21 17:1
  17:5 18:24 19:6,19

**19:23 20:9 22:2,9
  23:12 25:21,24 26:2
  33:16,17,20,25

**n**

**n** 3:1 4:1 12:12
  26:19
**name** 5:18,23 8:17
  29:12,14 30:3 36:1
  38:21 46:25 47:1,2
  50:22,23 55:23
  56:12 58:20,20
  60:15 62:2,3,15
  72:9 74:8 76:8
  89:24 90:6 96:19
  116:12 117:4,11
  118:5
**named** 5:10 75:22
  125:13
**names** 14:12 37:14
  63:25 125:17
**nature** 20:10 31:23
  32:1 67:13 70:20
  71:21 72:2 102:20
  102:23 104:5 105:8
  105:20 106:8 109:8
  116:24 125:4
**near** 120:17
**necessarily** 13:21
  23:7 44:3
**necessary** 106:21
**need** 13:17
**negotiated** 24:6
**never** 19:23 48:3,6
  49:8,17 53:25 54:4
  89:9,13 120:25
  123:7 126:7
**new** 1:2,18,20 2:3,3
  2:8,8 5:5 6:25 7:10
  11:13 14:9 21:18
  32:23 33:12 35:17
  35:20,21 36:15
  44:20,22 57:8,8
  95:16,18 96:6
  128:19 132:4

nine  32:18 111:25
  112:11,13,23,25
nineteen  10:12 11:6
  11:21
ninth  21:23
notary  1:19 4:14 5:5
  5:12 128:19 132:4
note  77:7
noted  132:7
notes  101:1,3
notice  1:14 5:3
nought  54:23
number  6:11 64:10
  72:15,16 73:8,8
  99:21 100:8,9
  101:14,22 108:13
  109:12,18,20,21,22
numbers  72:17

### o

o  4:1
oath  129:14
object  51:6
objection  20:13,22
  35:9 36:24 38:11
  42:20 66:2 71:23
  74:5 77:6,7 92:18
  96:12 103:17,25
objectionable  74:25
objections  4:8
obviously  15:4
  117:7
occasion  43:23
  70:17 82:1 89:19
occur  68:17
occurred  106:12
october  3:7 91:1,12
  94:3
odds  107:10
offer  129:13
offhand  21:22
office  21:18,20 54:3
  54:25 55:3 56:18
  87:4 95:15 116:3,23

offices  31:17,18
oh  8:11 16:15 25:8
  62:8 83:6 89:12,12
  112:24 120:3
  123:18 124:22,22
okay  6:19 7:12 8:5
  8:19 9:8,13 11:4
  12:6,15,16 15:1,10
  19:9,20 20:8,23
  21:8,14 23:9,18,19
  24:2 25:9,16 28:4
  28:19 29:24 32:4
  33:5 36:15 38:17
  39:9,20 40:5,12,24
  41:15 42:3 43:23
  44:4,15 50:4 51:11
  51:17 53:10 54:5
  55:13,20 58:24
  60:21 61:16 63:21
  64:1 67:16 68:8,25
  74:4,13 77:9 78:3
  79:1,4 80:7 81:1
  84:5,23 86:24 88:21
  89:18 90:12 92:11
  92:25 94:8 95:3
  97:2,7 100:1,14
  101:22 104:5,10
  105:25 106:2,16,23
  108:23 118:7,25
  119:2,9,21 121:2,8
  121:13 122:19
  123:2,10,18,22
  124:20 126:17
  127:8
old  6:7
once  6:14 65:7,8
  80:20 89:10
ones  81:22 119:15
ongoing  31:12,25
online  110:16
open  28:17 43:14
  58:3,14,15,17 80:14
opened  27:23 61:10
operate  36:15

operated  125:9
operation  55:18
  56:21,25 69:22,25
  70:7 88:18 89:21
  94:6
opportunity  74:15
  99:25
options  32:22
oral  5:1
order  10:1 24:1
organization  28:15
  32:5 76:5 113:3
organizations  40:16
organized  35:17
original  8:19 9:3,5
  47:5
originals  65:6
outline  51:25 52:2
outset  19:13
outside  17:2 18:15
  25:18
owe  104:10
owned  30:15,16,17
  30:17 53:2,6 111:9
  111:10 112:5,7,8,13
  112:16 121:1
owner  76:5 77:25
owners  76:13,14
ownership  37:5,8
  67:1 73:18 74:1
owning  120:13
owns  66:11,12

### p

p  4:1
p.c.  2:2
p.m.  127:13
page  2:1 3:1,3,6 4:1
  5:1 6:1 7:1 8:1,15
  9:1 10:1 11:1 12:1
  13:1 14:1 15:1 16:1
  17:1 18:1 19:1 20:1
  21:1 22:1 23:1 24:1
  25:1 26:1 27:1 28:1
  29:1 30:1 31:1 32:1

33:1 34:1 35:1 36:1
37:1 38:1 39:1 40:1
41:1 42:1 43:1 44:1
45:1 46:1 47:1 48:1
49:1 50:1 51:1 52:1
53:1 54:1 55:1 56:1
57:1 58:1 59:1 60:1
61:1 62:1 63:1 64:1
65:1 66:1 67:1 68:1
69:1 70:1 71:1 72:1
73:1 74:1 75:1 76:1
77:1 78:1 79:1 80:1
81:1 82:1 83:1 84:1
85:1 86:1 87:1 88:1
89:1 90:1 91:1 92:1
93:1 94:1 95:1 96:1
97:1 98:1,23 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
121:1 122:1 123:1
124:1 125:1 126:1
127:1 128:1,9 129:1
130:1,2,3,5,6,8,9,11
130:12,14,15,17,18
130:20 131:1,2,3,5
131:6,8,9,11,12,14
131:15,17,18,20
132:1
pages  3:8 91:13 92:2
paid  22:15 23:8
  53:10,16 57:13
  61:10 83:25 85:15
  85:16,19,21,24
park  14:9 46:10
  55:17
parking  66:10 82:13
  82:19
parsippany  95:16
  95:17

Case 1:09-cv-10429-VSB   Document 80-6   Filed 09/30/15   Page 144 of 149

part 7:14 10:11
116:8
partially 33:23
participant 50:24
61:7
participants 37:14
participate 17:4
65:20 73:18 74:1
79:20 83:14 93:6
participating 49:5
participation 52:24
65:5 82:17 86:11
participators 63:22
79:15,24 93:8
particular 19:2
43:20 45:6 53:5
58:7 66:19 71:14
73:2 75:20 107:19
109:11 125:19
particularly 64:14
67:15
parties 4:3 65:5
80:11
partner 12:22 17:20
21:3 28:25 30:9
33:24
partners 1:7,9 9:15
9:17 17:19 18:22
22:11 28:13 29:16
30:4 32:5,9 33:5,10
33:11 35:16 36:9,21
37:5,18 40:19,23
44:10,11 46:12,13
47:11,19,25 48:24
49:13 50:2,6 51:3
51:20 52:1,20 53:13
54:16 56:12 57:22
63:19 69:22 79:10
83:4,24 85:5,7 86:8
86:16 87:15 88:17
89:20,23 90:2,14
93:14 94:5 96:1
111:1,3
partnership 28:10
83:6

party 37:14 38:22
38:24 43:4 61:22
pause 124:16
pay 23:22,24 83:19
paying 53:11
payments 56:7
penalty 129:5,6
people 9:21 18:6
32:2 35:15 37:10
117:2 120:15,16
126:2,3
people's 18:10,12
percentage 16:14,17
53:7 61:8 67:1
83:19 97:12
percentages 60:19
61:2
perfectly 124:2,6
perform 10:4
period 15:2 16:6,25
22:2 53:12 112:5,6
112:8
perjury 129:5,6
permitted 39:4
person 23:13 39:13
85:12
personal 19:10 20:6
22:7 24:19,23 25:1
50:11 53:17,18
57:16 68:3 69:9,11
102:12 107:22
110:6 114:5
personally 20:5
32:16 84:17 128:4
pessar 117:13,14,15
117:21 118:19
phase 75:15
phonetic 19:3
117:13 118:8,22
phrase 75:15
physical 87:18
picking 38:5
piece 58:5 66:11
72:19,22 73:10
82:10

pieces 16:6
pins 117:10
place 7:14 40:17
46:9 49:8,9 72:10
96:5 128:8 132:7
placed 45:6
placements 18:7
30:18 44:19,22
places 114:4
plaintiff's 3:7,9,10
3:12 91:9,10,22,23
97:22,23 99:11,15
plaintiffs 1:4 2:4
plan 49:3
plank 1:17
plans 81:16
play 44:7
players 52:24
plead 105:13 120:22
pleaded 105:21
please 5:18 14:12
22:24 39:7 47:4
99:4,9 109:16 123:6
plural 34:8
point 69:16 80:2
112:14
points 66:17
police 116:7
portfolio 22:12 24:2
31:8 37:25 42:8
portion 47:7 83:1,9
position 12:20
possession 95:4,9
108:1
possible 13:12 15:7
15:17 32:11
possibly 13:14
107:24
potential 83:4
presentation 23:15
pretty 70:2 115:19
prevent 89:2
previous 117:18
principal 15:25 16:2
16:3 32:23 43:4

77:25
principals 15:22
110:18,20,22
prior 34:2 101:8
114:19
prison 125:1
private 18:7 30:18
44:19,21 116:10
privately 6:17 44:23
66:22
privilege 13:10,11
probably 16:17,18
17:15 18:21 27:23
32:18 34:10 40:10
67:11 95:9 101:5
112:9 116:2
problem 8:1
proceedings 124:16
132:6
process 22:23 49:4,6
49:9 60:1
produced 5:3
product 76:6 118:6
professional 19:10
19:11 21:25 30:12
33:16 35:7
professionally 17:17
19:16
profit 47:20 48:1
52:17 83:10,22 84:1
84:3
profiting 47:19
profits 52:10,14
project 79:25 83:5
projects 71:19
promoting 70:6
property 78:12
79:12 81:5
proprietary 83:15
prorated 53:4
prosecution 15:14
public 1:19 4:14 5:5
5:12 45:1 49:24
128:19 132:4

**publicly** 45:1 110:21
110:23
**purchase** 65:20,23
65:25 66:3,4 82:3
**purchased** 52:22,23
**purchases** 22:21
27:11
**purchasing** 66:8
79:19
**purpose** 25:23 47:24
70:5 102:5 109:6
**purposes** 51:25
66:17 79:11 117:21
**pursuant** 1:14 5:3
**pursuits** 26:12
**put** 18:6 32:6 44:7
52:23,25 53:2 62:4
64:24 71:8 72:12
73:9 80:17 82:24
**putting** 67:2

**q**

**quantify** 108:16
**quantum** 48:17
**question** 4:9 7:17
13:23 25:10 29:21
39:20 43:14 47:4,5
51:21 66:13 70:3
73:22 84:6 88:20
103:7 107:8 108:18
112:10,18 119:1,5
124:4,23 126:7
**questions** 15:8
21:11 39:11 74:15
74:23 97:12 119:12
**quick** 119:12,14
**quickly** 15:6

**r**

**r** 4:1 12:12
**raised** 80:3
**rapidly** 15:17
**rapillo** 1:3,3 2:5,5
5:24 67:7,10,11;14
67:19,23 68:2,10,22
69:8 70:5,11 71:22

82:2 90:16,19 92:15
97:13,20 98:18
100:15 102:6
104:20,21 107:17
129:3
**rapillos** 109:1
119:23
**rate** 12:24
**reached** 80:2
**read** 9:13 47:4,8
129:7,9
**reading** 64:16
**real** 30:22 44:18
64:23 65:18,19
66:21 71:8,10 72:12
75:20 76:1,23 77:12
77:20 79:5,6 99:22
**really** 71:5 122:20
**realty** 76:8 77:24
79:5 93:2,7
**reason** 66:25 130:3
130:4,6,7,9,10,12,13
130:15,16,18,19,21
131:3,4,6,7,9,10,12
131:13,15,16,18,19
131:21
**reasons** 15:5
**recall** 12:7 16:22,24
19:24 20:2,3,7
21:22,23 25:19
26:10 27:19 28:1,3
29:3 30:3 31:10,16
31:21 35:19 37:10
40:13 43:8 46:3,5
46:25 48:9,11 49:23
51:1 63:7,24,24
64:15 69:2,4,6 70:9
70:22 71:5 72:9,17
73:4 80:1 81:4,13
81:23 82:16 83:11
90:22,24 94:8,10,12
97:3 102:9 104:4,9
104:14 106:3,8
107:12,15 108:15
110:9 111:24

113:19 114:1 116:2
118:5,18 119:22
125:3 126:16 127:3
**receive** 86:9,11
122:13
**received** 8:12 54:2
96:9 121:20
**receiving** 93:20
**receptionist** 46:25
55:5
**recollection** 63:17
104:15
**record** 5:19 6:1,4
7:17,21,24 34:21
45:15 49:25 91:18
92:13 99:7
**recorded** 132:5
**records** 86:16 87:1
87:14,18,23 88:1,5
88:8,12,16,24 89:3
89:6
**refer** 62:4
**reference** 93:13,19
101:8,22
**references** 93:16
**referred** 57:19 78:4
**referring** 71:11
**reflect** 45:16
**register** 36:17
**registered** 32:22
**regular** 56:19 57:3
123:12
**related** 107:4
**relating** 97:13
**relations** 19:21
**relationship** 22:1,4
22:6,7,8 24:19,24
25:1 31:13 58:16
67:17 68:2 105:9
107:11 117:20
118:13,14 119:6
**relationships** 31:25
**relevance** 13:6,11
**remain** 27:20
113:11,13

**remember** 8:14
10:13 19:1 26:9,19
27:22 29:12,13 30:4
36:1 37:9 46:6 47:1
47:2 48:19 58:19,20
64:21,22 65:1 71:13
71:14 72:10 80:7
83:8,11,20 89:7,15
93:2,14 98:14
107:21 109:10
117:4,9,10
**rent** 56:7 57:13
**repeat** 108:17
**rephrase** 20:24 84:5
**reporter** 1:19 5:4,11
132:3
**reporter's** 132:1
**represent** 5:24
**represented** 121:4
**request** 71:1
**requested** 47:7
**required** 36:19
**research** 22:10,14
23:2,13 24:17
**reserved** 4:9
**residence** 61:20
**respective** 4:3
**responsibility** 37:21
**responsible** 35:24
38:5 43:9 53:11
55:15 61:19 62:21
77:1,5
**reston** 111:16,18
**resulted** 104:7
105:10
**retained** 3:5
**return** 71:3 107:14
**returned** 22:19
**returns** 94:25 95:1,6
95:7
**reversed** 60:18
**right** 10:21 11:25
13:3 14:1,22 20:10
21:21 24:11 25:13
27:16 28:8 30:7

31:6 33:19 37:2,7
37:11,13 39:3 40:8
42:17 43:3,25 46:1
46:8 48:3 49:12
50:21 51:14,18,22
52:3,6,16 54:24
55:24 56:10,14 57:1
63:16 64:4,5 65:3
66:7,13 67:21 68:5
68:11 73:7,8,17,25
74:22 80:22 82:23
83:7,16,21 87:13
94:14,22 96:13,15
96:25 98:15 102:2
102:10,24 105:8
108:24 112:20
113:15 115:17
116:4 117:3 119:8
120:18 122:2,3,6
rise  103:15,20
road  1:18
robert  2:4
role  11:15
ron  75:24,25 76:1
76:20 77:25
rose  26:24 40:10,11
roseland  95:17,18
95:18
round  64:7
rubenstein  29:13,15
30:5,8,10
running  23:14

s

s  4:1,1
safe  86:24
saint  71:12,17 72:8
75:20 76:2 78:2
salaries  53:17
salary  12:25
sale  85:24
sales  19:4 22:12
23:13 24:17
salesman  20:17
38:10,12

saleswoman  17:7
saturation  80:2
save  74:14 108:8
129:10
saw  54:4 115:20
120:20 123:7
saying  23:16 25:12
39:18 65:2 73:7
76:16 78:7 126:4
says  98:24 107:6
school  6:21,22 10:8
10:12 54:18
schultz  1:19 5:4,11
132:3,16
se  58:9 82:10
sealing  4:4
seat  32:25 33:4,6,19
34:1,2,9
seats  34:6,7,8
second  57:14 97:19
124:13
section  120:10
secured  86:25 87:2
securities  11:7 22:9
33:17 39:14
security  6:11
see  13:6 84:2 89:15
99:3 116:1
seen  92:8 98:11
sell  24:9 49:11 72:16
73:11,14
selling  22:25
sense  51:7
sent  96:10,13 107:17
122:1,5,8,9,16
sentenced  102:21
separate  41:12 42:5
42:25 50:5 59:7
september  10:9 14:8
series  32:21,21,21
32:22,22 77:21
service  10:4,7 23:25
23:25 57:12,20
set  17:23 28:11
35:20 36:5 40:21

41:4,13,25 42:6,13
45:9,24 46:1,7 52:6
54:9 55:25 56:5
58:3,8 59:6 63:3,18
65:3,4,7,8,10 66:6
66:15,19 83:9 128:8
132:12
setting  35:25 48:23
62:24
seven  46:15,16
69:16
seventy  10:12 11:6
11:21
share  37:5 52:9
shares  24:3 111:25
112:1,11,14,16,22
sheet  129:1,12 130:1
131:1
short  38:4 39:10,22
59:3 106:21
show  64:3
sic  11:10 26:20
signatories  56:16
signature  130:23
131:23
signed  121:23
128:17 129:15
simon  26:16,23
simple  15:8 73:22
single  59:1 77:12
81:10 82:12,21
sir  6:19 35:2 97:19
101:1 102:14
sitting  35:5
six  10:7 34:13,17
98:22,25
sixty  6:8
skill  132:9
sky  57:6 70:15
social  6:11 25:14
socialize  25:17
soft  23:4,7
sold  22:10,14 23:22
27:6 34:2,4,9,11,12
34:16 53:8

solely  76:23
solicit  68:21
somebody  8:25 24:1
61:3
son  46:19 55:4,5
soon  61:5
sorry  8:11 12:16
25:15 54:8 56:3
77:14 81:14 108:17
sound  62:9 91:3,4
source  48:20
sources  48:12 59:11
southern  1:2
space  55:16 82:18
86:25 87:2,4
spaces  66:10 82:13
82:15,20
speaking  90:16
117:8
specialist  31:2,3,4
specialty  30:19
specific  32:10 41:25
42:6,14 66:17,17
72:13,18 73:10,11
73:19
specifically  18:4
31:21 33:14 43:18
spell  26:18
spelling  19:3 117:13
118:8,23
spend  54:24
spoke  6:16
spread  24:5,7,13
stake  27:7,8
stakes  30:15
stanley  93:17
start  8:10 103:10
started  11:2 26:4
31:4
state  1:20 5:5,18
21:15 35:17,20,21
91:18 128:2,19
132:4
statement  99:23

states  1:2 128:6
stealing  106:13
stenographer  47:8
stenographically
  132:6
step  60:17 102:16
steps  59:22
stick  117:9
stipulated  4:2,7,12
stock  11:14 27:6
  32:23,25 33:12,20
  36:21,22,23 45:1,2
  111:9,20 112:12,14
stocks  30:17 39:4
stole  105:22 117:1
stolen  106:2
stop  16:20
stories  81:11,24
straight  85:22
straighten  77:10
stream  47:15,17
street  21:22
stripped  39:15
structure  74:22
  76:11,14 78:13
  81:13
structures  81:20
stuyvesant  6:22
sub  42:12,13
subject  127:4
sublet  55:22
subscribed  4:13,15
  128:17
subscription  121:20
  123:6
subsequently  68:9
subsidiaries  42:11
  44:14,16 124:10
subsidiary  42:25
  119:19 121:5
substantially  121:17
succeeded  123:19
succeeding  123:24
success  123:16

successor  90:13
succinctly  15:16
sudden  61:4
sued  9:21
suggest  15:4
suggesting  43:20
  72:14 73:25 82:3
sum  69:15 98:21
summer  69:19
summertime  10:13
sundry  113:18
supermarket  113:25
supposed  52:21
sure  7:25 8:6,23
  26:9 28:22 31:14
  34:10 41:2 49:23
  63:14 70:1,2,2
  81:17 89:22 93:3
  98:13 111:19
  115:19 119:13
  122:16,20 125:15
susceptible  74:23
sworn  4:13,15 5:10
  128:5

<hr>

**t**

t  4:1,1
take  13:2,6 24:6
  98:3 99:20 100:3
  102:16 104:24
  105:1 108:7,13
  109:12
taken  90:9 128:7
  129:8
talked  89:8,13
  101:10,11 125:21
talking  13:4,4 14:15
  20:5 27:17 57:16
  63:6 69:3 101:15
  120:8
tall  81:24
tax  94:24 95:1,6,7
taxes  49:19 94:14,17
  94:21,23 95:4

technologist  30:21
tell  5:12 25:11 44:16
  64:17 75:12 86:17
  86:18,19 87:17
  90:25 92:6 126:5,8
ten  53:2,6,7 63:6,10
  63:15 82:24 106:6
tend  87:12
term  18:3 38:3,4,12
  38:14 41:21 51:7
  110:10
terms  80:3
testified  5:14 106:15
testify  101:24
testimony  3:2 47:7
thank  9:23 92:3
theater  119:23,25
  120:1,4,7,9,10,14,24
  121:6
theirs  76:8
thereabouts  115:24
thing  15:14 37:24
  43:17 120:24,25
  123:4,5,6
things  30:16 62:24
  65:21 125:6
think  10:6 13:14
  21:8 35:20 46:15
  48:10 58:22 62:1,2
  70:1 81:15,25 82:18
  106:21,24 111:17
  111:19 115:18
third  16:12 26:23
  37:14 38:22,24
  57:14
thirty  34:13
thought  12:15 63:12
  89:14 98:25 102:8
  112:24
thousand  16:23 24:3
  26:6 34:13 49:22,24
  53:3 69:5,21 91:1,2
  92:14 94:3 96:8
  109:5

three  6:24 8:13,21
  14:11 16:23 49:22
  49:24 66:20 69:5
  73:14,15 91:2 92:14
  96:8 112:15
till  10:9
time  4:9 6:3 7:14,20
  10:9,11 11:17,19
  12:8 14:2 16:6
  17:14,17 18:19,21
  19:18,20 22:10,13
  23:22 24:5 25:13,20
  26:7,25 27:14,23
  29:5 31:19 33:2
  34:5,20 39:13 41:6
  41:9,14 43:22 47:6
  47:22 50:6 54:15,24
  55:1 56:22 57:5
  59:8 67:10 68:1,21
  70:4,10 88:17,24
  90:1,7 91:10 93:15
  94:6 95:11,21,23
  97:23 99:6,11,15
  107:9,13 108:9
  115:20 124:15
  125:16,19,20 127:5
  128:8 132:7
times  68:20 73:14
  73:15
title  21:1 128:8
today  92:9 94:18
  115:21,22 126:10
  126:21,25 127:6
told  73:1 125:24
top  83:11
total  80:1,3 82:10
totally  97:9 117:24
townhouses  81:7,9
trade  26:13 27:2
  38:21,22 39:4,12,16
  39:22
traded  40:6,7 41:16
  42:8 45:1 110:21,23
trader  38:1

**trades** 40:1
**trading** 11:2,13,14
  11:18 12:2,4,5
  23:14 27:21 38:20
  38:25 40:15 48:14
  48:15,18 50:11
  54:10,11,21 94:12
  110:24 112:1
**tranche** 66:23
**transactions** 19:13
  41:25 42:7 105:16
  105:20
**transcript** 128:6,10
  129:7 132:8
**transfer** 3:7,9,10,12
  91:11 92:14 94:2
  97:19,24 98:17
  99:12,16 101:9,14
  101:15 102:5,7
  108:25 109:12
  110:3
**transferred** 93:13
  96:8 110:5 113:8
**treated** 114:5,13
**trial** 1:13 4:10
**trident** 76:8 77:20
  77:24 79:5 93:2,7
**true** 114:19,23
  124:9 128:9 129:9
  132:8
**trust** 93:18 96:22,23
  122:9
**truth** 5:12,13,13
  75:8
**try** 15:10,16 59:2
**trying** 10:6 18:25
  29:12 37:9 71:25
  75:13 78:1 89:7
  106:24
**turn** 55:18
**twelve** 106:3 112:22
**twenty** 12:19 95:21
**two** 3:8 6:8 8:14
  16:23,23 17:18 26:6
  26:6 28:16 31:13

  32:5 33:4 34:17
  35:6 36:2 49:22,24
  51:11 66:20 69:5,16
  69:21 79:11,18
  81:11 91:1,13 92:2
  93:16 94:3 98:8,24
  99:2,10 103:19,21
  109:5
**type** 22:4
**typically** 23:10

**u**

**u** 4:1
**u.s.** 94:19
**umbrella** 50:15
**understand** 15:15
  38:17 39:18 51:15
  51:16 59:3 65:2,14
  67:4 74:18,19 75:12
  84:2,4 88:20 101:25
**understanding**
  129:13
**united** 1:2
**units** 75:19 78:11,17
  79:12 81:2 82:12,20
**university** 113:3
**unrelated** 117:24
  118:2
**use** 96:1
**uses** 51:6

**v**

**value** 48:17
**various** 113:17
  117:1
**vault** 86:25
**vcampus** 110:11,13
  110:14,16,19,23
  111:2,15,21 113:2
  113:21 119:18,19
**vehicle** 42:15 43:21
  44:2 45:6 52:13
  58:4 59:6 66:9
  75:18 76:10
**vehicles** 38:7

**village** 78:2
**virginia** 111:16,16
  111:18
**visit** 89:16
**visited** 89:8,9,10
**volume** 43:6
**vs** 129:3

**w**

**wachovia** 93:18,21
  93:24 96:16
**waived** 4:5
**wanna** 24:14 28:24
  43:17 71:8 84:5
  103:6 104:3 108:17
  120:16
**want** 15:5 22:22
  41:21 61:3 75:5,7,9
  92:6 99:23 106:16
**wanted** 28:17 32:3
  80:12
**waverly** 1:9,10 9:18
  9:19 64:20 65:12,13
  65:13,13 71:14
  72:19,23 73:1,19
  74:2,6 75:15,16
  76:9,16,18 77:3,11
  77:13,15 78:5,7,8
  78:10,12,16 79:7,15
  79:16,20,20,24
  80:12,13,19,20,20
  80:23,24,25 81:3
  82:8 83:14,23 84:12
  85:3 86:3 88:8,12
  90:18 92:17 102:9
  113:22 120:8,11
  121:9,11,12,16,20
  121:25 122:14,24
  123:3,16,19 124:2,6
  125:7
**way** 17:5 32:11 34:2
  36:18 105:3 113:4
  115:7 116:19
  121:16 122:21

**weiss** 26:16,17,21,24
  27:10,21
**went** 6:22,23 11:6
  26:13 27:2,9 40:22
  41:10 54:23 64:22
  78:21 87:14 96:14
  100:17,18 103:19
  113:17 114:7 125:6
  126:10,13
**whereof** 132:11
**why's** 99:2
**wife** 17:1 50:24
  67:20,24 68:18 95:5
  95:25
**winded** 39:8
**wire** 122:8
**wished** 121:19
**withdraw** 125:17
**witness** 3:3 5:9 7:16
  7:25 8:5,7,11 13:9
  13:13,18 15:4,10
  18:25 19:7 20:19,23
  23:6 25:6 35:11
  38:13,15 39:24 41:8
  41:18,23 42:1,9,12
  43:1 45:16 51:22
  59:16,19,23 60:3,6
  60:11,17,23 61:1,15
  64:3 74:9,12 75:11
  77:13,17,23 78:6,14
  78:18,21 81:17
  82:16 84:9,13,16,19
  84:22,24 85:4,8,11
  85:16,20 86:1,4,12
  91:6 92:4,20 96:22
  98:9 100:12,23
  102:2 105:14,18,22
  105:24 106:16,23
  108:11,21 109:13
  109:23 114:6,10,14
  114:17,20,22,25
  115:3 119:13
  132:11
**won** 69:12

**words** 106:11
**work** 18:14 21:5
54:3,20 55:10,13,16
62:22
**worked** 10:11
**working** 7:14 16:20
19:18 30:25 56:6
125:9
**workings** 21:6
**works** 67:5
**worry** 21:13
**worth** 6:24 27:5
53:3
**write** 14:16
**written** 52:2
**wrote** 100:20 101:3

**x**

**x** 3:1 61:3,5 72:15
72:16 73:9,10

**y**

**yeah** 7:25 20:23
23:1,3 26:22 40:17
44:15 46:14 55:8
62:1,13 66:14 71:2
71:20 78:6 83:25
84:9,15 92:12 94:7
95:2 96:18 101:11
101:21 106:19
110:15 115:14,18
116:21 119:4 120:5
**year** 7:6 10:23 12:9
13:25 26:5 48:8,9
49:23 56:20,24
68:20 94:2,9,15
**years** 6:24 10:3
12:10,19 13:21
15:24,25 16:2,4,8
24:21 33:4 67:23
95:21 112:12
**yonkers** 14:9
**york** 1:2,18,20 2:3,3
2:8,8 5:5 6:25 7:10
11:13 14:9 21:18
32:23 33:12 35:18

35:20,21 36:15
44:20,22 57:8
128:19 132:4
**young** 62:17

**z**

**zachman** 118:8
**zero** 41:10,18,19
44:13