```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
JOHN RAPILLO et al.,                                         :
                                                             :
                               Plaintiffs,                   :
                                                             :         09-CV-10429 (VSB)
               - v -                                         :
                                                             :              ORDER
BARRY FINGERHUT et al.,                                      :
                                                             :
                               Defendants.                   :
                                                             :
------------------------------------------------------------ X
```

VERNON S. BRODERICK, United States District Judge:

On October 14, 2016, I held a status conference during which Plaintiffs indicated that they may file a motion for summary judgment against Defendant Holzer, who is proceeding pro se.  Accordingly, it is hereby

ORDERED that Plaintiffs' motion for summary judgment is due on December 14, 2016, Defendant Holzer's response is due on February 14, 2017, and Plaintiffs' reply (if any) is due on February 28, 2017.  As discussed at the October 14 conference, Plaintiffs are directed to inform me if they decide not to file their anticipated motion.

The Clerk's Office is respectfully directed to mail copies of (i) this Order, and (ii) the Memorandum and Order, dated September 14, 2016, (Doc. 84), to Defendant Holzer at the following address: David Holzer, c/o Pamela Lustig, 500 Kappock Street, Bronx, New York 10463.

SO ORDERED.

Dated:   October 14, 2016
         New York, New York

*Vernon S. Broderick*
United States District Judge