# David Holzer

July 31, 2017



Dear Hon. Vernon S. Broderick,

I am hereby requesting an adjournment of the scheduled hearing on August 7th 2017. This is the first piece of correspondence I have ever received from your office . My wife is having kidney surgery on the 14th of August and I need time to prepare for the August 7th  meeting . Thank you ,, David Holzer

845-641-8332

Email davidholzer49@gmail.com

500 Kappock Street
Bx,  NY 10463

Apt 6h







D. Holzer
500 Kappock St Apt 6H
Bx. NY, 10463

RECEIVED
SDNY DOCKET UNIT
2017 AUG -2 PM 3: 24

Hon. Vernon S. Broderick