Heidi & John Rapillo
14 Winding Lane
Scarsdale, NY 10583
(914) 472-8191

2017 OCT 19  PM 3:32

October 18, 2017

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re:  David Holzer, et al
         Case #09-CV-10429 (VSB)

Dear Judge Broderick:

    We would like to proceed with a Judgment against David Holzer in the amount of $1.9 million.

Respectfully submitted,

*Heidi Rapillo*
Heidi Rapillo

*John Rapillo*
John Rapillo

Rapillo
14 Winding Lane
Scarsdale, NY 10583

2017 OCT 19  PM 3:3

Pro Se Unit
U.S. District Court
Southern District
500 Pearl Street, Room 200
New York, NY 10007

