09cv10429

From: David Holzer davidholzer49@gmail.com
Subject: Response to default judgement
Date: Oct 20, 2017 at 8:20:34 AM
To: BroderickNYSDChambers@nysd.uscourts.gov

RECEIVED
SDNY DOCKET UNIT
2017 OCT 23  PM 3: 09

Honorable Judge Broderick

My response to the request for a default judgement by the Rapillos vs. David Holzer should be denied

The reasons will be listed below

1) The Rapillos already have a restitution agreement in place . I am now in the process of having Safe Horizons tell me how to start to pay back and how much. This is the equivalent of double jeopardy in my eyes

2) When the Manhattan DA seized all my assets and distributed to the injured parties I was never informed how much was distributed to each party.

3) Safe Horizon is now trying to ascertain how much was seized and how it was payed out. I have seen no mention of monies received by the Rapillos in the aforementioned suit.

4) I currently owe $15. Million to IRS

5) I currently owe 550,000 to New York State

6 I currently owe approximately 100,000 to two City Marshall's mssrs. Henry Daley ,Ronald Moses

7) All totaled with the restitution agreement that is in place I owe approximately 30 million Dollars .

8) I am going to be 68 years old,, I have absolutely no assets ,my wife and i live in a 1 bedroom apartment with her 92 year old mother who unfortunately is in advanced stages of Alzheimer's disease.

9) I am deeply sorry for what happened. I did spend 5 years in prison



Hon. Judge Vernon S. Broderick

Thank you for letting me file this way

David Holzer

All supporting documentation will be presented at hearing