John & Heidi Rapillo
14 Winding Lane
Scarsdale, NY 10583
(914) 472-8191

*RECEIVED DOCKET UNIT*
*2017 NOV 17 AM 10: 24*

November 15, 2017

Vernon S. Broderick, U.S. District Judge
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 415
New York, New York 10007

    Re: Response to Fingerhut Reconsideration
        Case #1:09-CV-10429-VSB

Dear Honorable Judge Broderick:

    We have once again recently received a letter of denial (copy enclosed) for records under the F.O.I.L. request from the New York County District Attorney's office. In response to this denial, we are planning to file a Motion under Article 78 and would like to request a two month extension from our original due date of November 17, 2017 to January 17, 2018. Within that timeframe, we plan to act vigorously and promptly.

    Thank you for your consideration.

                                          Respectfully submitted,

                                          *Heidi Rapillo*
                                          Heidi Rapillo

                                          *John Rapillo*
                                          John Rapillo

Enclosure

**DISTRICT ATTORNEY**
**COUNTY OF NEW YORK**
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

**CYRUS R. VANCE, JR.**
DISTRICT ATTORNEY



COPY

November 3, 2017

Heidi Rapillo
14 Winding Lane
Scarsdale, New York 10583

                                      Re: F.O.I.L. Request
                                      Ind. No. 2280/2008 - Holzer

Dear Ms. Rapillo:

      As you know, I am an Assistant District Attorney in New York County and I been assigned to be the Records Access Officer in connection with your request u1 the Freedom of Information Law (F.O.I.L.). I have reviewed your latest request records dated October 2, 2017 and my determination as to your request follows.

      Based on my review, I have determined that you are not entitled to any of requested records. You are denied because you are requesting the same records you l previously asked for and for which you already received determinations.

      The items listed in the first four bullet points of your request were covered by records you previously requested in your letter dated October 2, 2016. By letter d November 15, 2016, I denied access to the requested records because they were obta via grand jury subpoena and therefore specifically exempted from disclosure by statute. Criminal Procedure Law Section 190.25(4) specifically prohibits the disclosu grand jury proceedings, which are secret and not subject to disclosure except by c order. See Public Officers Law Section 87(2)(a); Newton v. District Attorney of B1 County,186 A.D.2d 57. (1st Dept. 1992). That determination remains in effect.

      The items listed in the last bullet point of your request were covered by rec you previously requested in your letter dated December 28, 2016. By letter dated Jan 31, 2017, I denied access to the requested records because statements of non-testif witnesses are confidential and not discoverable under F.O.I.L. Johnson v. Hynes, A.D.2d 777 (2d Dept. 1999). That determination remains in effect.

The Freedom of Information Law Appeals Officer is Assistant District Attorney Patricia J. Bailey, Chief of the Special Litigation Bureau, at the same address.

Sincerely,

Thandiwe Gray
Assistant District Attorney
Records Access Officer

Rapillo
14 Winding Lane
Scarsdale, NY 10583

BY HAND

Pro Se Unit
U.S. District Court
Southern District
500 Pearl Street, Room 200
New York, NY 10007