John & Heidi Rapillo  
14 Winding Lane  
Scarsdale, NY  10583  
(914) 472-8191

February 22, 2018

The Honorable Vernon S. Broderick  
United States District Judge  
Thurgood Marshall Courthouse  
40 Foley Square, Room 415  
New York, New York  10007

    Re:  Barry Fingerhut, et al  
           Case #09-CV-10429 (VSB)

Dear Judge Broderick

    Pursuant to your Order dated November 20, 2017 the Defendant, David Holzer, did not respond to our Motion on or before February 15, 2018.  Therefore, we would like the Court to please move forward with our Judgement against David Holzer.

    Thank you for your consideration.

Respectfully submitted,

*Heidi Rapillo*  
Heidi Rapillo

*John Rapillo*  
John Rapillo

John & Heidi Rapillo
14 Winding Lane
Scarsdale, NY  10583
(914) 472-8191

SDNY DOCKET
2018 FEB 26  AM 10: 15

February 22, 2018

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 415
New York, New York  10007

Re:  Barry Fingerhut, et al- Case #09-CV-10429 (VSB)

Dear Judge Broderick:

As promised in my letter to you dated January 15, 2018, I am updating you on the Article 78 Proceeding against the District Attorney's office to unseal the records to support the Affirmation.  I had a Court appearance with the New York State Supreme Civil Court on Tuesday, February 20, 2018.  At this appearance I was granted a Motion to move forward with no opposition.  My Motion has been assigned to Judge Hagler and the New York State Supreme Civil Court will be contacting me within the next three weeks on this ruling.  I respectfully request that you grant me an extension to allow Judge Hagler to render his decision so that you can have all the pertinent information for your reconsideration in reopening the case against Barry Fingerhut.

I was advised to follow-up with the Court weekly regarding the status of this Motion and will immediately inform you when I receive their decision.

Respectfully submitted,

*Heidi Rapillo* (signature)
Heidi Rapillo

Rapillo
14 Winding Lane
Scarsdale, NY 10583



Pro Se Unit
U.S. District Court
Southern District
500 Pearl Street, Room 200
New York, NY 10007