UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOHN RAPILLO and HEIDI RAPILLO,

                    Plaintiffs,

  - against –

BARRY FINGERHUT, et al.,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2018
```

09-CV-10429 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

    I am in receipt of Plaintiffs' letter, dated February 22, 2018. (Doc. 118.) Accordingly, it is hereby

    ORDERED that Plaintiffs' deadline to file their motion pursuant to Federal Rule of Civil Procedure 60(b), along with their supporting papers and any new evidence, shall be extended until April 9, 2018.

    The Clerk's Office is respectfully directed to mail a copy of this order to the pro se Plaintiffs and Defendant.

SO ORDERED.

Dated:    March 1, 2018
             New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge