Heidi Rapillo
14 Winding Lane
Scarsdale, NY 10583
(914) 472-8191

March 26, 2018

The Honorable Vernon S. Broderick
United States District Judge
Thurgood Marshall Courthouse
40 Foley Square, Room 415
New York, New York 10007

Re: Barry Fingerhut, et al-Case #09-CV-10429 (VSB)

Dear Judge Broderick:

Today I spoke with Charme, Judge Hagler's Chambers, N.Y.S. Supreme Court, regarding the status of my Article 78 Proceeding. She informed me that the District Attorney's office has called and notified the Court that they would be filing Opposition. Charme also informed me the Judge will require Oral Arguments, contrary to what they informed me when the Court granted me a Motion to move forward with no Opposition when I appeared in Court on February 20, 2018 and no one from the District Attorney's office showed up.

Since the Court has not received Opposition from the District Attorney's office, Charme advised me I should ask for an extension to July 2018 when Judge Hagler would be making a decision on releasing the documents from the District Attorney's office to me.

I apologize for requesting a postponement, but would you give us another extension to July 2018 regarding your decision to reopen the case against Barry Fingerhut et al?

Thank you for your kind consideration and understanding regarding this matter.

Respectfully submitted,

*Heidi Rapillo*

Heidi Rapillo

HR/dmg

ng Lane
e, NY  10583

Pro Se Unit
U.S. District Court
Southern District
500 Pearl Street, Room 200
New York, NY  10007

