UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

__Heidi Rapillo_____,                AFFIRMATION IN SUPPORT
                                                  OF CLERK'S CERTIFICATE
                         Plaintiff(s)             OF DEFAULT

            -against-                             1:09 CV 10429    (VSB)

__David Holzer_____,
                         Defendant(s).

------------------------------------------------------------X

__Heidi Rapillo_____ hereby declares as follows:

1. I am the plaintiff in this action.

2. This action was commenced pursuant to __Securities 15:78MA. Exchange act.__

3. The time for defendant(s), __David Holzer_____, to answer or otherwise move with respect to the complaint herein has expired.

4. Defendant(s), __David Holzer_____, has not answered or otherwise moved with respect to the complaint, and the time for defendant(s) __David Holzer_____ to answer or otherwise move has not been extended.

5. That defendant(s) __David Holzer_____ is not an infant or incompetent. Defendant(s) __David Holzer_____ is not presently in the military service of the United States as appears from facts in this litigation.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-14-19

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 14 AM 11:32
S.D. OF N.Y.

WHEREFORE, plaintiff __Heidi Rapillo__ requests that the default of defendant(s) __David Holzer__ be noted and a certificate of default issued.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, that the amount claimed is justly due to plaintiff, and that no part thereof has been paid.

Dated: 5-10-19

By: __Heidi Rapillo__
(Signature)
(Print Name of Plaintiff Pro Se)
(Address)
(Telephone Number)
(E-mail address)

Heidi Rapillo
14 Winding Lane
Scarsdale, NY 10583
914-472-8191   914-874-6895
hrapillo@optonline.net

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

                                              Plaintiff(s),

                                                                                                                                                           _____ Civ. _____ (    )

        - against -

                                                                                                                                         **CLERK'S CERTIFICATE**
                                                                                                                                          **OF DEFAULT**

                                              Defendant(s),
------------------------------------------------------------X

        I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on _____ with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) _____ by personally serving _____, *and proof of service was therefore filed on* _____, *Doc. #(s)* _____.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

        _____, 20\_\_\_                                             RUBY J. KRAJICK
                                                                                                 Clerk of Court

                                                                                                 By: _____
                                                                                                      Deputy Clerk

RECEIVED
SDNY PRO SE OFFICE
2019 MAY 14  AM 11:01
S.D. OF N.Y.

Pro Se Unit
U.S. District Court, Southern District
500 Pearl Street, Room 200
New York, NY  10007



Rapillo
14 Winding Lane
Scarsdale, NY  10583