USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/19

RECEIVED
SDNY PRO SE OFFICE
2019 JUN 27 AM 11:32
S.D. OF N.Y.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

John Rapillo
_____

Heidi Rapillo
_____

Write the full name of each plaintiff or petitioner.

Case No. __09__ CV __10429__ (__VSB__)

-against-

Barry Fingerhut, et al
_____

**NOTICE OF MOTION**

_____

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that __John Rapillo & Heidi Rapillo__ __John Rapillo & Heidi Rapillo__
                        plaintiff or defendant                  name of party who is making the motion

requests that the Court:

Vacate the Court's Memorandum and Order dated September 14, 2016. Plaintiffs argue that relief from this Order is warranted pursuant to Fed.F.Civ.P. Rule 60(b)(6).

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

[X] a memorandum of law

[X] my own declaration, affirmation, or affidavit

[X] the following additional documents: Affirmation from DA Shannon Rowe, Exh. 1; Thatcher Report, Exh. 2; Fingerhut Deposition, Exh. 3; Letter from Max Folkenflik, Exh. 4; Plea Agree., Exh. 5; Holzer Deposition, Exh. 6; Per Court Appearance on 7/10/17, consideration of previously submitted documents: VCampus, Schedule 13D-SEC.gov, letters dated 2/2/17, 3/30/17, 6/14/17, 7/29/17

Dated: 6-24-19

Signature - Heidi Rapillo  6-24-19

Name: Heidi Rapillo & John Rapillo

Signature - John Rapillo  6-24-19

Address: 14 Winding Lane    City: Scarsdale    State: NY    Zip Code: 10583

Telephone Number (if available): 914-472-8191

E-mail Address (if available): hrapillo@optonline.net

SDNY Rev: 5/24/2016

Rapillo
14 Winding Lane
Scarsdale, NY 10583

Pro Se Unit
U.S. District Court
Southern District
500 Pearl Street, Room 200
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2019 JUN 27 AM 11:11


USM SDNY