# EXHIBIT C

S.D.N.Y. – N.Y.C.
09-cv-10429
Broderick, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand seventeen.

Present:
>Amalya L. Kearse,
>Peter W. Hall,
>Denny Chin,
>>*Circuit Judges.*

John Rapillo, Heidi Rapillo,

>*Plaintiffs-Appellants*,

v.                                                                  16-3393

Barry Fingerhut, et al.,

>*Defendants-Appellees*,

Leslie Holzer, et al.,

>*Defendants*.

This Court has determined sua sponte that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978). Upon due consideration, it is hereby ORDERED that the appeal is DISMISSED.

>FOR THE COURT:
>Catherine O'Hagan Wolfe, Clerk

