UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE

2019 AUG 15 AM 9: 47

John + Heidi Rapillo
_____
*(List the name(s) of the plaintiff(s)/petitioner(s).)*

09 Civ. 10429 (VSB) (____)

- against -

**AFFIRMATION OF SERVICE**

David Holzer
_____

_____

*(List the name(s) of the defendant(s)/respondent(s).)*

I, *(print your name)* Heidi Rapillo _____, declare under penalty of perjury that I

served a copy of the attached *(list the names of the documents you served)*: _____
Proposed Certificate and Affirmation _____

_____

upon all other parties in this case by *(state how you served the documents, for example, hand delivery,*

*mail, overnight express)* Email and First Class Mail _____ to the

following persons *(list the names and addresses of the people you served)*: David Holzer _____

1. Email: davidholzer49@gmail.com _____
2. First Class Mail: David Holzer 500 Kappalc Street Ap 6H,
Bronx, NY 10463

on *(date you served the document(s))* Email: 8/12/19 .
First Class Mail: delivered by 8/13 o 8/14

8-12-19 _____
**Dated**

Nedi Rapillo
**Signature**
14 Winding Lane
**Address**
Scarsdale, NY 10583
**City, State**

Zip 914-472.8191
**Telephone Number**
hrapillo@optonline.net
**E-Mail Address**

*Rev. 01/2013*

apilío
4 Winding Lane
carsdale, NY   10583

U.S. District Court
Southern District of NY
40 Foley Square, Room 105
New York, NY 10007

Attention:   Pro Se Unit