**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN RAPILLO and HEIDI RAPILLO,

                Plaintiffs,

-against-                              09 **CIVIL** 10429 (VSB)

                                                    **<u>JUDGMENT</u>**

BARRY FINGERHUT, et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 1, 2020, Plaintiff's motion for reconsideration is denied and judgment is entered for Defendants Barry Fingerhut, Fingerhut-Holzer Partners LLC, Fingerhut-Holzer Equities, Inc., Fingerhut-Holzer, Inc., Fingerhut-Holzer Fund L.P., Geo Capital Partners, Inc., Fingerhut-Holzer The Waverly I, LLC, and Fingerhut-Holzer The Waverly II, LLC.

  **Dated:**  New York, New York
             June 3, 2020

                                                        **RUBY J. KRAJICK**
                                                            Clerk of Court
                                    **BY:**
                                                             Deputy Clerk